# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: William B. Dorn and
Summer Murphy-Dorn        CASE NO. 10-6282

Scott H. Schmierer          10-12174

PLAINTIFF:                          ADVERSARY NO.

DEFENDANT:

FILED IN OPEN COURT
THIS 7th DAY OF December 10
LEE ANN BENNETT, CLERK
UNITED STATES BANKRUPTCY COURT

EXHIBIT LIST FOR: Marylin J. Hochman

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---------|-----------------|---------------|-------------------|
| 1 | | 12/07/10 | Bankruptcy Packet and Related Documents |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DEPUTY CLERK, IN ATTENDANCE:

Daniel Munoz,
Deputy Clerk

# EXHIBIT IDENTIFICATION COVER SHEET

Marilyn Hochman

~~Plaintiff or Defendant~~ Exhibit No. _____1_____

Debtor _Scott H. Schmierer_
_William B. Dorn_
_Summer Murphy - Dorn_

Case No. _____10-12174_____
_____10-06282_____

Plaintiff(s) _____

Defendant(s) _____

Adv. Pro. No._____

Filed for Identification_____

Admitted in Evidence_____

Date _12/7/2010_

Nature of Proceeding _Motion to_

_Examine Fees by U.S. Trustee_

United States Bankruptcy Court
for the Middle District of Florida

By_____, Clerk
Daniel Munoz

# INDEX

1. Statement of Information Required by 11 U.S.C.
2. Example of Discharge of Debtor
3. How Ordering Your Credit Report Can Help You in Bankruptcy
4. Credit Report Information
5. Bankruptcy Information
6. Client Questionnaire for Non-Business Debtor
7. Household Goods Sheet
8. Debtor Questionnaire
9. Bankruptcy Document Checklist
10. List of Useful Websites
11. Communication Policy

# TAB 1

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

   (1)       the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
   (2)       the effect of receiving a discharge of debts
   (3)       the effect of reaffirming a debt; and
   (4)       your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

## AGAIN, IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE PLEASE ASK.

# TAB 2

B18J (Form 18J) (08/07)

# United States Bankruptcy Court

————————— District Of —————————

In re _____     Case No. _____
            **Debtor***

            **Joint Debtor**
Address: _____     Chapter 7
        _____

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): (Debtor)_____
                    (Joint Debtor)_____
Employer Tax-Identification (EIN) No(s).(if any): ____
_____

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: _____

                    _____
                    *United States Bankruptcy Judge*

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

*Set forth all names, including trade names, used by the debtors within the last 8 years. Set forth the last four digits of both debtors' social-security numbers or individual taxpayer-identification numbers.*

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;

   b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

   c. Debts that are domestic support obligations;

   d. Debts for most student loans;

   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   g. Some debts which were not properly listed by the debtor;

   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# TAB 3

**Hochman & Peppler, LLC**
**3208 W. Hwy 426, Suite 2000**
**Oviedo, FL 32765**
**407-681-2688 Fax: 407-681-2689**

## How Ordering Your Credit Report Can Help You in Bankruptcy

Our firm recommends that each of our clients filing for bankruptcy obtain a credit report for the reasons listed below. If you are married, we recommend obtaining credit reports for both you and your spouse.

You will receive a printed copy of the report in the mail for your review.

1.  Obtaining the credit report helps us get accurate creditor names, addresses, types of debt, balances due, and account numbers.

2.  Through your credit report, we may find creditors whom you have overlooked. For a debt to be discharged, it must be listed in your bankruptcy pleadings, so it's important that we find out about all debts.

3.  Credit reports can alert us to judgments against you.

4.  Credit reports can alert us to liens against your property, and the need to seek lien avoidance under §522(f), thus helping you protect your property in some cases.

5.  We may find out about co-signers to some of your debts, which are important to list in a bankruptcy.

6.  If you are married, there may be surprising items on your credit report or your spouse's, and the reports can help us determine whether you should file individually or jointly.

7.  We may find out about debts created by a former spouse, who may have forged your signature to obtain credit.

8.  Credit reports can alert us to mistakes on your credit record. The report will list the names and addresses of all three major credit bureaus whom you can contact to correct any mistakes or provide updated information.

9.  Credit reports often contain the names and addresses of collection agencies representing creditors, and we can notify these collection agencies about the bankruptcy so that collection efforts stop.

10.  If the IRS has a tax lien on your property, the credit report will alert us so that it can be dealt with properly.

11.  Knowing what is on your credit report can help you get credit approval for important purchases after your debts are discharged.

**Not every creditor reports debts to a credit bureau, so your credit report will not list all debts. You should be sure to let your attorney know about all debts you are aware of.**

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# TAB 4

**Hochman & Peppler, LLC**
3208 W. Hwy 426, Suite 2000
Oviedo, FL 32765

# Credit Report Information Form

| FIRST MIDDLE LAST NAME: | SPOUSE FIRST MIDDLE LAST NAME: |
|---|---|
| ANY OTHER NAME USED: | ANY OTHER NAME USED: |
| SOCIAL SECURITY NUMBER: | SOCIAL SECURITY NUMBER: |
| DATE OF BIRTH: | DATE OF BIRTH: |
| IN THE LAST 12 MONTHS I HAVE OWNED THE FOLLOWING VEHICLES: | IN THE LAST 12 MONTHS I HAVE OWNED THE FOLLOWING VEHICLES: |
| I HAVE WORKED AT THE FOLLOWING PLACES IN THE LAST 5 YEARS: | I HAVE WORKED AT THE FOLLOWING PLACES IN THE LAST 5 YEARS: |
| IN THE PAST 7 YEARS I HAVE LIVED ON THE FOLLOWING STREETS: | IN THE PAST 7 YEARS I HAVE LIVED ON THE FOLLOWING STREETS: |
| IN THE PAST 7 YEARS I HAVE LIVED IN THE FOLLOWING CITIES: | IN THE PAST 7 YEARS I HAVE LIVED IN THE FOLLOWING CITIES: |

# TAB 5

# Hochman & Peppler, LLC
## www.hochmanpeppler.com
## (407) 977-6868
## akontny@hochmanpeppler.com

# FREQUENTLY ASKED QUESTIONS

## Chapter 7 - Liquidation

A Chapter 7 or regular Bankruptcy proceeding will result in the cancellation of your debts.

1. Even though the Bankruptcy Court has the power to cancel all your debts, you may want to continue paying some of your creditors. We can answer any questions which you may have. Please be aware that **you cannot discharge alimony or child support**, or some debts less than six (6) months old.

2. **RESIDENCY:** The Federal Bankruptcy law requires that you have been a resident of the Middle District of Florida for at least three months and one day before the day we file your Bankruptcy case with the Court.

3. **HOW LONG IT TAKES:** The actual time for your case will depend on how crowded the court schedule is. Usually it takes about 4 months for a case to be completed. The First Meeting of Creditors (341 meeting) will be scheduled approximately 30 days following the filing of your Petition.

4. **THE IMPORTANT DATE:** The important date is when the papers are filed with the Court, not when you go to your first meeting of creditors (or 341 hearing). The day the papers are filed is the day you are declared Bankrupt, and that day is when all your creditors must stop contacting you about your debts.

5. **RECEIVING NOTICES FROM THE COURT:** You will receive mail from the Clerk of the Bankruptcy Court by USPS. Please review all the documents you receive. The first document will be a notice of the time and date to attend the First Meeting of Creditors (341 meeting).

6. **THE FIRST MEETING OF CREDITORS (341 Meeting):** Once you have filed a Petition in the Federal Bankruptcy Court, the Court will schedule, the First Meeting of Creditors (341 meeting). It will take place at **135 West Central Boulevard, Orlando, FL** which is the **Fairwinds Credit Union Building** in downtown Orlando. When you receive your Court notice, it is important to call us to make sure that we have received the same notice. An attorney will meet you on the 6th floor just prior to the Meeting of Creditors, and will be with you during the hearing. Please remember to bring your driver license and social security card with you.

7. **WHAT TO EXPECT AT THE 341 MEETING:** This is the only hearing you will

*probably* attend. Your creditors are entitled to attend and ask you questions about your Bankruptcy Petition. As a practical matter, your creditors will probably not appear. Your Trustee in Bankruptcy will be present and ask you questions under oath in order to clarify some information listed on your Petition. This hearing will take about fifteen minutes or less, after which time you may go home.

8. **BANKRUPTCY BENEFITS:** Each debtor is entitled to certain benefits arising from the filing of a Bankruptcy Petition.

   a. **Exemptions:** You are entitled to keep the following property even though a Bankruptcy Petition has been filed:

      i. homestead (if you do not have a homestead, you may be entitled to the super exemption of an additional $4000.00 per person.)
      ii. $1000.00 of personal property each person
      iii. a car worth $1000.00 in equity each
      iv. wages earned from personal services within limits
      v. cash surrender value of life insurance policies
      vi. other assets may be kept, so please list all assets as accurately as possible

   b. **Lien Avoidance:** You may cancel liens on certain types of property if:

      i. the property is claimed exempt
      ii. the lien is a non-purchase money, non-possessory lien, which means that the collateral for the debt was not bought with the borrowed money
      iii. the lien is on household goods, furniture, etc.

A lawsuit must be filed in Bankruptcy Court against the lien holder. This lawsuit will involve an additional expense to you over and above the costs and fees you paid for your Bankruptcy. If you are interested in filing this action, please feel free to discuss it with us. Remember, if you do not file this action, the lien holder may repossess the property as if you never filed a Bankruptcy at all.

   c. **Redeeming Property:** Every Debtor is entitled to keep property which is subject to a lien by paying the creditor holding the lien the market value of the property. If you are interested in doing this, please ask us how it is done. This is also used if your assets exceed the exempt values under the law.

**CAUTION:** You must not sell or transfer anything you own after your Bankruptcy petition is filed without getting approval from the Trustee or the Bankruptcy Court. If you want to sell or transfer anything while your Bankruptcy Petition is pending, please ask us if it is all right to do so before making the transfer.

d. **Income Tax Refunds:** are assets which can be taken by your Bankruptcy Trustee. Therefore, do not cash your income tax refund check without getting written approval from your attorney, the Trustee, or the Bankruptcy Court.

e. **Transfer of Property During Bankruptcy:** If you make transfers, sales or dispose of any property or your income tax refund without getting approval, you could lose your discharge from your debts, and you could be prosecuted for a criminal offense.

## Chapter 13 - Debt Repayment Plan

1. This is another type of Bankruptcy proceeding. The idea of this type of case is that it will permit you to make a debt repayment plan and extend the time you have to repay your debts.

2. This type of case is useful as long as you have enough income to allow you to eventually pay off everybody on some basis.

   a. **How It Works:**

   i. Collect information about your debts and income. Then we take your monthly living expenses and work out a monthly plan for you to pay your bills and still cover your necessary expenses.

   ii. After the plan is worked out, we must prepare the plan to be submitted to the Court. This involves filing the necessary papers with the Bankruptcy Court in Orlando and paying a filing fee to the Court.

   iii. The Chapter 13 Trustee and the Bankruptcy Judge will examine the repayment plan that we have prepared for you and decide whether or not to accept the plan. If the plan is accepted, your creditors must abide by its terms and can take no further action against you as long as you are current on your payments. This includes the IRS.

   iv. Another advantage to a Chapter 13 proceeding is that it does not involve turning anything over to the Court. You may decide that you have too much property to lose in a regular Bankruptcy proceeding, and that a Chapter 13 is the best choice for you.

   v. If you want to keep the property securing a particular debt, the plan must provide that the creditor receive at least the value of the property.

   vi. If the debt underlying the secured claim was used the buy the property (e.g., a car loan), and the debt was incurred within certain

time frames before the bankruptcy filing, the Chapter 13 plan must provide for full payment of the debt, not just the value of the property (which may be less due to depreciation).

vii. Payments to certain secured creditors (*i.e.*, the home mortgage lender), may be made over the original loan repayment schedule (which may be longer than the plan) as long as any arrearages are made up during the plan.

b. __Garnishment:__

i. A creditor can file legal proceedings with the state court seeking payment of the outstanding debt. The legal proceedings will allow the creditor to garnish your personal and/or business checking and/or savings account.

ii. If you are served with a Summons and Complaint, you will have approximately twenty (20) days to remove all of your funds held in your personal checking and/or savings account.

iii. You must remove these funds prior to a final judgment being entered and a Writ of Garnishment being provided to your financial institution.

iv. Once the Final Judgment and Writ of Garnishment is provided to the bank, the bank will then release all monies held in all of your accounts within that financial institution to the creditor.

c. __Bank Accounts:__

i. It is strongly suggested that you keep minimal money in your accounts during the pendency of your bankruptcy.

ii. Once your bankruptcy is filed, you will be under the protection of the Bankruptcy Court and you can open another checking and/or savings account at a different financial institution. However, you must only deposit those monies necessary to maintain your personal household costs, i.e., power bill, phone bill, utility bill, etc. and maintain a minimal balance ($200-$300) to cover such costs.

iii. If you have money in an account and you also owe that same company money, you should move your account to an institution where you do not owe money.

iv. All other costs that exceed the amount allowable by the Bankruptcy Court ($1,000.00) should be paid by money order or cashier's check until the Petition has been filed with the Court.

# TAB 6

# Hochman and Peppler, LLC

## Client Questionnaire for Non-Business Debtor

## Section 1 ❧ Basic Information

### Part A. Name and Address (if you and spouse, please make sure you are consistent as to who is A and B.)

Name: _____
          *Last*          *First*         *Middle*

Telephone Number  Home:_____  Work: _____

Have you used any other names in the past eight years?  ❑ No  ❑ Yes  *If yes, list other names:*

Social Security Number: ___ ___ ___ - ___ ___ - ___ ___ ___ ___

Driver' License No.:_____  Expiration Date_____  Date of Birth: _____

Address: _____

City: _____  State:_____  Zip: _____

County: _____

Have you lived at this address for at least 180 days? ❑ No  ❑ Yes

Have you lived at this address for at least 730 days (2 years)? ❑ No  ❑ Yes

If you answered no to either of the questions above, please list your previous address:

    Address: _____

    City: _____  State:____  Zip: _____  County: _____

If you have a different mailing address, please list:

    Mailing Address: _____

    City: _____  State:_____  Zip: _____

### Part B.  Name and Address of Spouse

If you are filing jointly with your spouse, fill in the following information about your spouse:

Name: _____
          *Last*          *First*         *Middle*

Has your spouse used any other names in the past eight years?  ❑ No  ❑ Yes  *If yes, list other names:*

Social Security Number:  ___ ___ ___ - ___ ___ - ___ ___ ___ ___

Driver' License No.:_____  Expiration Date:_____  Date of Birth:_____

Address:  *(if different from your address):* _____

City: _____  State:_____  Zip: _____  County:_____

If your spouse has a different mailing address, please list:

    Mailing Address: _____

    City: _____  State:_____  Zip: _____

## Part C. Prior/Pending Bankruptcy Cases

Has a bankruptcy case been filed by you or against you in the last **8 years**? ❑ No ❑ Yes

If yes, in which district of which state was the case filed? _____

Case Number: _____ Date filed: _____

Are there currently any bankruptcy cases pending against you, your business, your spouse, or your spouse's business? ❑ No ❑ Yes

If yes, name of debtor: _____ Relationship to you: _____

Case Number: _____ Date filed: _____ Judge: _____

In which district of which state was the case filed? _____

## Exhibit "C" to the Voluntary Petition

Do you own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ❑ No ❑ Yes (If yes, please attach a list and description of the property.)

## Debtors Who Reside as Tenants of Residential Property

If you rent your home, does a landlord hold a judgment against you? ❑ No ❑ Yes

If yes, please provide the name and address of the landlord:

Name: _____

Address: _____

City: _____ _____ State: _____ Zip: _____

# PLEASE REVIEW YOUR DOCUMENTS TO MAKE SURE YOU CORRECTLY ANSWERED THE QUESTIONS.

**If you have questions, please write them here:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Section 2 ❧ Property

## Part A.  Real Estate (Schedule A)

List all real estate which you own or are a joint owner of, even if you still owe money on the property.

| Address and description of property | Owned by: Debtor, joint debtor, joint | Value www.zillow.com | Your % ownership, or $ amount, if you and spouse are not sole owners | List all mortgages, home equity loans, and liens: What is the $ value of the loan, lien or mortgage? What is your monthly payment? How many payments are left? | Who do you owe? (Name, address all mortgages) | If other owners, name and address |
|---|---|---|---|---|---|---|
| Home | | | | | | |
| 2nd home | | | | | | |
| Timeshare | | | | | | |
| Beach house | | | | | | |
| Condo | | | | | | |
| Other | | | | | | |

# Part B. Personal Property (Schedule B)

For each type of property listed below, indicate whether you own any property of that category, and, if you do, fill in the remaining information. You can think of the value as the replacement value. For property acquired for personal or family use, replacement value is the price a retail merchant would charge for a property of that kind, considering the age and condition of that property.

| Type of Property | Yes/No | Description & Location | Husband, Wife, Joint (circle) | Value | Office Use Only. Exemptions? |
|---|---|---|---|---|---|
| 1. Cash on hand – wallet, dresser, etc. | Y N | | H W J | ✓ | |
| 2. Checking/Savings Account, Certificates of deposit, other bank accounts (what bank, acct number, who is on acct.) | Y N | | H W J | | |
| 3. Security deposits held by utility companies, landlord | Y N | | H W J | | |
| 4. Household goods, furniture, including audio, video, and computer equipment (see attached worksheet) | Y N | | H W J | | |
| 5. Books, pictures, art objects, records, compact discs, collectibles | Y N | | H W J | | |
| 6. Clothing – anything valuable? | Y N | | H W J | | |
| 7. Furs and jewelry | Y N | | H W J | | |
| 8. Sports, photographic, hobby equipment, firearms | Y N | | H W J | | |
| 9 through 12 exempt | | | | | |
| 9. Interest in insurance policies- specify refund or cancellation value | Y N | | H W J | | |
| 10. Annuities | Y N | | H W J | | |

| | Debtor? (Y/N) | Whose Property? | Current Value |
|---|---|---|---|
| 11. Interests in an education IRA, as defined in 26 USC § 530(b)(1) | Y N | H W J | |
| 12. Interests in pension or profit sharing plans | Y N | H W J | |
| 13. Stock and interests in incorporated/ unincorporated business | Y N | H W J | |
| 14. Interests in partnerships/joint ventures | Y N | H W J | |
| 15. US Savings Bonds or other bonds | Y N | H W J | |
| 16. Accounts receivable | Y N | H W J | |
| 17. Alimony/family support to which you are entitled (need copy of Order) | Y N | H W J | |
| 18. Other liquidated debts owed to you, **including tax refunds** | Y N | H W J | |
| 19. Equitable or future interests or life estates | Y N | H W J | |
| 20. Interests in estate of decedent or life insurance plan or trust | Y N | H W J | |
| 21. Other contingent/ unliquidated claims, including tax refunds, counterclaims | Y N | H W J | |
| 22. Patents, copyrights, other intellectual property | Y N | H W J | |
| 23. Licenses, franchises | Y N | H W J | |

# Section 3 ❧ Debts

List below all debts that you owe, or that creditors claim you owe.

| Type of Debt | 1. Creditor Name and Address 2. Account Number, if any 3. Date/range of dates when debt was incurred 4. Contact person's name and address, if different | Amount owed | Name and address of creditor, if any What is debt for? Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Home loans/ mortgages 1. 2. 3. | | | | Y or N | | |
| Car loans | | | | Y or N | | |
| Other loans | | | | Y or N | | |
| Other loans | | | | Y or N | | |
| Student loans | | | | Y or N | | |
| Credit card debts | | | | Y or N | | |

| Type of Debt | 1. Creditor Name and Address 2. Account Number, if any 3. Date/range of dates when debt was incurred 4. Contact person's name and address, if different | Amount owed | Name and address of codebtor, if any What is debt for? Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Credit card | | | | Y or N | | |
| credit card | | | | Y or N | | |
| credit card | | | | Y or N | | |
| Cash Advances (from credit cards) | | | | Y or N | | |
| medical bills | | | | Y or N | | |

| Type of Debt | 1. Creditor Name and Address<br>2. Account Number, if any<br>3. Date/range of dates when debt was incurred<br>4. Contact person's name and address, if different | Amount owed | Name and address of codebtor, if any<br>What is debt for?<br>Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Unpaid rent | | | | Y or N | | |
| Unpaid taxes | | | | Y or N | | |
| Unpaid alimony or child support | | | | Y or N | | |
| All other unpaid debts/bills | | | | Y or N | | |

# Section 4 ✍ Unexpired Leases and Contracts (Schedule G)

List below any leases or contracts that are still current. Include residential, car and business leases, and service or business contracts.

| Nature and Description of Contract | Name and Address of Other Party or Parties | Date that Contract Expires |
|---|---|---|
| Cell contract? | | |
| Car lease? | | |
| Health Club membership? | | |
| Rental agreement? Other? | | |

# Section 5 ❧ Current Income

☐ Married
☐ Single
☐ Divorced
☐ Separated
☐ Widowed

List all dependents of you and your spouse, their ages, and their relationship to you.

| | Age | Relationship |
|---|---|---|
| Male or Female | | |
| Male or Female | | |
| Male or Female | | |

## Part A. Debtor's Income

1. What is your occupation? _____

2. Name and address of your employer:
_____
_____
_____

3. How long have you worked there? _____

4. What is the gross amount of your paycheck, before taxes/other deductions are taken out? $_____

5. **How often do you get paid?** ☐ once a week ☐ every two weeks ☐ twice a month ☐ once a month other_____

*Estimate monthly averages.*

6. Do you receive overtime pay outside of your salary? If so, how much per month? $_____

7. How much is taken out of each paycheck for taxes and social security? $_____

8. How much is taken out for insurance? $_____

9. How much for union dues? $_____

10. Are there other deductions? If so, what are they and how much? _____

Do you receive
a) income from business operations outside of your regular paycheck listed above? If so, what is the business and how much do you receive per month?
_____

b) income from real estate? If so, how much per month? ☐No ☐Yes $_____

c) interest or dividends? If so, how much per month? ☐No ☐Yes $_____

d) alimony or family support payments for your use or for the care of your dependents? If so, how much per month? ☐No ☐Yes $_____

e) social security or other forms of monetary government assistance? ☐No ☐Yes $_____

f) retirement or pension money? ☐No ☐Yes$____

Do you have any other sources of income not listed?

☐No ☐Yes _____

## Part B. Joint Debtor's Income

1. What is spouse's occupation?_____

2. Name and address of spouse's employer:
_____
_____
_____

3. How long has spouse worked there? _____

4. What is the gross amount of spouse's paycheck, before taxes/other deductions? $_____

5. **How often does your spouse get paid?**☐ once a week ☐ every two weeks ☐ twice a month ☐ once a month ☐ other_____

*Estimate monthly averages.*

6. Does your spouse receive overtime pay outside of salary? How much per month? $_____

7. How much is taken out of each paycheck for taxes and social security? $_____

8. How much is taken out for insurance? $_____

9. How much for union dues? $_____

10. Are there other deductions? If so, what are they and how much? _____

Does spouse receive
a) income from business operations outside of the regular paycheck listed above? If so, what is the business and how much does your spouse receive per month?
_____

b) income from real estate? If so, how much per month? ☐No ☐Yes $_____

c) interest or dividends? If so, how much per month? ☐No ☐Yes $_____

d) alimony or family support payments for spouse's use or for care of dependents? If so, how much per month? ☐No ☐Yes $_____

e) social security or other forms of monetary government assistance? ☐No ☐Yes $_____

f) retirement or pension money? ☐No ☐Yes$____
Does spouse have any other income not listed?

☐No ☐Yes _____

Are you or your spouse expecting any increase or decrease in salary next year? If so, explain.

# Section 5A ⬦ Current Monthly Income
## YOU MUST FILL IN THE MONTHLY INCOME

Fill in your monthly income for the categories below in the column labeled "Month 1." If your income for one of the below categories varies from month to month, complete the below chart by entering in your income for all six months.

| WE CAN NOT FILE YOUR CASE UNTIL THIS INFORMATION IS FURNISHED TO US. | Month 1 (last month) / | Month 2 (2 months ago) / | Month 3 / | Month 4 / | Month 5 / | Month 6 / | Office Use Only |
|---|---|---|---|---|---|---|---|
| Gross wages, salary, tips, bonuses, overtime, commissions. | | | | | | | |
| Income from operation of business: | | | | | | | |
|     a. Gross Income | | | | | | | |
|     - b. Expenses | | | | | | | |
|     = c. Net Income. | | | | | | | |
| Rent and other real property income: | | | | | | | |
|     a. Gross Income | | | | | | | |
|     - b. Expenses | | | | | | | |
|     = c. Net Income. | | | | | | | |
| Interest, dividends, and royalties. | | | | | | | |
| Pension and retirement income (NOT Social Security). | | | | | | | |
| Regular contributions from others to the household expenses, including child support. | | | | | | | |
| Unemployment Compensation. | | | | | | | |
| Social Security income. | | | | | | | |
| Other sources not already mentioned. Specify: | | | | | | | |

# Section 6 ✵ Current Expenses

Do you and your spouse maintain separate households? ❑ No ❑ Yes. If so, fill one page out for your household and another for your spouse's.

The following questions ask for your expenses each month. If you are unsure of the amount you pay each month, but know the amount for a different period (per week, per day, every 2 months, etc.,), write in the amount and the frequency that you pay the amount. If a question does not apply, answer N/A.

## Indicate how much you pay for each item each month

1. rent or home mortgage
   Does that amount include real estate taxes? ❑ No   ❑ Yes
   Does it include property insurance? ❑ No   ❑ Yes

   $ _____ 1ST
   $ _____ 2ND
   $ _____ 3RD

2. electricity, propane gas                                   $ _____

3. water and sewage                                           $ _____

4. landline telephone service/long distance                  $ _____

5. Do you have any other utility bills? If so, what, and how much a month?

   Cable or Satellite TV                                      $ _____

   Internet – provider name _____                $ _____

   Cell Service – provider name _____            $ _____

   Other (Alarm, pest control, termite control, pool service, etc.)   $ _____

6. home maintenance, including repairs and general upkeep     $ _____

7. food                                                       $ _____

8. clothing                                                   $ _____

9. laundry and dry cleaning (include detergent costs)         $ _____

10. medical and dental expenses                               $ _____

11. transportation (not including car payments)               $ _____

12. entertainment, recreation, newspapers, magazines          $ _____

13. charitable contributions                                  $ _____

14. insurance not deducted from paycheck
    a) homeowner's or renter's insurance                      $ _____
    b) life insurance                                         $ _____
    c) health insurance                                       $ _____
    d) auto insurance                                         $ _____
    e) other insurance_____                         $ _____

15. taxes not deducted from paycheck                          $ _____

16. installment payments for car, furniture, etc. (Name and address of company paying and where bought if different, do you want to keep it?)

   _____                                            $ _____
   _____                                            $ _____
   _____                                            $ _____

17. alimony, maintenance, support paid to others              $ _____

18. payments for support of dependents not living at home     $ _____

19. expenses from operation of business                       $ _____

## Additional Expenses (707(b) Expenses)

20. mandatory payroll deductions not already listed _____ $_____

_____ $_____

21. court ordered payments not already listed _____ $_____

_____ $_____

_____ $_____

22. education necessary to maintain employment $_____

23. education for a physically or mentally challenged child $_____

24. childcare $_____

25. disability insurance (if not listed on line 14) $_____

26. health savings accounts $_____

27. care for elderly, chronically ill, or disabled family members $_____

28. protection from family violence $_____

29. education expense for your children under 18 $_____

30. non-mandatory contributions to retirement accounts (including loan repayment) $_____

_____ $_____

31. other expenses not listed above _____ $_____

_____ $_____

_____ $_____

_____ $_____

# MORE QUESTIONS?

# Section 7 ✍ Statement of Financial Affairs

If you are filing jointly with your spouse, include information about both you and your spouse. If you are filing under chapter 12 or 13, and you are married and not separated, you must provide information about your spouse even if you are not filing jointly.

If you have no information to report for a question, check the "NONE" box.

1. Income from employment or operation of business

   State your **gross income from employment or operation of a business**: If you have not received an income from employment during the **two years** immediately preceding this calendar year, check this box:

   ❏ NONE

   | Period | $ Amount | Source | Husband/Wife |
   |--------|----------|--------|--------------|
   | January 1, 2010 of this year through date of commencement of case | | | |
   | Last year, 2009 (January 1 - December 31) | | | |
   | The year before last, 2008 (January 1 - December 31) | | | |

2. Income other than from employment or operation of business

   State the amount of **income received other than from employment** or operation of business during the **two years** immediately preceding the commencement of this case:

   ❏ NONE

   | Period | $ Amount | Source | Husband/Wife |
   |--------|----------|--------|--------------|
   | During the last year | | | |
   | Year before last | | | |

3. Payments to creditors

   a. *If your debts are primarily consumer debts,* list all payments on loans, installment purchases of goods or services, and other debts, aggregating **more than $600 to any creditor made within 90 days** immediately preceding the commencement of this case. Indicate with an asterisk (*) any payments that were made on account of a domestic support obligation, or that were made as part of an alternative repayment plan.

   ❏ NONE

   | Name and Address of Creditor | Dates of Payments | Amount paid | Amount still owed |
   |------------------------------|-------------------|-------------|-------------------|
   | Mortgage? | | | |
   | Rent? | | | |
   | Car payment? | | | |
   | Credit card? | | | |

   b. *If your debts are **not** primarily consumer debts,* list each payment or other transfer, aggregating more than $5,475 to any creditor made within **90 days** immediately preceding the commencement of this case.



❏ NONE

| Name and Address of Creditor | Dates of Payments | Amount paid | Amount still owed |
|---|---|---|---|

c. *All debtors.* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were **"insiders"**. ("Insiders" include your relatives, your business partners and their relatives, your corporations, or your affiliates.)

❏ NONE

| Name and Address of Creditor and Relationship to You | Dates of Payments | Amount Paid | Amount Still Owed |
|---|---|---|---|

4. Suits, executions, garnishments and attachments

a. List all suits and administrative proceedings to which you are or were a party within **one year** preceding the filing of this case. **Bring a copy of the paperwork.**

❏ NONE

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|

b. Describe all property that has been garnished, seized, or attached under any legal or equitable process within **one year** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Person/Company for Whom the Property Was Seized (Creditor) | Date of Seizure | Description and Value of Property |
|---|---|---|

5. Repossessions, foreclosures, and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure, or returned to the seller, within **one year** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Creditor | Date of Repossession, Foreclosure, Transfer or Return | Description and Value of Property |
|---|---|---|

6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Assignee | Date of Assignment | Terms of Assignment/Settlement |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Custodian | Name and location of Court, Case Title and Number | Date of Order | Description and Value of Property |
|---|---|---|---|

7. Gifts

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which you have or have had securities, cash, or other valuables within **one year** immediately preceding commencement of this case.

❏ NONE

| Name and Address of Bank or Other Depository | Name and Address of Those With Access to Box or Depository | Description of Contents | Date of Transfer, if Any |
| --- | --- | --- | --- |

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of yours within **90 days** preceding the commencement of this case.

❏ NONE

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

## 14. Property held for another person

List all property that you hold or control that is owned by another person.

❏ NONE

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

## 15. Prior address of debtor

If you have moved within the **three years** immediately preceding the commencement of this case, list all residences during the last three years, excluding your present address.

❏ NONE

| Address | Your Name at the Time | Dates of Occupancy |
| --- | --- | --- |

## 16. Spouses and Former Spouses

If you reside or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **eight-year period** immediately preceding the commencement of the case, identify the name of your spouse and of any former spouse who resides or resided with you in the community property state.

❏ NONE

| Name |
| --- |

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a. List the name and address of every site for which you received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

❏ NONE

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

❏ NONE

| Name and Address of Recipient | Relationship to You, if Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

## 8. Losses

List all losses from fire, theft, gambling, hurricane or other casualty within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.

❏ NONE

| Description and Value of Property | Description of Circumstances and Amount Covered by Insurance, if Any | Date of Loss |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consultation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of the case.

❏ NONE

| Name and Address of Payee | Date of Payment | Name of Person Who Paid, if Not You | Amount of Money/ Description and Value of Property |
|---|---|---|---|

## 10. Other transfers (including sale of your property)

a. List all other property, other than property transferred in your ordinary course of business or financial affairs, transferred either absolutely or as a security within **two years** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Transferee and Relationship to you | Date of Transfer | Description of Property Transferred and Value Received |
|---|---|---|

b. List all property you transferred within **10 years** immediately preceding the commencement of this case to a self-settled trust, or a similar device of which you are the beneficiary.

❏ NONE

| Name of Trust or Similar Device | Date of Transfer | Amount of Money or Description and Value of Property or Interest |
|---|---|---|

## 11. Closed financial accounts

List all financial accounts and instruments held in your name or for your benefit which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Institution | Type and Number of Account & Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

b. List the name and address of every site for which you provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

❑ NONE

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which you are or were a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

❑ NONE

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

18 . Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

❑ NONE

| Name | Taxpayer I.D. Number(EIN) | Address | Nature of Business | Beginning and End Dates of Operation |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

❑ NONE

| Name | Address |
|---|---|

**The following questions, #19-25, are only to be answered if you are a corporation or partnership or if you have been, in the six years immediately preceding this case, an officer, director, managing executive, or owner of more than 5% of the voting securities of the corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.**

19. Books, records, and financial statements

   a. List all bookkeepers and accountants who, within the **two years** immediately preceding the filing of this bankruptcy case, kept or supervised the keeping of books of account and records.

   ❑ NONE

   | Name and Address | Dates Services Rendered |
   | --- | --- |
   | | |

   b. List all firms or individuals who, within the **two years** immediately preceding the filing of this bankruptcy case, have audited the books of account and records, or prepared a financial statement of the debtor.

   ❑ NONE

   | Name | Address | Dates Services Rendered |
   | --- | --- | --- |
   | | | |

   c. List all firms or individuals who, at the time of the commencement of this case, were in possession of your books of account and records. If the records are not available, explain.

   ❑ NONE

   | Name and Address | Comments |
   | --- | --- |
   | | |

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

   ❑ NONE

   | Name and Address | Date Issued |
   | --- | --- |
   | | |

20. Inventories

   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

   ❑ NONE

   | Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory (specify cost, market, or other basis) |
   | --- | --- | --- |
   | | | |

   b. List the name and address of the person possessing the records of each of the two inventories reported in a.) above.

   ❑ NONE

   | Date of Inventory | Name and Address of Custodian of Inventory Records |
   | --- | --- |
   | | |

21. Current partners, officers, directors, and shareholders

   a. If your business is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

❑ NONE

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
| | | |

b. If your business is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 % or more of the voting securities of the corporation.

❑ NONE

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| | | |

22. Former partners, officers, directors and shareholders

a. If your business is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

❑ NONE

| Name and Address | Date of Withdrawal |
|---|---|
| | |

b. If your business is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

❑ NONE

| Name and Address | Title | Date of Termination |
|---|---|---|
| | | |

23. Withdrawals from a partnership or distributions by a corporation

If your business is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

❑ NONE

| Name and Address of Recipient, and Relationship to You | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|
| | | |

24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

❑ NONE

| Name of Parent Corporation | Taxpayer Identification Number |
|---|---|
| | |

25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

❑ NONE

| Name of Pension Fund | Taxpayer Identification Number |
|---|---|
| | |

# TAB 7

# United States Bankruptcy Court
## Middle District of Florida

In re _____

_____
Debtor(s)

Case No. _____
Chapter   **7**

### HOUSEHOLD GOODS SHEET

#### Household Goods List

**Living Room**
Description of
Property

| | 1 | Value of each item 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Couch(es) | | | | | | |
| Bookcase(s) | | | | | | |
| Desk(s) | | | | | | |
| Chair(s) | | | | | | |
| Table(s) | | | | | | |
| Lamp(s) | | | | | | |
| Radio(s) | | | | | | |
| Television(s) | | | | | | |
| Stereo(s) | | | | | | |
| VCR/DVD Player(s) | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total: |

**Dining Room**
Description of
Property

| | 1 | Value of each item 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | | | | | | |
| Chair(s) | | | | | | |
| Lamp(s) | | | | | | |
| China Closet(s) | | | | | | |
| China | | | | | | |
| Silverware | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total: |

**Bedrooms**
Description of
Property

| | 1 | Value of each item 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Bed(s) | | | | | | |
| Chair(s) | | | | | | |
| Dresser(s) | | | | | | |
| Chest(s) of Drawers | | | | | | |
| Desk(s) | | | | | | |
| Mirror(s) | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Lamp(s) | | | | | | |
| Vanity(s) | | | | | | |
| Radio(s) | | | | | | |
| Television(s) | | | | | | |
| Stereo(s) | | | | | | |
| VCR/DVD Player(s) | | | | | | |
| Computer(s) | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total: |

Kitchen
Description of Property

| | Value of each item | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) | | | | | | |
| Chair(s) | | | | | | |
| Microwave(s) | | | | | | |
| Refrigerator(s) | | | | | | |
| Deep Freezer(s) | | | | | | |
| Dishwasher(s) | | | | | | |
| Washing Machine(s) | | | | | | |
| Dryer(s) | | | | | | |
| Stove(s) | | | | | | |
| Dishes | | | | | | |
| Cookware | | | | | | |
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total: |

Other Rooms (Hallways,Bathrooms,Garage,Attic,Basement,Shed, etc.
Description of Property

| | Value of each item | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Total Value |
| Computer(s) | | | | | | |
| Radio(s) | | | | | | |
| Stereo(s) | | | | | | |
| Desk(s) | | | | | | |
| Chair(s) | | | | | | |
| Game Table(s) | | | | | | |
| Sewing Machine(s) | | | | | | |
| Vacuum Cleaner(s) | | | | | | |
| Iron(s) | | | | | | |
| Camera(s) | | | | | | |
| Air Conditioner(s) | | | | | | |
| Tool(s) | | | | | | |
| Power Tool(s) | | | | | | |

| Lawn Mower(s) | | | | | | |
|---|---|---|---|---|---|---|
| Other: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total: | |

Total Value of all Household Goods

Date _____     Signature  /s/ _____

Debtor

# TAB 8

# Hochman & Peppler, LLC

www.hochmanpeppler.com
(407) 681-2688

## Debtor Questionnaire

Please answer each question below, sign and date the form, and return it to me when your name and case number are called. Failure to return this questionnaire prior to your 341(a) meeting could be grounds for a request by the Trustee to seek dismissal of your case or a hearing to order completion.

|  | YES | NO |
|---|---|---|
| Do you understand and acknowledge the requirement to turn over all tax refunds for 2009 and all years prior to your bankruptcy filing date if they are received after you filed bankruptcy? | ____ | ____ |
| Are you presently married and filing bankruptcy individually? | ____ | ____ |
| Have you been a plaintiff in any personal injury litigation in the past 4 years? | ____ | ____ |
| Do you have any pending personal injury or class action claims? | ____ | ____ |
| Has litigation begun? | ____ | ____ |
| Are you the named beneficiary of any estates, trusts or life insurance? | ____ | ____ |
| Have you transferred any money to an attorney's trust account during the past 12 months? | ____ | ____ |
| Have you disclaimed any inheritances or bequests in the past year? | ____ | ____ |
| Do you understand that you need to surrender to your bankruptcy trustee all monies received or expected to be received from a death or inheritance that occurs prior to your bankruptcy filing date OR 180 days (6 months) AFTER your bankruptcy filing date? | ____ | ____ |
| Have you transferred any assets to family members or close personal friends during the 12 months prior to your filing date? | ____ | ____ |
| Have you paid any loans to any family member or close personal friends within the 12 months prior to your filing date? | ____ | ____ |
| Have you filed a previous bankruptcy using another Social Security number? | ____ | ____ |
| Are you surrendering your home? | ____ | ____ |
| Is the property in foreclosure? | ____ | ____ |
| Have you vacated the property? | ____ | ____ |

|  | YES | NO |

Have you read & understand the Statement of Information prepared by
The US Trustee's Office which explains some possible consequences of filing
Chapter 7 Bankruptcy?

_____  _____

Have you been a resident of Florida for the greater part of the 6 months prior
to your filing date?

_____  _____

Case Number: _____

Debtor's Name: _____

Joint Debtor's Name: _____

Daytime Phone No: _____

Email Address: _____

I declare under penalty of perjury that the foregoing statements are all true and correct.

_____        _____

Debtor's Signature                        Date

_____        _____

Joint Debtor's Signature                   Date

# TAB 9

# Hochman & Peppler, LLC

## BANKRUPTCY DOCUMENT CHECKLIST

The following is a list of documents that must be provided with your paperwork. If these documents are not provided, then bankruptcy cannot be filed.

All accounts must be produced, whether in your name, individually, in your name jointly, with any other person or entity, in your name as trustee or guardian for any person, or in someone else's name on your behalf.

### I.   PROPERTY:

1.   _____Copy of any and **all deeds to real property** owned solely or jointly by you, as well as any **HUD (closing) statements**. If the property was bought within one (1) year, including, but not limited to, time shares, and a tax bill for each property and copy of monthly bill.

2.   _____List of all **real and personal property** which incurred any damage, setting forth the amount of damage to the property, amount of money expended in repairing said damage, name, address, and telephone number of homeowner's insurance company or broker, amount of deductible, claim number and date claim was filed.

3.   _____**Amortization schedules** for all installment loans such as house payments, car payments, etc. This shows the amount of payment, due date of payment, and balance after payment is made.

### II.   PERSONAL PROPERTY:

4.   _____ All periodic **statements from the last six (6) months for all check, savings, and money market accounts**, as well as any certificate of deposits, etc., regardless of whether the account is active or has been closed for the last twelve (12) months. If closed, statement with a zero (0) balance.

5.   _____ Copy of any **receipts and/or monthly billing statements** for any and all furniture, appliances, computers (monitor, hard drive, printer, modem, fax and/or copy machine), cameras, video cameras, and large and expensive household items you own, setting forth the make, model, year purchased, and estimated garage sale value of each item.

6. _____ List of the number of any and all **books, pictures, art objects,** records, compact discs, DVDs, and collectibles setting forth the garage sale value of each item. We do not need titles of books, CDs and DVDs, just an estimated count.

7. _____Documentation of value of all **collectibles**, i.e., art work, antiques, etc. Take the item(s) to a pawn shop to see what they would give you for the item(s). If possible, have the pawn shop provide you with a written statement indicating the value. Do not pawn the item; this is only for valuation purposes. Or, go to or www.collectiblechannel.com or www.ebay.com, and print out approximate value.

8. _____List of any and all **jewelry and/or furs**. If you believe the item is worth over $500.00, take it jewelry to a pawn shop to see what they would give you for the item(s). Do not pawn the item; this is for valuation purposes only. If possible, have the pawn shop provide you with a written statement indicating the value.

9. _____ List of all **sporting and hobby equipment**, i.e., bicycles, golf clubs, fishing poles, firearms, etc., setting forth the model, make, year purchased, and estimated garage sale value.

10. _____The declaration page, and the last periodic statement, for all **life insurance policies.**

11. _____The most recent statement for any **profit sharing, retirement deferred compensation, or pension plan (for example, IRA 401(k), 403(b), SEP, KEOGH,** or other similar account) in which you are a participant or alternate payee and the summary plan description for any retirement, profit sharing, or pension in which you are a participant or alternate payee. The plan administrator, as required by 29 U.S.C. 1024(b)(4), must furnish the summary plan description to the party upon request.

12. _____ Copies of statements from all **brokerage account statements** within the last twelve (12) months, which provide confirmation of any and all sales within the last twelve (12) months.

13. _____Any and all **corporate documents** in an incorporated or unincorporated business, setting forth the number of shares and the current value of the shares, with a print out of the value.

14. _____ Any and all corporate documents partnerships, joint ventures, setting forth the name, address, and telephone number of the partnership/joint venture, and the percent of interest that you hold.

15. _____ Corporate, partnership, and trust tax returns for the last three (3) years if you have an ownership or interest in a corporation, partnership, or

trust greater than or equal to thirty percent (30%). The value of corporation, names of all owners if significant; name, addresses, and telephone numbers of all directors and registered agent, if any, as well as the names, addresses, and telephone numbers of those persons who withdrew their respective position within the last twelve (12) months.

16. _____ **Name, address, and telephone number of all accountants** and bookkeepers, if applicable, hired by the corporation during the last twenty-four (24) months.

17. _____ Copy of licensing or franchise agreement, if applicable, as well as a copy of any and all loans, **including SBA loans**.

18. _____ Copy of any bonds which you or your corporation holds.

19. _____ Copy of any **Court Order**, including: Final Judgment or Divorce Decree and Marital Settlement Agreement with any modifications setting forth the amount of alimony and/or family support to which you are entitled or you owe.

20. _____ Copy of all **wills and trusts** you will benefit from, providing a name, address, and telephone number of the trustee of the trust.

## III. AUTOMOBILES, TRUCKS, TRAILERS, ETC.

21. _____ Kelly Blue Book value (www.KBB.com) or a written estimate from a buy-here-sell-here dealership of resale value of vehicles for each vehicle owned by you, individually or jointly, and are keeping. For example, Carmax in Sanford near the Seminole Towne Center will provide you with a written trade-in value.

22. _____ Written estimates for each vehicle for mechanical and body work if the value of the vehicle exceeds $1,000 according to KBB or Carmax, if you are not upside down, it is not a leased vehicle, and you are keeping it.

23. _____ Proof of insurance on each vehicle you are keeping.

24. _____ Copy of **titles to each vehicle**, boat, jetski, atv, trailer, airplane, or copy of loan documents showing how vehicle is titled.

25. _____ List all animal(s) setting forth AKC registered, or registered with another recognized pedigree license agency, whether the animal(s) is a domestic pet, used for purposes of breeding, or used for purposes of showing, when the animal(s) was purchased, the purchase price, and the current value of the animal(s). Provide copies of all registrations and licenses for said animal(s).

26. _____List all lawn equipment, i.e., lawn mower, edger, blower, work tools, etc., setting forth the make, model, year purchased, purchase price, and current garage sale value; and if appropriate a written estimate from a dealer.

## IV. DEBTS

27. _____ A copy of any and all **bank loans** including, but not limited to, personal loans, student loans, home improvement loans, etc.

28. _____All present **leases and contracts** for current residence, utility companies, health clubs, etc.

29. _____A copy of the last six (6) months **statements for all credit cards** (American Express, Visa, Discover, Master Card, etc.) including any accounts that have been closed during the last sixty (60) days.

30. _____A copy of any and all **unpaid medical bills** including, but not limited to, physician, hospital, radiology, orthopedic, etc.

31. _____A copy of three (3) months **utility bills**.

32. _____Copies of **tax bills**.

33. _____Copies of bills for any services that remain **unpaid**.

34. _____ Copies of all **credit card statements and copies of all letters from collection agencies.** Compile and pair together the statements with the letters collectively showing the underlying debt, as well as any other documents showing your indebtedness.

## V. FINANCIAL AFFAIRS

35. _____Copies of **federal income tax returns** for the last three (3) years and a written estimate of the money you anticipate receiving this tax year. If you have already filed and received your refund, please state what the money was spent on.

36. _____Copies of **pay stubs** or other evidence of earned income for six (6) months prior to filing your bankruptcy, if any.

37. _____Copies of all promissory notes within the last twelve (12) months.

# TAB 10



# WEBSITES FOR BANKRUPTCY CLIENTS

| Hochman & Peppler website | **www.hochmanpeppler.com** |
| --- | --- |
| | **(407) 681-2688 akontny@hochmanpeppler.com** |
| Bankruptcy Court faq | http://www.flmb.uscourts.gov/faqs/default.htm |
| Valuation of automobiles | www.carmax.com |
| | www.kbb.com |
| Application for New Social Security Card | http://ssa.gov/online/ss-5.pdf |
| Bankruptcy Court video | http://www.flmb.uscourts.gov/bankruptcybasics/default.htm |
| Articles and credit cards | http://www.creditcards.com/ |
| Office of FL Attorney General | http://myfloridalegal.com/ |
| FL Attorney General List of Information | http://myfloridalegal.com/pages.nsf/Main/81bf89afaf04dbeb85256cc6006ff6bf |
| Chapter 13 trustee website | http://www.c13orl.com/orlando_chapter_13_004.htm |
| Bankruptcy Reform Bill April 20, 2005 | http://thomas.loc.gov/cgi-bin/bdquery/z?d109:s.256: |
| American Bankruptcy Institute | http://www.abiworld.net/bankbill |
| US Courts Bankruptcy forms | http://www.uscourts.gov/bkforms/ |
| Free annual credit report | http://www.ftc.gov/freereports |
| Websites for credit reporting companies | www.equifax.com; www.experian.com; www.transunion.com |
| Valuation of Real Estate | www.zillow.com |
| National Foundation for Credit Counseling Financial Information | www.debtadvice.org |
| National Foundation for Credit Counseling | www.nfcc.org |
| Homeowner Crisis Resource Center Mortgage Reality Check | http://www.housinghelpnow.org/MortgageRealityCheck.cfm |
| Federal Citizen Information Center | www.consumeraction.gov |

Z:\Folders\MJH Active Files\INTAKE FORMS\BANKRUPTCY\Workshop Documents\websites.doc
Hochman and Peppler, LLC
02/25/09 updated 3/6/09 updated 1/14/10 updated 8/16/10
Page 1 of 2

| | |
|---|---|
| Consumer Credit Counseling Services | http://www.cccservices.com/resources.html |
| US Federal Office of Citizen Services | http://www.gsa.gov/Portal/gsa/ep/channelView.do?pageTypeId=8199&elId=-25742 |
| Consumer Credit Counseling Services | http://www.credabilityu.org/ |
| Homeowner Crisis Rescue Center (HUD endorsed) | http://www.housinghelpnow.org/ |
| Gateway to US Government Information | http://www.usa.gov/<br>1 (800) FEDINFO which is (1 (800) 333-4636) |
| Starting place to locate federal government Information (US Commerce Dept.) | http://www.fedworld.gov/ |
| Bankruptcy Basics (77 pages long) | http://www.uscourts.gov/bankruptcycourts/bankbasics0908.pdf |
| US Government search engine | http://usasearch.gov/ |
| Official Bankruptcy Forms | http://www.uscourts.gov/bkforms/bankruptcy_forms.html |
| Fair Debt Collection Practices Act | http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre27.pdf |
| Federal Trade Commission Report on Modernizing Federal Debt Collection Law Feb 2009 | http://www.ftc.gov/opa/2009/02/fdcpa.shtm |
| Federal Trade Commission FAQ Regarding Debt Collection | http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre18.shtm |
| Fair Credit Reporting Act (86 pages) | http://www.ftc.gov/os/statutes/031224fcra.pdf |
| IRS info on Debt Cancellation | http://www.irs.gov/individuals/article/0,,id=179414,00.html |

Z:\Folders\MJH Active Files\INTAKE FORMS\BANKRUPTCY\Workshop Documents\websites.doc
Hochman and Peppler, LLC
02/25/09 updated 3/6/09 updated 1/14/10 updated 8/16/10
Page 2 of 2

# TAB 11

# Hochman & Peppler, LLC
### 3208 W. Hwy 426, Suite 2000, Oviedo, FL 32765
**www.hochmanpeppler.com**

Marilyn J. Hochman
Senior Counsel
Crisis Law ©

Telephone: (407) 681-2688
Facsimile: (407) 681-2689

Assistant to Ms Hochman
Angie Kontny
Email: akontny@hochmanpeppler.com

## Communication Policy

As a client, you are entitled to make reasonable requests for information from the law firm concerning the status of your case. We will make every effort to respond to these reasonable requests. You must realize, however, that time spent on communication with a client takes away from the time the lawyer and staff has available to perform legal services for our clients. In order to balance your need for information with our need for time to work on your case, we have instituted this communication policy. Please read carefully and ask questions about anything you do not understand. If you have no questions and are willing to abide by the conditions, please sign and date the policy in the space provided below.

Phone messages will be taken during normal business hours 8:30 a.m. to 5:00 p.m., Monday, Tuesday, Wednesday and Thursday; 8:30 a.m. to 12:30 p.m. on Friday, if we are unavailable. If you leave a message on a weekend or holiday, please be aware that your call may not be returned until the next business day. Furthermore, in order to protect my time with my family and to ensure their privacy, I do not give out my home telephone number nor take calls at home.

Please identify yourself when you call and the reason you are calling. If it is a routine question that does not require legal advice please ask for Angie. "Routine" might include asking when your hearing is scheduled, if your presence is required at the hearing, or what a term means on a form you are filling out. My staff keeps the office calendar, so please ask them for assistance with anything regarding scheduling. If you call for information from a member of my staff in the morning, a message will be taken and we will attempt to return your call. Please do not leave multiple messages for a question unless there is a change in where you can be reached; you can be assured that your call will be returned as soon as we are able to do so.

Please leave several numbers that are optimal for contact in case I am not able to return your call at the first available time. I call periodically to check for messages when I am out of the office and either return the call or relay a message through my staff.

The best way to reach us is by email. My assistant, Angie's email address is akontny@hochmanpeppler.com. If I am in court for a day or two, she will be able to relay your message to me if you leave a detailed message regarding the issue. I try to check my e-mail daily. If you know something may come up over the weekend where you would need to speak to us, then let us know ahead of time what you anticipate and I will be sure to check my email. Emails are more efficient and will be answered as quickly as possible.

Consulting with either me or my staff by telephone, email or correspondence is billed the same as if you were present in the office for a conference. There is a minimum .2 or 12-minute charge whether we reach you or not. Answering your communication entails many other things besides just responding to you. It includes getting the file, documenting the conversation, etc. Please do not stop by the office to ask questions, as this interrupts my staff and takes them away from what they were working on. If you feel you must have a face to face meeting with either me or Angie, please call Angie and she will be happy to schedule something for you. If you stop by unannounced and without an appointment, you will be automatically charged double the normal billing rate if we do not deem it an emergency. For example: a .2 minimum 12-minute conference will be billed as a .4 – 24 minute conference. Also, when you do not have a scheduled appointment, you will probably have to discuss your case in the lobby, as conference rooms may not be available. You should use your common sense and good judgment in deciding whether your question is urgent enough to warrant the extra expense or if it can wait until your next appointment. You might even list and save your questions for a once a week phone call, email, letter or an appointment to discuss any issues you have.

Please do not ask my staff for legal advice. They are not licensed to practice law in Florida and cannot and will not give legal advice.

Most important: Please advise my staff of any change in phone numbers and addresses as soon as possible.

_____

Client

_____, 2010

Date

# INFORMATION FROM POCKETS

▸ Easy to Use
▸ Affordable Pricing
▸ Courses Available Online 24/7
▸ Most Payment Methods Accepted
▸ Same Price for Joint Filers
▸ Excellent Customer Service
▸ Phone Call Required to Complete Credit Counseling Session. Completion of Credit Counseling Session Required for Delivery of Certificate.
▸ Completion of Debtor Education Course Required for Delivery of Certificate.

**Get started online today at**

www.PersonalFinanceEducation.com
1-866-729-0049

HOCHMAN and PEPPLER, LLC

ATTORNEYS

MARILYN J. HOCHMAN

3208 Aloma Ave, Ste. 2000
Oviedo, Florida 32765-8656
HochmanPeppler.com

Telephone: 407.681.2688
Facsimile: 407.681.2689
mhochman@HochmanPeppler.com

INCHARGE

**Bankruptcy Courses**

$30
Pre-filing
Credit Counseling

$25
Pre-discharge
Debtor Education

ATTORNEY INFORMATION:

## HOCHMAN & PEPPLER, LLC
### 3208 W. Highway 426, Suite 2000, Oviedo, FL 32765

Marilyn J. Hochman
www.hochmanpeppler.com

Telephone: (407) 681-2688
Facsimile: (407) 681-2689

email: mhochman@hochmanpeppler.com
email: akontny@hochmanpeppler.com

_____

_____   ?

_____ FL _____

Legal Matter
_____

Additional Notes
_____          .

Additional Notes

# DEBT ASSISTANCE DISCLOSURE

1. The client desires to obtain advice and assistance with debt issues and relief from debt and has attended a workshop with Hochman & Peppler, LLC. The client understands that in order for the attorney to give meaningful advice, certain detailed financial information must be provided fully and accurately. The client agrees to give accurate, honest, full and fair disclosure of financial information concerning average income over the previous 6 months from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), and a disclosure of all assets and property owned by the client.

2. The attorney agrees to interview the client and give advice and counsel to assist the client in making decisions about debt problems, the possibility of filing bankruptcy, selecting the appropriate chapter of bankruptcy, and how a bankruptcy case may help or hurt the debt problems of the client. The initial consultation will consist of a review of the client's current monthly income, completion of a monthly budget of regular expenses, preliminary analysis of qualifications for certain chapters of bankruptcy, a preliminary analysis of the client's debt statements and a recommendation.

3. In the event that the client decides to file a bankruptcy case, a new written agreement must be signed by the client and the attorney which will supersede this agreement relating to attorney fees and expenses. This new agreement will also provide a detailed explanation of the services performed or to be performed by Stein, Sonnenschein, Hochman & Peppler, LLC.

4. ALL INFORMATION PROVIDED BY THE CLIENT WITH A BANKRUPTCY PETITION MUST BE COMPLETE, ACCURATE, AND TRUTHFUL. ALL ASSETS AND ALL LIABILITIES ARE REQUIRED TO BE COMPLETELY AND ACCURATELY DISCLOSED IN THE DOCUMENTS FILED TO COMMENCE THE CASE. REPLACEMENT VALUE OF EACH ASSET DEFINED IN TITLE 11 UNITED STATES CODE SECTION 506 MUST BE STATED IN THOSE DOCUMENTS WHERE REQUESTED AFTER REASONABLE INQUIRY TO ESTABLISH SUCH VALUE.

INFORMATION PROVIDED DURING THE CASE MAY BE AUDITED AND THAT FAILURE TO PROVIDE SUCH INFORMATION MAY RESULT IN DISMISSAL OF THE CASE OR OTHER SANCTION, INCLUDING A CRIMINAL SANCTION.

Signed this, _____ day of _____, 2010.

_____
Client signature

_____
Client signature

_____
Marilyn J. Hochman

Stein, Sonnenschein, Hochman & Peppler, LLC., designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States, has proudly assisted consumers seeking relief under the U.S. Bankruptcy Code for over 20 years.

A Member of the National Association of Consumer Bankruptcy Attorneys

Revised 2/17/09 12:30 AM  U:\MJH Files\INTAKE FORMS\BANKRUPTCY\Workshop Documents\Debt Assistance Seminar from NACBA site.doc

# NOTES

# NOTES

# Hochman & Peppler, LLC
**www.hochmanpeppler.com**

## WHAT TO DO FIRST

1. Take class online (each); print online certificate (each)*. Bankruptcy must be filed within 6 months of date of class.

2. Take car to CarMax for estimate.

3. Fill out paperwork and get all documents from check list.

4. Bring it all to office with the retainer fee to pay for the filing of the bankruptcy.

5. Do not pay credit cards.

6. Keep paying your monthly bills re: utility, water, phone, etc.

7. Keep paying your car, house if you are keeping secured items.

8. Make sure your documents are taken out of the envelopes.

9. Review the worksheet to make sure you answered every question.

10. Stop all credit card debits.

11. Fair Debt Collections Act Log

    Keep log of the following information:
    a. Date of call
    b. Name of creditor
    c. Time of the call
    d. Name of the person you spoke to
    e. What you told them

---

If you have any questions: please write them down on the questionnaire or email: akontny@hochmanpeppler.com

Created on 5/4/2009 4:16:00 PM
Revised July 31, 2009
U:\MJH Files\INTAKE FORMS\BANKRUPTCY\Workshop Documents\What to do first.doc
www.crisislaw.com
Page 1 of 1

# Fair Debt Collections Act Log – FDCAL

**Keep log of the following information:**

| | |
|---|---|
| **Name of creditor** | |
| **Name of the person you spoke to** | |
| **Time of the call** | |
| **What they told you** | |
| **What you told them** | |
| **Date of the call** | |
| **Length of the call** | |

**Hochman & Peppler, LLC**
Marilyn J. Hochman
Attorney at Law
3208 W. Hwy 426, Suite 2000
Oviedo, FL 32765
(407) 681-2688
akontny@hochmanpeppler.com

Date of Initial Interview:

_____, 2010

_____

_____

_____, FL _____

# BANKRUPTCY RETAINER AGREEMENT

If you choose to retain our firm to represent you in the above matter, this document will serve as our agreement concerning the employment of this law firm by you. This retainer may be accepted within 90 days of date of the initial interview, above, or this offer is withdrawn. The terms of our representation are as follows:

1. We discussed the benefits of Chapter 7 and Chapter 13 bankruptcy proceedings. It appears, based on the facts and your comments, the appropriate chapter we recommend you file is __ Chapter 7 __ Chapter 13 __ undecided.

2. It appears that your financial situation is not likely to significantly improve in the next 6 to 12 months. Thus, it is likely that you may have to file a bankruptcy proceeding.

3. We talked about the exemptions that are afforded to debtors in Florida as of this date. Your wages, IRA, cash value of your life insurance policy and $1,000 of personal property or the super exemption, as well as any equity you may have in your motor vehicle, are likely to be exempt. The remainder of your assets may have to be bought back from the Trustee if your assets are valued higher than the legally exempt amount. This is called A REDEMPTION.

4. We have also discussed that you must take a class before you file your case. The class must be taken no longer than 6 months prior to filing your case. Your case will not be filed until we have the certificate.

5. We have also discussed that you must take a class after you file your case. You will provide the certificate to us as soon as you have taken the class.

6. We have discussed that you must provide the last 3 years of tax returns and the last 6 months of pay stubs (payment advice) to me prior to filing your case. If these records are not provided, the court could dismiss your case after it is filed.

7. We have discussed the possibility that you may have to pay the creditor any credit card charges you have made within the 6 months prior to filing your bankruptcy.

8. We have discussed that you must bring your driver license (or picture identification if you do not have a driver license) and your social security card with you to the 341 meeting.

In order to file your bankruptcy, we will be retained on the following basis:

**Chapter 7:**
1. A down payment of $500.00 to retain our firm paid today will be applied towards the full retainer fee.
2. The additional retainer will be paid in the amount of $2,750.00 which represents attorneys' fees for your representation in the Chapter 7 bankruptcy proceeding.
3. For a Chapter 7 the filing fee is $299.00. This includes a fee for the Bankruptcy Trustee.
4. Travel to the 341 meeting is $100.00 which includes mileage, tolls and parking, copying.
5. Credit report fee: $30.00 single or $50.00 married.

**Chapter 13:**
6. A down payment of $2,500.00 to retain our firm paid today will be applied towards the full retainer fee.

7. The additional retainer will be paid through the plan in the amount of $2,000.00 which represents attorneys' fees for your representation in the Chapter 13 bankruptcy proceeding.

8. There is also a monthly monitoring attorney fee for a Chapter 13 in the amount of $50.00 per month. This will allow us to monitor your case to its conclusion and is paid through the plan.

9. For a Chapter 13 the filing fee is $274.00. The Chapter 13 Trustee is paid a set percentage from the payments you will make during the bankruptcy.

10. Travel to the 341 meeting is $100.00 which includes mileage, tolls and parking, copying. Additional court appearances are $100.00 for costs.

11. Credit report fee: $30.00 single or $50.00 married.

12. **The full attorney fee and costs must be paid prior to filing your case:**

    a. Chapter 7
        i. Fees             $3,250.00
        ii. Costs           $449.00 (if married and both filing)
                              $3,699.00

    b. Chapter 13
        i. Fees             $2,500.00*
        ii. Costs           $424.00 (if married and both filing)
                              $2,924.00
        Plan Fees     $2,000.00 (paid through the plan)
                              $4,924.00*

    c. Suggestion          $200.00 each

\* Plan maintenance is an additional $50.00 per month paid through the plan.

This is a <u>flat rate</u> for attorney fees for the following representation:

Initial counseling and strategy on filing bankruptcy;

    d. Review of your financial situation as to whether a Chapter 7 vs. Chapter 13 proceeding is the best choice;
    e. Preparation and review of your Petition;
    f. Attendance at the 341 meeting and travel expenses, tolls, parking and mileage;
    g. Review of all documents filed by the creditors and the Court in your bankruptcy proceeding;
    h. Credit report and analysis;
    i. All forms necessary to file your case;
    j. Means Test analysis to see whether a Chapter 7 or a Chapter 13 would be best for your situation;
    k. Information regarding taking the pre-filing class and the class required after filing;
    l. Document checklist to verify and back up information given on worksheet.

The flat rate for attorney fees does not include representation for any matters not specified above. Such matters would include, but would not be limited to, the following:

    a. Representation in any proceedings outside of bankruptcy court including those in state circuit or county court;
    b. Representation in any adversary proceedings brought in bankruptcy court relating to creditors seeking an exception to your discharge or to object to your discharge or seeking to have your obligations to the Internal Revenue Service determined;
    c. Preparing and attending any contested matters in bankruptcy court instituted by your creditors;
    d. Intent to file Suggestion of Bankruptcy; ($200.00 additional for each of these;
    e. Suggestion of bankruptcy; ($200.00 additional for each of these);
    f. Lien avoidance;
    g. Action necessary after review of all documents filed by creditors in your bankruptcy proceeding;

For your general information, the hourly rate for attorney time is billed at $295.00 per hour and paralegal time is $135.00 per hour. This may include:

    1. Additional expenses may include, but are not limited to the following: copies (current rate of 25 cents per copy (.25)), long distance telephone charges billed at $3.50 per call (in the United States), fax charges ($1.00 per page for

incoming and outgoing faxes). Should these rates be increased during our representation of you, you will be responsible for paying the new established rates.

2. If there are hourly legal fees and expenses we will send you invoices reflecting the services we have performed and setting forth the costs and expenses we have incurred. You will pay us within ten (10) days of your receipt of the invoice. We do not accept credit card payments from bankruptcy clients. If you disagree with the fees and/or costs you have been charged, you shall speak with us within 30 days of the date of the invoice. If we do not hear from you within that time regarding the fees and costs, we will expect payment. If you are delinquent in your payments to us, you will be charged interest at the highest rate allowable.

3. On occasion, we may request that you pay certain expenses and costs in advance to ensure that we receive the prompt services of the people and entities we regularly use (court reporters, expert witnesses and the like).

4. We reserve the right to withdraw from representing you in the event that you fail to timely honor your agreement to pay our attorneys' fees, expenses and court costs. We also reserve the right to withdraw from your representation in the event that you fail to abide by the legal advice that we give you or if you fail to cooperate with us or are abusive to the staff.

5. If this agreement meets with your approval, please sign where indicated below and return the original document to us with your retainer.

## GENERAL INFORMATION CONCERNING YOUR BANKRUPTCY:
Once you file your Petition for Relief, you will have no obligation to pay the vast amount of your pre-existing debts (other than your mortgage payment, your lease/security agreement for your motor vehicle, and other debts secured by assets that you wish to retain) as we discussed.

As we also discussed, you have the option of filing a Chapter 7 or a Chapter 13 proceeding.

It is important that you list all of your creditors, assets and liabilities. You can not pick which creditors you list on your bankruptcy. If you fail to list any creditor, there is the possibility that the Bankruptcy Court may not later let you add the creditor. Your completed Petition, Schedule and Statement of Affairs should be accurate because you sign the Petition under penalty of perjury which is a crime.

At this time, we have not been retained to represent you in any other matter. Unless we hear from you otherwise, all notices and other information regarding this matter will be sent to your above listed address. If at any time you would like to change the address to which we should send notices and information, please let us know as soon as possible.

We thank you for your interest in our law firm and appreciate your consideration of our services. Our representation of you will begin upon our receipt of your retainer, a copy of this agreement executed by you and your paperwork. Until these conditions have been met, our firm does not represent you.

By signing this agreement you are also giving us permission to run a credit report on you and/or your business.

Should you choose to retain another law firm, please advise us as soon as possible. Should you have any questions or wish to obtain our specific advice concerning a particular matter, please set up an appointment at your earliest convenience. If you are served with a lawsuit, you only have 20 days to respond, therefore, if you are going to file bankruptcy with us, we need to know about any lawsuits within 24 hours of service on you.

_____          _____
Marilyn J. Hochman, Esquire                           Date

The above is accepted, understood, and agreed to:

Dated: _____      Signed: _____

                                           Printed Name: _____

Dated: _____      Signed: _____

                                           Printed Name: _____

Form **4506-T**
(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

▶ **Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b First social security number on tax return or employer identification number (see instructions)** |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b Second social security number if joint tax return** |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

**Caution.** *If the transcript is being mailed to a third party, ensure that you have filled in line 6 and line 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy.*

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . . ☐

**c** **Record of Account,** which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . . . . . . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2007, filed in 2008, will not be available from the IRS until 2009. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . ☐

**Caution.** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of signature date.*

Telephone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)               Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature               Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

Cat. No. 37667N

Form **4506-T** (Rev. 1-2010)

# General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also  designate a third party to receive the information. See line 5.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

**Automated transcript request.** You can call 1-800-829-1040 to order a transcript through the automated self-help system. Follow prompts for "questions about your tax account" to order a tax return transcript.

## Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Florida, Georgia, North Carolina, South Carolina | RAIVS Team<br>P.O. Box 47-421<br>Stop 91<br>Doraville, GA 30362<br><br>770-455-2335 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br><br>512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br><br>559-456-5876 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | RAIVS Team<br>Stop 6705 P-6<br>Kansas City, MO 64999<br><br>816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>P.O. Box 9941<br>Mail Stop 6734<br>Ogden, UT 84409<br><br>801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team<br>P.O. Box 145500<br>Stop 2800 F<br>Cincinnati, OH 45250<br><br>859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as  their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form**, 10 min.; **Preparing the form**, 12 min.; and **Copying, assembling, and sending the form to the IRS**, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax  Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.



**Debbie Kleinberg**
Vice President
Commercial Relationship Manager

SunTrust Bank, Central Florida
Mail Code FL-Oviedo-0022
1880 West County Road 419
Oviedo, FL 32765
Tel 407.359.4319  Fax 407.359.2038
24-hour Business Banking
  Customer Care 800.752.2515
debbie.kleinberg@suntrust.com