# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

WILLIAM BRIAN DORN and
SUMMER MURPHY-DORN,

CASE NO.: 6:10-bk-06282-KSJ
Chapter 7

Debtors.

FILED IN OPEN COURT

THIS _7th_ DAY OF _December_ 10

LEE ANN BENNETT, CLERK

UNITED STATES BANKRUPTCY COURT

IN RE:

SCOTT HOWARD SCHMIERER,

Debtor.

CASE NO.: 6:10-bk-12174-KSJ
Chapter 7

## EXHIBIT LIST FOR
## UNITED STATES TRUSTEE

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---|---|---|---|
| 1 | 12/07/10 | 12/07/10 | Bankruptcy Docket: **Dorn: Case No.: 6-10-bk-06282-KSJ** |
| 2 | 12/07/10 | 12/07/10 | Bankruptcy Petition, Schedules A-J, Statement of Financial Affairs, Statement of Intentions, Disclosure of Compensation. Statement of Income and Means Test Calculation. **Dorn: Case No.: 6-10-bk-06282-KSJ** |
| 3 | 12/07/10 | 12/07/10 | Hochman & Peppler, LLC's Bankruptcy Retainer Agreement and Timeslips Entry documents **Dorn: Case No.: 6-10-bk-06282-KSJ** |
| 4 | 12/07/10 | 12/07/10 | Hochman and Peppler, LLC's Invoice for Professional Services **Dorn: Case No.: 6-10-bk-06282-KSJ** |
| 5 | 12/07/10 | 12/07/10 | Bankruptcy Docket: **Schmierer: Case No.: 6-10-bk-12174-KSJ** |
| 6 | 12/07/10 | 12/07/10 | Bankruptcy Petition, Schedules A-J, Statement of Financial Affairs, Statement of Intentions, Disclosure of Compensation. Statement of Income and Means Test Calculation. **Schmierer: Case No.: 6-10-bk-12174-KSJ** |

UST000000001

| 7 | 12/07/10 | 12/07/10 | Hochman & Peppler, LLC's Bankruptcy Retainer Agreement and Timeslips Entry documents **Schmierer Case No.: 6-10-bk-12174-KSJ** |
| 8 | 12/07/10 | 12/07/10 | Hochman and Peppler, LLC's Invoice for Professional Services **Schmierer: Case No.: 6-10-bk-12174-KSJ** |
| 9 | 12/07/10 | 12/07/10 | Attorney fee comparison chart |

BY:

Deputy Clerk

Daniel Munoz

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No.** _1_

Debtor(s): _William Brian Dorn and_

_Summer Murphy-Dorn_

Case No.: _6:10-bk-06282-KSJ_

Debtor(s): _Scott Howard Schmierer_

Case No: _6-10-bk-12174-KSJ_

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: _December 7, 2010_

Admitted in Evidence: _December 7, 2010_

Nature of Proceeding: _Motions to Examine Fees Paid_
_to Attorney Marilyn J. Hochman_

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Minor

UST000000005

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:10-bk-06282-KSJ

*Assigned to:* Karen S. Jennemann
Chapter 7
Voluntary
No asset

*Date filed:* 04/15/2010
*Debtor discharged:* 09/30/2010
*Joint debtor discharged:* 09/30/2010

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**William Brian Dorn**<br>1577 Maidencane Loop<br>Oviedo, FL 32765<br>SSN / ITIN: xxx-xx-2042 | represented by **Marilyn J Hochman**<br>Hochman & Peppler LLC<br>3208 W Highway 426<br>Suite 2000<br>Oviedo, FL 32765<br>(407) 681-2688<br>Fax : (407) 681-2689<br>Email: mhochman@hochmanpeppler.com |
| **Joint Debtor**<br>**Summer Murphy-Dorn**<br>1577 Maidencane Loop<br>Oviedo, FL 32765<br>SSN / ITIN: xxx-xx-4998 | represented by **Marilyn J Hochman**<br>(See above for address) |
| **Trustee**<br>**Leigh R Meininger**<br>Post Office Box 1946<br>Orlando, FL 32802-1946<br>407-246-1585 | |
| **U.S. Trustee**<br>**United States Trustee - ORL7**<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801<br>407-648-6301 | represented by **Timothy S Laffredi**<br>135 West Central Blvd Suite 620<br>Orlando, FL 32801<br>(407) 648-6301 ext. 130<br>Fax : (407) 648-6323<br>Email: timothy.s.laffredi@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| | | Voluntary Petition under Chapter 7. (Fee Paid.). Schedules A-J |

| | | |
|---|---|---|
| 04/15/2010 | 1 | and Summary of Schedules. Statement of Financial Affairs. Statement of Intentions. Disclosure of Compensation. Statement of Income and Means Test Calculation. Filed by Marilyn J Hochman on behalf of William Brian Dorn, Summer Murphy-Dorn. (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/15/2010 | 2 | Statement of Debtors Social Security Numbers Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn, Joint Debtor Summer Murphy-Dorn. (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/15/2010 | 3 | Payment Advices Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn, Joint Debtor Summer Murphy-Dorn. (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/15/2010 | 4 | Certificate of Credit Counseling. Date Course was Completed: 10/23/09. Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn, Joint Debtor Summer Murphy-Dorn. (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/15/2010 | 5 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn (related document(s) 1 , 2 , 4 , 3 ). (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/15/2010 | 6 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Joint Debtor Summer Murphy-Dorn (related document(s) 1 , 2 , 4 , 3 ). (Hochman, Marilyn) (Entered: 04/15/2010) |
| 04/16/2010 | | Assignment of the Honorable Karen S. Jennemann, Bankruptcy Judge to this case . (Hatcher, Pat) (Entered: 04/16/2010) |
| 04/16/2010 | | The Trustee appointed to this case is Leigh R Meininger . (Hatcher, Pat) (Entered: 04/16/2010) |
| 04/19/2010 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(6:10-bk-06282) [misc,volp7a2] ( 299.00). Receipt Number 40606, Amount Paid $ 299.00 (Faragoza) (Entered: 04/19/2010) |
| 04/19/2010 | 7 | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 6/3/2010 at 03:30 PM at Orlando, FL (6-60) - 135 West Central Blvd., 6th Floor, Suite 600. Last day to oppose discharge or dischargeability is 8/2/2010. (Johnson, Aimee) (Entered: 04/19/2010) |

UST000000008

| | | | |
|---|---|---|---|
| 04/21/2010 | 8 | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 7 )). Service Date 04/21/2010. (Admin.) (Entered: 04/22/2010) |
| 05/03/2010 | 9 | Request for Notice Filed by Creditor HSBC Bank Nevada, N.A.. (Bass, Patti) (Entered: 05/03/2010) |
| 05/07/2010 | | Change of address submitted to the Court on May 7, 2010 by attorney Marilyn J. Hochman, Hochman and Peppler, LLC, 3208 W. Hwy. 426, Suite 2000, Oviedo, FL 32765. (Johnson, Alyson) (Entered: 05/07/2010) |
| 05/26/2010 | 10 | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a) . Signed on 5/26/2010 (Lewis, Lexie) (Entered: 05/26/2010) |
| 05/28/2010 | 11 | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 10 )). Service Date 05/28/2010. (Admin.) (Entered: 05/29/2010) |
| 06/09/2010 | | Meeting of Creditors Held and Concluded on **06/03/10**. Chapter 7 Trustee's Report of No Distribution: I, Leigh R Meininger, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 8000.00, Assets Exempt: $ 7130.00, Claims Scheduled: $ 98916.35, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 98916.35. (Meininger, Leigh) (Entered: 06/09/2010) |
| 06/16/2010 | 12 | Request for Notice Filed by Creditor Recovery Management Systems Corporation For GE Money Bank. (Recovery Management Systems Corporation) (Entered: 06/16/2010) |
| | | Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management. Failure to file the certification or otherwise communicate with the Court within |

| | | |
|---|---|---|
| 08/03/2010 | 13 | twenty-one (21) days will result in the case being closed without an entry of discharge. *Due 8/24/2010.* (Lewis, Lexie) (Entered: 08/03/2010) |
| 08/05/2010 | 14 | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 13 )). Service Date 08/05/2010. (Admin.) (Entered: 08/06/2010) |
| 08/13/2010 | 15 | Certification of Completion of Instructional Course Concerning Personal Financial Management for William Brian Dorn with Certificate of Debtor Education Provided by Agency Attached. Date Course was Completed: August 11, 2010 . Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn. (Hochman, Marilyn) (Entered: 08/13/2010) |
| 08/13/2010 | 16 | Certification of Completion of Instructional Course Concerning Personal Financial Management for Summer Murphy-Dorn with Certificate of Debtor Education Provided by Agency Attached. Date Course was Completed: August 11, 2010 . Filed by Marilyn J Hochman on behalf of Joint Debtor Summer Murphy-Dorn. (Hochman, Marilyn) (Entered: 08/13/2010) |
| 08/13/2010 | 17 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Debtor William Brian Dorn (related document(s) 15 ). (Hochman, Marilyn) (Entered: 08/13/2010) |
| 08/13/2010 | 18 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Joint Debtor Summer Murphy-Dorn (related document(s) 16 ). (Hochman, Marilyn) (Entered: 08/13/2010) |
| 09/21/2010 | 19 | Motion *to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. Section 329(b)* Filed by United States Trustee - ORL7. (Laffredi, Timothy) (Entered: 09/21/2010) |
| 09/30/2010 | 20 | Discharge of Debtor . Signed on 9/30/2010 (Lewis, Lexie) (Entered: 09/30/2010) |
| 10/01/2010 | 21 | Notice of Evidentiary Hearing on Motion to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. Section 329(b) (related document(s) 19 ). Hearing scheduled for 12/7/2010 at 02:00 PM at Orlando, FL - Courtroom B, 5th Floor, 135 W. Central Boulevard. (Lewis, Lexie) (Entered: 10/01/2010) |
| | | BNC Certificate of Mailing - Order of Discharge. (related document(s) (Related Doc # 20 )). Service Date 10/02/2010. |

UST000000010

| 10/02/2010 | 22 | (Admin.) (Entered: 10/03/2010) |
|---|---|---|
| 10/03/2010 | 23 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 21 )). Service Date 10/03/2010. (Admin.) (Entered: 10/04/2010) |
| 11/17/2010 | 24 | Notice Canceling and/or Rescheduling Hearing (related document (s) 19 ). Hearing scheduled for 12/7/2010 at 02:45 PM at Orlando, FL - Courtroom B, 5th Floor, 135 W. Central Boulevard. (Henry, Mary) (Entered: 11/17/2010) |
| 11/19/2010 | 25 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 24 )). Service Date 11/19/2010. (Admin.) (Entered: 11/20/2010) |

### PACER Service Center
#### Transaction Receipt

| 12/06/2010 12:18:00 | | | |
|---|---|---|---|
| **PACER Login:** | du6503 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:10-bk-06282-KSJ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

UST000000011

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No.** 2

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding:  Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Minor

UST000000013

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dorn, William Brian** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Murphy-Dorn, Summer** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2042** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4998** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1577 Maidencane Loop**<br>**Oviedo, FL**                ZIP Code **32765** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1577 Maidencane Loop**<br>**Oviedo, FL**                ZIP Code **32765** |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business:<br>**Seminole** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):                ZIP Code | ZIP Code |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13               of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as           business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | *** Marilyn J. Hochman 472298 ***<br><br>*** Marilyn J. Hochman 472298 *** |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500 million | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dorn, William Brian<br>Murphy-Dorn, Summer** | Page 2 |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  /s/ Marilyn J. Hochman**          **April 15, 2010**<br>    Signature of Attorney for Debtor(s)          (Date)<br>    **Marilyn J. Hochman** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                Page

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Dorn, William Brian**
**Murphy-Dorn, Summer**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William Brian Dorn**
Signature of Debtor **William Brian Dorn**

X **/s/ Summer Murphy-Dorn**
Signature of Joint Debtor **Summer Murphy-Dorn**

Telephone Number (If not represented by attorney)

**April 15, 2010**
Date

### Signature of Attorney*

X **/s/ Marilyn J. Hochman**
Signature of Attorney for Debtor(s)

**Marilyn J. Hochman 472298**
Printed Name of Attorney for Debtor(s)

**Hochman and Peppler**
Firm Name

**3208 W. Hwy. 426**
**Suite 2000**
**Oviedo, FL 32765**

Address

mhochman@hochmanpeppler.com;akontny@hochmanpeppler.com
**407-681-2688  Fax: 407-681-2689**
Telephone Number

**April 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **William Brian Dorn,**
         **Summer Murphy-Dorn**

Case No. _____

                  Debtors

Chapter _____ 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,130.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,019.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 86,897.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,815.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,087.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 15,130.00 | | |
| | | | Total Liabilities | 98,916.35 | |

Form 6 - Statistical Summary (12/07)



# United States Bankruptcy Court
## Middle District of Florida

In re     **William Brian Dorn,**
        **Summer Murphy-Dorn**            Case No. _____

                             Debtors       Chapter _____ 7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), fil a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,815.48 |
| Average Expenses (from Schedule J, Line 18) | 5,087.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,768.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,019.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 86,897.35 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 90,916.35 |

B6A (Official Form 6A) (12/07)

In re  **William Brian Dorn,**
       **Summer Murphy-Dorn**

                                          Case No. _____
_____
                 Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | Sub-Total > | 0.00 | (Total of this |
|---|---|---|---|---|
|  | | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000020

B6B (Official Form 6B) (12/07)



re   **William Brian Dorn,**
      **Summer Murphy-Dorn**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BoA checking #5440 | J | 50.00 |
| | | Fairwinds checking #8359 | J | 500.00 |
| | | BoA Savings #0249 | J | 1,800.00 |
| | | | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with LL, Acela Rosado, 3405 Raven Creek, Oviedo, FL 32766 | J | 1,600.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | couch, bookcase, chair, table, lamps, tv, stereo, video games, dining room table and chairs, dresser, vcr, kitchen table & chairs, computer, desk, chair, vacuum, tools | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books pictures cds | J | 20.00 |
| 6. Wearing apparel. | | Debtor clothing | J | 35.00 |
| 7. Furs and jewelry. | | Wedding bands, costume jewelry | J | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf club, bicycles, camera | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **4,630.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Brian Dorn,**                                  Case No. _____
**Summer Murphy-Dorn**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >         **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000022

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Brian Dorn,**
      **Summer Murphy-Dorn**
                  Debtors                  Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chrysler 300 M | W | |
| | | 2005 Nissan Murano | H | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | 8,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 2010 income tax return refund | J | Unknown |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

|  | |
|---|---|
| Sub-Total > (Total of this page) | 10,500.00 |
| Total > | 15,130.00 |

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   **William Brian Dorn,**
     **Summer Murphy-Dorn**
                                 Debtors         Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | Fla. Stat. Ann. § 222.11(2)(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BoA checking #5440 | Fla. Stat. Ann. § 222.25(4) | 500.00 | 500.00 |
| Fairwinds checking #8359 | Fla. Stat. Ann. § 222.11(2)(a) | 1,800.00 | 1,800.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security deposit with LL, Acela Rosado, 3405 Raven Creek, Oviedo, FL 32766 | Fla. Stat. Ann. § 222.201 | 1,600.00 | 1,600.00 |
| **Household Goods and Furnishings** | | | |
| couch, bookcase, chair, table, lamps, tv, stereo, video games, dining room table and chairs, dresser, vcr, kitchen table & chairs, computer, desk, chair, vacuum, tools | Fla. Stat. Ann. § 222.25(4) | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books pictures cds | Fla. Stat. Ann. § 222.25(4) | 20.00 | 20.00 |
| **Wearing Apparel** | | | |
| Debtor clothing | Fla. Stat. Ann. § 222.25(4) | 35.00 | 35.00 |
| **Furs and Jewelry** | | | |
| Wedding bands, costume jewelry | Fla. Stat. Ann. § 222.25(4) | 75.00 | 75.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Golf club, bicycles, camera | Fla. Stat. Ann. § 222.25(4) | 50.00 | 50.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Chrysler 300 M | Fla. Stat. Ann. § 222.25(4) | 2,500.00 | 2,500.00 |
| 2005 Nissan Murano | Fla. Stat. Ann. § 222.25(4) | 0.00 | 8,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 2010 income tax return refund | 15 U.S.C.A. § 1673 Fla. Stat. Ann. § 222.11(2)(b) | 0.00 0.00 | Unknown |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

| Total: | 7,130.00 | 15,130.00 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy



UST000000024

B6D (Official Form 6D) (12/07)

In re   **William Brian Dorn,**
        **Summer Murphy-Dorn**
        _____
                                    Case No. _____
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0009 | | | Opened 10/01/08  Last Active 5/13/09 | | | | | |
| **Creditor #: 1**<br>Univ Of Iowa Comm Cu<br>825 Mormon Trek Blvd<br>Iowa City, IA 52246 | | J | Automobile | | | | | |
| Account No. | | | Value $                       8,000.00 | | | | 12,019.00 | 4,019.00 |
| **Creditor #: 2**<br>University Iowa CU | | J | 2002 Chrysler 300 M | | | | | |
| Account No. | | | Value $                       2,500.00 | | | | 0.00 | 0.00 |
| | | | | | | | | |
| Account No. | | | Value $ | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___0___ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 12,019.00 | 4,019.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 12,019.00 | 4,019.00 |

B6E (Official Form 6E) (4/10)

In re    **William Brian Dorn,**
　　　　**Summer Murphy-Dorn**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

　　　　　　　　　　　　　　　0　　 continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000026

B6F (Official Form 6F) (12/07)



In re   **William Brian Dorn,**
        **Summer Murphy-Dorn**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7437 | | | | Opened 3/01/08 FactoringCompanyAccount At T Formerly Bell South | | | | |
| Creditor #: 1 Afni, Inc. Attn: DP Recovery Support Box 3427 omington, IL 61702 | | H | | | | | | |
| Account No. | | | | | | | | 180.00 |
| NCO Financial Systems PO Box 41466 Philadelphia, PA 19101-1466 | | | | Additional Notice to: Afni, Inc. | | | | Notice Only |
| Account No. xxxxxxxxxxxx9923 | | | | Opened 12/01/01  Last Active 11/14/08 CreditCard | | | | |
| Creditor #: 2 American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | H | | | | | | |
| Account No. xxxxxxxxxxxx0963 | | | | Opened 12/13/01  Last Active 11/14/08 CreditCard | | | | 13,649.00 |
| Creditor #: 3 American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | J | | | | | | |
| | | | | | | | | Unknown |

**5**___ continuation sheets attached

Subtotal
(Total of this page) | **13,829.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:31123-100407   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **William Brian Dorn,**
           **Summer Murphy-Dorn**                                    Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| **Account No.** xxxx-xxxxxx-x3008 | | | | | credit card | | | | |
| Creditor #: 4 **AMEX** **PO Box 360002** **Ft Lauderdale, FL 33336** | | H | | | | | | | |
| **Account No.** 3008 | | | | | | | | | 13,275.51 |
| **GC Services** **PO Box 46960** **Saint Louis, MO 63146** | | | | | Additional Notice to: **AMEX** | | | | Notice Only |
| **Account No.** CID074690094014USD | | | | | | | | | |
| **NCO Financial** **507 Prudential Rd** **Horsham, PA 19044** | | | | | Additional Notice to: **AMEX** | | | | Notice Only |
| **Account No.** xxxxxxxxxxxxx5375 | | | | | Opened 5/01/07 CollectionAttorney Orlando Foot   Ankle Clinic | | | | |
| Creditor #: 5 **Associated Cr & Coll** **975 Eyster Blvd** **Rockledge, FL 32955** | | H | | | | | | | |
| **Account No.** xxxx-xxxx-xxxx-0921 | | | | | Opened 10/01/99  Last Active 10/17/08 CreditCard | | | | 693.00 |
| Creditor #: 6 **Bank Of America** **Po Box 1598** **Norfolk, VA 23501** | | H | | | | | | | |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | 29,698.00 |
| --- | --- | --- |
| Subtotal (Total of this page) | | 43,666.5~ |

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Brian Dorn,**
      **Summer Murphy-Dorn**

Case No. _____

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **BAM 71-073764806** | | | | | | | | | |
| CollectCorp 455 N 3rd St Suite 260 Phoenix, AZ 85004-3924 | | | | | Additional Notice to: Bank Of America | | | | Notice Only |
| Account No. **4888937997600921** | | | | | | | | | |
| Sunrise Credit Svc PO Box 9100 Farmingdale, NY 11735-9100 | | | | | Additional Notice to: Bank Of America | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-2659** | | | | | Opened 12/01/07  Last Active 10/09/09 CreditCard | | | | |
| Creditor #: 7 Barclays Bank Delaware Attn:  Cust Support Dept Po Box 8833 Wilmington, DE 19899 | | W | | | | | | | |
| Account No. **xxxx-xxxx-xxxx-1047** | | | | | credit card | | | | 2,162.00 |
| Creditor #: 8 BoA PO Box 2493 Norfolk, VA 23510 | | J | | | | | | | |
| Account No. **xxxx-xxxx-xxxx-9437** | | | | | credit card | | | | 4,296.00 |
| Creditor #: 9 Chase Visa PO Box 15153 Wilmington, DE 19886-5153 | | J | | | | | | | |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | | 5,736.84 |
| Subtotal (Total of this page) | | 12,194.84 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Brian Dorn,**
         **Summer Murphy-Dorn**                          Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 23075057 | | | | | | | | | |
| Global Credit Coll 300 Intl DR PMB 10015 Buffalo, NY 14221 | | | | | Additional Notice to: Chase Visa | | | | Notice Only |
| Account No. 48671363325518P29 | | | | | | | | | |
| Ic System PO Box 64887 Saint Paul, MN 55164-0887 | | | | | Additional Notice to: Chase Visa | | | | Notice Only |
| Account No. 5416576849219437 | | | | | | | | | |
| WAMU PO Box 660487 Dallas, TX 75266-0487 | | | | | Additional Notice to: Chase Visa | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-2294 | | | | | Opened 12/01/07 Last Active 10/26/08 CreditCard | | | | |
| Creditor #: 10 Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | W | | | | | | | | |
| Account No. 85346057.001 | | | | | | | | | 7,253.00 |
| Erskine & Fleisher Suite 300 5 Weston Rd Fort Lauderdale, FL 33326-1112 | | | | | Additional Notice to: Discover Fin Svcs Llc | | | | Notice Only |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,253.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000030

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Brian Dorn,**
    **Summer Murphy-Dorn**

               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. 2009-CC-2042 | R | | | | | | | | |
| Richard Russell Mann Bracken 5355 Town Center Suite 1002 Boca Raton, FL 33486 | | | | | Additional Notice to: Discover Fin Svcs Llc | | | | Notice Only |
| Account No. xxx0837 | | | | | Opened 8/01/09 FactoringCompanyAccount Chase Bank Usa N.A | | | | |
| Creditor #: 11 Hilco Rec 5 Revere Dr Ste 510 Northbrook, IL 60062 | | | J | | | | | | |
| Account No. xxxxxxxxxxx6005 | | | | | Opened 1/01/08 Last Active 5/05/09 ChargeAccount | | | | 5,890.00 |
| Creditor #: 12 Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | W | | | | | | |
| Account No. 6005 | | | | | | | | | 3,510.00 |
| HSBC PO Box 5244 Carol Stream, IL 60197-5244 | | | | | Additional Notice to: Hsbc Best Buy | | | | Notice Only |
| Account No. xxxxxxxx7831 | | | | | Opened 8/01/02 Last Active 11/14/08 ChargeAccount | | | | |
| Creditor #: 13 Macysfdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | W | | | | | | 554.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                          (Total of this page)    **9,954.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **William Brian Dorn,**
           **Summer Murphy-Dorn**
                                                                            Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4766937278320** | | | | | | | |
| **FDS Bank** <br> **13141 34th St N** <br> **FL 34622** | | | Additional Notice to: <br> **Macys/fdsb** | | | | Notice Only |
| Account No. **47669372783** | | | | | | | |
| **United Collection Bureau** <br> **5620 Southwyck Blvd.** <br> **Suite 206** <br> **Toledo, OH 43614** | | | Additional Notice to: <br> **Macys/fdsb** | | | | Notice Only |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 0 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 86,897.35 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000032

B6G (Official Form 6G) (12/07)



In re    **William Brian Dorn,**
**Summer Murphy-Dorn**

Case No. _____

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Acela Rosado**<br>**1577 Maidencane Lp**<br>**Oviedo, FL 32765** | rental of home |
| **ATT Wireless**<br>**PO Box 79075**<br>**Phoenix, AZ 85062-9075** | cellular contract |
| **Planet Fitness**<br>**204 Sausalito Blvd.**<br>**Casselberry, FL 32707** | fitness contract |



0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **William Brian Dorn,**
          **Summer Murphy-Dorn**
                                                          Case No. _____
_____
                   Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

UST000000034

B6I (Official Form 6I) (12/07)

In re **William Brian Dorn**
**Summer Murphy-Dorn**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **14** **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **minister** | |
| Name of Employer | **River Run Christian Church** | **Fairway Financial** |
| How long employed | | |
| Address of Employer | **141 River Run Point** **Oviedo, FL 32766** | **529 Versaille Dr.** **Suite 205** **Maitland, FL 32751-4590** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 1,092.30 | $ 1,676.81 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 1,092.30 | $ 1,676.81 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 83.59 | $ 387.83 |
| b. Insurance | | $ 45.50 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify): **Simple IRA** | | $ 0.00 | $ 193.42 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 129.09 | $ 581.25 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 963.21 | $ 1,095.56 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **ministerial housing allowance reimbursement** **IRA match** | | $ 710.31 $ 0.00 | $ 0.00 $ 46.40 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 710.31 | $ 46.40 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 1,673.52 | $ 1,141.96 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ 2,815.48 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **William Brian Dorn**
       **Summer Murphy-Dorn**
_____
                    Debtor(s)                                Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,600.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 512.00 |
| b. Water and sewer | | $ 70.00 |
| c. Telephone | | $ 0.00 |
| d. Other **cellular phone** | | $ 250.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 30.00 |
| 4. Food | | $ 925.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 150.00 |
| 8. Transportation (not including car payments) | | $ 370.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 180.00 |
| 10. Charitable contributions | | $ 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 140.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 300.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ 5,087.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                 $ 2,815.48
b. Average monthly expenses from Line 18 above                       $ 5,087.00
c. Monthly net income (a. minus b.)                                  $ -2,271.52

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **William Brian Dorn**
    **Summer Murphy-Dorn**
_____
                         Debtor(s)

Case No. _____
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **19**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 15, 2010**                 Signature   **/s/ William Brian Dorn**
                                                          **William Brian Dorn**
                                                          Debtor

Date   **April 15, 2010**                 Signature   **/s/ Summer Murphy-Dorn**
                                                         **Summer Murphy-Dorn**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **William Brian Dorn**
        **Summer Murphy-Dorn**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,245.30 | 2010 YTD: River Run Christian Church |
| $43,751.00 | 2009: River Run Christian Church |
| $57,892.00 | 2008: River Run Christian Church |





**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Rent** | **$1600.00 per month** | | |
| **Electric bill** | | **$0.00** | **$0.00** |
| | **$512.00 monthly** | | |
| | | **$0.00** | **$0.00** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DISCOVER v. Summer Dom 2009 CC 2042** | **collection** | **Seminole County Florida** | **Plaintiff sent Request for Admissions 8/19/09** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately   3
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■    **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

UST000000040

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stein, Hochman & Peppler<br>40 Alexandria Blvd.<br>Suite 1030<br>Oviedo, FL 32765 | 5/29/09 | 200.00 |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

---

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER     DESCRIPTION AND VALUE OF PROPERTY     LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS
                 NAME USED
                                         DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

UST000000042



**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|



Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **April 15, 2010**                     Signature    **/s/ William Brian Dorn**

                                                         **William Brian Dorn**

                                                         Debtor

Date **April 15, 2010**                     Signature    **/s/ Summer Murphy-Dorn**

                                                         **Summer Murphy-Dorn**

                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   William Brian Dorn
      Summer Murphy-Dorn

                                      Debtor(s)

Case No. _____

Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>Univ Of Iowa Comm Cu | Describe Property Securing Debt:<br>Automobile |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☑ Claimed as Exempt
- ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

---

Property No. 1

| Lessor's Name:<br>Acela Rosado | Describe Leased Property:<br>rental of home | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES   ☐ NO |
|---|---|---|

Property No. 2

| Lessor's Name:<br>Planet Fitness | Describe Leased Property:<br>fitness contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES   ☐ NO |
|---|---|---|

---

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B8 (Form 8) (12/08)

Page 2

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **April 15, 2010**                           Signature   **/s/ William Brian Dorn**
                                                                    **William Brian Dorn**
                                                                    Debtor

Date   **April 15, 2010**                           Signature   **/s/ Summer Murphy-Dorn**
                                                                    **Summer Murphy-Dorn**
                                                                    Joint Debtor

UST000000046

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptc
Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
### OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**


Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

UST000000048

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **William Brian Dorn**
         **Summer Murphy-Dorn**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**William Brian Dorn**
**Summer Murphy-Dorn**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ William Brian Dorn**
_____
   Signature of Debtor                    **April 15, 2010**
                                          Date

X  **/s/ Summer Murphy-Dorn**
_____
   Signature of Joint Debtor (if any)     **April 15, 2010**
                                          Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Florida

In re   **William Brian Dorn**
      **Summer Murphy-Dorn**

                                 Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

William Brian Dorn
1577 Maidencane Loop
Oviedo, FL 32765

Bank Of America
Po Box 1598
Norfolk, VA 23501

Global Credit Coll
300 Intl DR
PMB 10015
Buffalo, NY 14221

Summer Murphy-Dorn
1577 Maidencane Loop
Oviedo, FL 32765

Barclays Bank Delaware
Attn: Cust Support Dept
Po Box 8833
Wilmington, DE 19899

Hilco Rec
5 Revere Dr Ste 510
Northbrook, IL 60062

Marilyn J. Hochman
Hochman and Peppler
3208 W. Hwy. 426
Suite 2000
Oviedo, FL 32765

BoA
PO Box 2493
Norfolk, VA 23510

HSBC
PO Box 5244
Carol Stream, IL 60197-5244

Acela Rosado
1577 Maidencane Lp
Oviedo, FL 32765

Chase Visa
PO Box 15153
Wilmington, DE 19886-5153

Hsbc Best Buy
Attn: Bankruptcy
Po Box 6985
Bridge Water, NJ 08807

Afni, Inc.
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702

CollectCorp
455 N 3rd St
Suite 260
Phoenix, AZ 85004-3924

ic System
PO Box 64887
Saint Paul, MN 55164-0887

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

AMEX
PO Box 360002
Ft Lauderdale, FL 33336

Erskine & Fleisher
Suite 300
5 Weston Rd
Fort Lauderdale, FL 33326-1112

NCO Financial
507 Prudential Rd
Horsham, PA 19044

Associated Cr & Coll
975 Eyster Blvd
Rockledge, FL 32955

FDS Bank
13141 34th St N
FL 34622

NCO Financial Systems
PO Box 41466
Philadelphia, PA 19101-1466

ATT Wireless
Box 79075
Phoenix, AZ 85062-9075

GC Services
PO Box 46960
Saint Louis, MO 63146

Planet Fitness
204 Sausalito Blvd.
Casselberry, FL 32707

Richard Russell
Mann Bracken
5355 Town Center
Suite 1002
Boca Raton, FL 33486

Sunrise Credit Svc
PO Box 9100
Farmingdale, NY 11735-9100

United Collection Bureau
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614

Univ Of Iowa Comm Cu
825 Mormon Trek Blvd
Iowa City, IA 52246

WAMU
PO Box 660487
Dallas, TX 75266-0487

# United States Bankruptcy Court
## Middle District of Florida

In re  **William Brian Dorn**
**Summer Murphy-Dorn**

_____
Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept

   Prior to the filing of this statement I have received ........................................ $ _____ 3,450.00

   Balance Due ............................................................................................. $ _____ 3,450.00

2. $ **299.00** of the filing fee has been paid. $ _____ 0.00

3. The source of the compensation paid to me was:

   ■ Debtor          □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor          □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of petition and schedules, discussion of options, discussion of different types of bankruptcy available, means testing, review of documents provided by debtor, review of credit report, attendance at 341 meeting.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, representation in any case in circuit or county court, review of reaffirmation agreements and applications, representation of debtor in any negotiations with creditors or trustee, continuance of 341 meeting due to debtor conflict, proceedings against creditor for violation of stay, reopening the case, any costs associated with all of the aforementioned.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 15, 2010**

/s/ Marilyn J. Hochman
Marilyn J. Hochman
Hochman and Peppler
3208 W. Hwy. 426
Suite 2000
Oviedo, FL 32765
407-681-2688  Fax: 407-681-2689
mhochman@hochmanpeppler.com;akontny@hochman
peppler.com

B22A (Official Form 22A) (Chapter 7) (04/10)

In re **William Brian Dorn**
      **Summer Murphy-Dorn**
                    Debtor(s)

Case Number: _____
                    (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS | |
| --- | --- | --- |
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). | |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. | |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　☐ I remain on active duty /or/<br>　　☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. | |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 2,768.00 | $ 0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 — Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 — Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br>a. — Debtor $ — Spouse $<br>b. — Debtor $ — Spouse $<br>Total and enter on Line 10 | $ 0.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 2,768.00 | $ 0.00 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 2,768.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | | $ | 33,216.00 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence:   **FL**   b. Enter debtor's household size:   **4** | | $ | 68,763.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | | | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | | $ | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | | |

| | a. | | $ | |
| | b. | | $ | |
| | c. | | $ | |
| | d. | | $ | |
| | Total and enter on Line 17 | | $ | |

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ | |
| | | $ | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ | |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | $ | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per member | | a2. Allowance per member | |
| b1. Number of members | | b2. Number of members | |
| c1. Subtotal | | c2. Subtotal | |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | $ | |
| | | | $ | |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line b below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |   |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | | | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | $ |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | $ |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                          5

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |
| | Total and enter on Line 34. | | |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | | $ |



| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000058

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |
|---|---|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |  |  | $ | ☐ yes ☐ no |
|  |  |  | Total: Add Lines | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |  |  | $ |
|  |  |  | Total: Add Lines |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | $ |
|---|---|---|

|  |  |  |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

## Subpart D: Total Deductions from Income

| 47 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

7

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| | | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **April 15, 2010**     Signature:  **/s/ William Brian Dorn**<br> **William Brian Dorn**<br> *(Debtor)*<br><br>Date:  **April 15, 2010**     Signature  **/s/ Summer Murphy-Dorn**<br> **Summer Murphy-Dorn**<br> *(Joint Debtor, if any)* |

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000060

B22A (Official Form 22A) (Chapter 7) (04/10)

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2009 to 03/31/2010**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **both income**
Income by Month:

| Month | | Amount |
|---|---|---|
| 6 Months Ago: | 10/2009 | $2,768.00 |
| 5 Months Ago: | 11/2009 | $2,768.00 |
| 4 Months Ago: | 12/2009 | $2,768.00 |
| 3 Months Ago: | 01/2010 | $2,768.00 |
| 2 Months Ago: | 02/2010 | $2,768.00 |
| Last Month: | 03/2010 | $2,768.00 |
| | Average per month: | $2,768.00 |

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No. 3**

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding: Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Munoz

UST000000063

**Stein Sonnenschein & Hochman & Peppler**
*Attorneys at Law*

40 Alexandria Blvd., Suite 1030
Oviedo, FL 32765
(407) 977-6868
akontny@sshpl.com

Marilyn J. Hochman
Attorney at Law
Date of Initial Interview:

**May 29**_____, 2009
**Brian & Summer Dorn**
**1577 Maidencane Loop**
**Oviedo**_____ FL **32765**

## BANKRUPTCY RETAINER AGREEMENT

If you choose to retain our firm to represent you in the above matter, this document will serve as our agreement concerning the employment of this law firm by you. This retainer may be accepted within 90 days of date of the initial interview, above, or this offer is withdrawn. The terms of our representation are as follows:

1. We discussed the benefits of Chapter 7 and Chapter 13 bankruptcy proceedings. It appears, based on the facts and your comments, the appropriate chapter we recommend you file is __Chapter 7 __ Chapter 13 __ undecided.

2. It appears that your financial situation is not likely to significantly improve in the next 6 to 12 months. Thus, it is likely that you may have to file a bankruptcy proceeding.

3. We talked about the exemptions that are afforded to debtors in Florida as of this date. Your wages, IRA, cash value of your life insurance policy and $1,000 of personal property or the super exemption, as well as any equity you may have in your motor vehicle, are likely to be exempt. The remainder of your assets may have to be bought back from the Trustee if your assets are valued higher than the legally exempt amount. This is called A REDEMPTION.

4. We have also discussed that you must take a class before you file your case. The class must be taken no longer than 6 months prior to filing your case. Your case will not be filed until we have the certificate.

5. We have also discussed that you must take a class after you file your case. You will provide the certificate to us as soon as you have taken the class.

6. We have discussed that you must provide the last 3 years of tax returns and the last 6 months of pay stubs (payment advice) to me prior to filing your case. If these records are not provided, the court could dismiss your case after it is filed.

7. We have discussed the possibility that you may have to pay the creditor any credit card charges you have made within the 6 months prior to filing your bankruptcy.

8. We have discussed that you must bring your driver license (or picture identification if you do not have a driver license) and your social security card with you to the 341 meeting.

In order to file your bankruptcy, we will be retained on the following basis:

1. A down payment of $500.00 to retain our firm paid today will be applied towards the full retainer fee.
2. The additional retainer will be paid in the amount of $2,750.00 which represents attorneys' fees for your representation in the bankruptcy proceeding.
3. There is also a yearly attorney fee for a Chapter 13 in the amount of $250.00 per year. This will allow us to monitor your case to its conclusion. The fee is due one year from the date of filing your case.
4. For a Chapter 7 the filing fee is $299.00. This includes a fee for the Bankruptcy Trustee.
5. For a Chapter 13 the filing fee is $274.00. The Chapter 13 Trustee is paid a set percentage from the payments you will make during the bankruptcy.

UST000000065

6. Travel to the 341 meeting is $100.00 which includes mileage, tolls and parking.
7. There is also a credit report fee of $30.00 single or $50.00 married.
8. **The full attorney fee and costs must be paid prior to filing your case.**

This is a _flat rate_ for attorney fees for the following representation:

Initial counseling and strategy on filing bankruptcy;

   a. Review of your financial situation as to whether a Chapter 7 vs. Chapter 13 proceeding is the best choice;
   b. Preparation and review of your Petition;
   c. Attendance at the 341 meeting and travel expenses, tolls, parking and mileage;
   d. Review of all documents filed by the creditors and the Court in your bankruptcy proceeding;
   e. Credit report and analysis;
   f. All forms necessary to file your case;
   g. Means Test analysis to see whether a Chapter 7 or a Chapter 13 would be best for your situation;
   h. Information regarding taking the pre-filing class and the class required after filing;
   i. Document checklist to verify and back up information given on worksheet.

The flat rate for attorney fees does not include representation for any matters not specified above. Such matters would include, but would not be limited, to the following:

   a. Representation in any proceedings outside of bankruptcy court including those in state circuit or county court;
   b. Representation in any adversary proceedings brought in bankruptcy court relating to creditors seeking an exception to your discharge or to object to your discharge or seeking to have your obligations to the Internal Revenue Service determined;
   c. Preparing and attending any contested matters in bankruptcy court instituted by your creditors;
   d. Intent to file Suggestion of Bankruptcy; ($200.00 additional for each of your creditors;
   e. Suggestion of bankruptcy; ($200.00 additional for each of these)    ― DISCOVER   served 5/25 Df.
   f. Lien avoidance; ($200.00 additional for each of these);
   g. Action necessary after review of all documents filed by creditors in your bankruptcy proceeding;   6/14/09

Motion to Dismiss ― $200.00

For your general information, the hourly rate for attorney time is billed at $295.00 per hour and paralegal time is $135.00 per hour. This may include:

1. Additional expenses may include, but are not limited to the following: copies (current rate of 25 cents per copy (.25)), long distance telephone charges billed at $3.50 per call (in the United States), fax charges ($1.00 per page for incoming and outgoing faxes). Should these rates be increased during our representation of you, you will be responsible for paying the new established rates.
2. If there are hourly legal fees and expenses we will send you invoices reflecting the services we have performed and setting forth the costs and expenses we have incurred. You will pay us within ten (10) days of your receipt of the invoice. We do not accept credit card payments from bankruptcy clients. If you disagree with the fees and/or costs you have been charged, you shall speak with us within 30 days of the date of the invoice. If we do not hear from you within that time regarding the fees and costs, we will expect payment. If you are delinquent in your payments to us, you will be charged interest at the highest rate allowable.
3. On occasion, we may request that you pay certain expenses and costs in advance to ensure that we receive the prompt services of the people and entities we regularly use (court reporters, expert witnesses and the like).
4. We reserve the right to withdraw from representing you in the event that you fail to timely honor your agreement to pay our attorneys' fees, expenses and court costs. We also reserve the right to withdraw from your representation in the event that you fail to abide by the legal advice that we give you or if you fail to cooperate with us or are abusive to the staff.
5. If this agreement meets with your approval, please sign where indicated below and return the original document to us with your retainer.

**GENERAL INFORMATION CONCERNING YOUR BANKRUPTCY:** Once you file your Petition for Relief, you will have no obligation to pay the vast amount of your pre-existing debts (other than your mortgage payment, your lease/security agreement for your motor vehicle, and other debts secured by assets that you wish to retain) as we discussed.

As we also discussed, you have the option of filing a Chapter 7 or a Chapter 13 proceeding.

UST000000067

it is important that you list all of your creditors, assets and liabilities. You can not pick which creditors you list on your bankruptcy. If you fail to list any creditor, there is the possibility that the Bankruptcy Court may not later let you add the creditor. Your completed Petition, Schedule and Statement of Affairs should be accurate because you sign the Petition under penalty of perjury which is a crime.

At this time, we have not been retained to represent you in any other matter. Unless we hear from you otherwise, all notices and other information regarding this matter will be sent to your above listed address. If at any time you would like to change the address to which we should send notices and information, please let us know as soon as possible.

We thank you for your interest in our law firm and appreciate your consideration of our services. Our representation of you will begin upon our receipt of your retainer, a copy of this agreement executed by you and your paperwork. Until these conditions have been met, our firm does not represent you.

By signing this agreement you are also giving us permission to run a credit report on you and/or your business.

Should you choose to retain another law firm, please advise us as soon as possible. Should you have any questions or wish to obtain our specific advice concerning a particular matter, please set up an appointment at your earliest convenience. If you are served with a lawsuit, you only have 20 days to respond, therefore, if you are going to file bankruptcy with us, we need to know about any lawsuits within 24 hours of service on you.

Marilyn J. Hochman, Esquire   Date **5/29/09**

The above is accepted, understood, and agreed to:

Dated: 5/29/09   Signed: _____

         Printed Name: Brian Dora

Dated: 5/29/09   Signed: _____

         Printed Name: Summer Murphy-Dora

UST000000069

# Hochman and Peppler, LLC

## Timeslips entry for client intake/seminars:

Ask intake to fill our brief information contact form. Give debtors "Hochman and Peppler, LLC Bankruptcy Workbook" developed by attorney. "Hochman and Peppler, LLC Bankruptcy Workbook" forms include:

1. Postcard regarding two required classes
2. Table of Contents
3. Statement of Information Required by 11 U.S.C.
4. Example of Discharge of Debtor
5. How Ordering Your Credit Report Can Help You in Bankruptcy
6. Credit Report Information
7. Bankruptcy Information
8. Client Questionnaire for Non-Business Debtor
9. Household Goods Sheet
10. Bankruptcy Document Checklist
11. List of Useful Websites
12. Communication Policy
13. Notes sheet
14. Business Card
15. What to do First
16. Debt Assistance Disclosure ("truth document")
17. Retainer Agreement

Give a brief overview of intake/seminar. Discuss contents of "Hochman and Peppler, LLC Bankruptcy Workbook" in depth. Let them know there paper to take notes if they want to do so. Discussion as to how and why debtor is thinking about filing bankruptcy, whether prior bankruptcy filed and when, where, what chapter as necessary*. Review of "Debt Assistance Disclosure" - the "Truth Document" with intake/attendee and have them sign. Make copy of "Debt Assistance Disclosure" - the "Truth Document" for them. Explain that the bankruptcy code actually says the words "fresh start". Explain to the future clients/workshop attendees that they can relax and see that they are not alone. Tell them war stories. Reassure future client/attendees. Overview of process and inquiry as to other names used by debtor, answer questions regarding bankruptcy process, length of time it takes, important dates, automatic stay, discharge, signing documents under penalty of perjury, discussion as to whether bankruptcy is the right path for debtor and if so, which chapter, discussion of different chapters of bankruptcy, how long debtor has lived in the middle district of Florida, discuss types of debt they have and amounts, whether IRS, student loans, business loans, collateralized loans, SBA loans, mortgages, secured, unsecured, and how to deal with those debts*. Reassure client.

Go over postcard regarding required classes, tell future client/attendee it is the cheapest class I have found and if they find a cheaper one, let me know. Inform client/attendee as to which classes are necessary after deciding which chapter will be filed.* Let them know that they should only take the class if they will be filing their case within 6 months or they may have to take the

*only if intake – In seminar there are no personal or financial questions asked.

UST000000071

first class again. Tell them that each spouse has to take the classes and we need the certificates from the classes.

Tell them to use a debit card or go on the website so they can mail a check or have them pay someone (friend, family member) in cash for the class fee and use his or her (friend, family member) credit card.

Tell them about the six (6) month credit card rule and that is why they cannot use credit card for payment for the class. Review documents "How Ordering Your Credit Report Can Help You in Bankruptcy" and "Credit Report Information" form from "Hochman and Peppler, LLC Bankruptcy Workbook".

Let them know that if it is a Chapter 13 they can take the 2nd class with the Ch 13 trustee for no charge. Reassure that we will be with them every step of the way. Review "Statement of Information" document and let them know they may be asked at the §341 meeting if they have read it. Discuss §341 meeting of creditors.

Explain that bankruptcy court is not in the federal or state courthouse so they don't go to wrong place. Tell them about the §341 meeting and how it works and what will be asked of them, to bring their FDL and SSA card. If they don't have SSA card, explain how to get on internet, show them document "List of Useful Websites" from "Hochman and Peppler, LLC Bankruptcy Handbook". Explain where meeting is and show address on handout "Bankruptcy Information". Describe what the room looks like, who will be there and everyone during meeting. Explain about the two rooms, anteroom and suggest that they can go in before their meeting time so they know what will be asked of them or to see why I made them give me all the paperwork I asked for so that the §341 would only take 5 minutes. Explain the schedule of the §341 meetings, the cases are called each half hour and that the trustees know me. If I am late, I will be there before the half hour is up or if I am later than that, I will call them and the Trustee. Explain that during a §341 meeting, Meeting of Creditors usually no creditors come to the meeting. Explain who goes to the §341 meeting - only us, the trustee, his or her assistant, other people just like them and their attorneys. Explain the "conference room" size setting with the chairs set up. Tell them about magic words "Your meeting is concluded." Reassure future client/attendee I will be at §341 with them. Go over questions copied from "Trustee's Written Questionnaire" handout as examples of what could be asked during the §341 meeting. Additional discussion of "Statement of Information" regarding four (4) types of bankruptcy, redemption and discharge.

Go over blank form "Discharge" and read from second page so they know what the goal of bankruptcy is. Go over why it is so important to do a credit report and that some debts may not be in the report, for example dr. bills, payments guaranteed for business, etc.

Discuss "Bankruptcy Information" from "Hochman and Peppler, LLC Bankruptcy Handbook" regarding frequently asked questions.

Go over "Client Questionnaire" page by page. Discuss valuation of all assets on "Client Questionnaire", filling out completely and if don't understand to write all over the worksheet, that I will review it, discuss valuation of car, CarMax, personal property, real estate, whether in

*only if intake – In seminar there are no personal or financial questions asked.

UST000000073

county or city, homestead or other realty, owners of realty, whether current on mortgage(s). Discuss timeshares, mobile homes, vacant land, how long it has been owned, any other owners or co debtors on property, value of property, secured or unsecured, mortgage documents, second mortgage documents, homeowner's equity line of credit, homeowners association information, auto loans, auto titles, boat titles, trailer titles, titles to any other property. Explain again, difference between secured and unsecured debt and explain about furniture, computers, appliances and how they were paid for it any. Explain exemptions for insurance policies, retirement accounts, annuities, 529 plans, funeral prepays and others. Discuss "Household Goods Sheet" and "Bankruptcy Document Checklist" from "Hochman and Peppler, LLC Bankruptcy Handbook". Ask that they notate the "Bankruptcy Document Checklist" with "n/a" if they do not have the document. Let them know that I will review all the tax returns, credit card statements, bank statements, etc. to see what is exempt, what is not exempt and what they have spent money on. I will review their pay advises in depth. Explain that we might have to wait for a credit card charge to clear the six months if it is a large amount. Depending on the month of the year regarding tax reporting we may have to wait before filing.

Discuss valuation of jewelry, sporting equipment, how to value personal property, reassure that no one will come to their house without their knowledge, but that the bankruptcy is under penalty of federal perjury, so they need to be honest in their documents. Discuss what leases and contracts are besides car and apartments including cell phone contract and gym memberships.

Discuss that this is a lot of work, but they can do it. Reassure client. Show them where I have made the worksheet easier to understand by making changes and putting in lines for questions and going over the questions page by page. Talk about means test, income, expenses, and year for insiders rule. Discuss "Statement of Financial Affairs" in the "Client Questionnaire" section of the "Hochman and Peppler, LLC Bankruptcy Handbook". As we go over "Client Questionnaire", make notations on their "Client Questionnaire" so they remember certain very important things necessary to fill in*. Let them know the bankruptcy procedure overview. Explain our office procedures. Talk about what happens during the process . How long it takes, what happens when. How they will be notified. Inform client regarding notice by USPS and electronic mail. Explain efiling. Discuss what they need to do before we file. Discuss case will not be filed unless we have all the paperwork. Discuss our office returning the draft petition and schedules with highlighted areas and notes on the documents as to what is missing, or needs to be clarified. They may receive another document with a list of documents and or questions too. Let them know they will be dealing mostly with Angie, but I will be answering the legal questions for Angie. Since she is in the office more than I am and if they communicate what they need with us, we can help them a lot faster. Tell them that I will probably see them next at the 341 meeting. Talk about war stories and other little tidbits to make them feel comfortable.

Explain what to do if they get sued before filing and how a suggestion works. Explain the lien release if already have a judgment and are keeping homestead, discuss whether foreclosure, deed in lieu, keeping home, number of mortgages and value of house and how much is owed. Discuss super exemption. Discuss options.

Discussion of websites of interest to debtor and document in workbook with suggested websites. Give pointers on couponing, freebies websites, search sites that earn free gift cards, and other

*only if intake – In seminar there are no personal or financial questions asked.

UST000000075

money saving tips. Discussion as to whether debtor has the right to sue anyone and if so what type of suit, whether beneficiary of a trust or expecting to inherit money in the next few months. Discuss the difference between paying creditors out of a bank account and having a creditor go into the bank account to get money for payment, discuss discontinuing that practice. Discuss that creditors who they want to keep paying, like their auto, will stop sending monthly statements, but the bill still needs to get paid and that we will write letters to creditors when necessary for debtor to have contact directly.

Explain that they cannot pick and choose what assets or debts to list. They need to list everything they owe and everything they own. Discussion of automatic stay, reaffirmation agreement, types of bankruptcy, what to expect with the paperwork, how a case can get dismissed if paperwork not filed, and importance of having answers to any questions which may arise. Review of any lawsuits already filed and status, collection attempts, creditor threats, closed accounts, losses, safe deposit boxes, garnishments, repossessions, fair market value exchanges or not. Point out "Communication Policy" in "Hochman and Peppler, LLC Bankruptcy Handbook". Discuss keeping "Fair Debt Collections Log" for creditor phone calls and how to keep log – what information to put on log.

Advise Debtor that there has been a lot of information given to them and that is why I developed the "What to do First" document.

Fill out "Retainer Agreement" form, only in an individual intake. Then go over it line by line with Debtor/Attendee so they can see that it is a recap of everything in the intake/seminar. Discuss what is included and what is not included. Review fees and costs. Speak about payments being made. Indicate that we will not file the case until we are paid in full. Explain again that even if we are not paid in full, we will work on the documents so the case can get filed as soon as possible – if that is necessary. Explain that we have to have at least $500.00 in order to start the case because we order the credit report first and we must pay them for it.

Explain that we are probably more expensive than other attorneys. Explain that I do the paperwork and that we charge what we do because I know how long it takes to do a case based on my hourly rate. I tell them I am glad they came in and even if they do not retain us, they now have the information they will need in order to file a bankruptcy case. I wish them good luck.

Let them know what hours we are here and that they can drop off their paperwork. We probably do not need to meet again. We will communicate through email, telephone and on the paperwork. Ask them if they feel better than when they walked in and reassure them again.

---

*only if intake – In seminar there are no personal or financial questions asked.

UST000000077

# Timeslips for inputting of case

**Hochman and Peppler, LLC**

Review:
1. Client Questionnaire
2. Credit Report Information
3. Household Goods Sheet
4. Bankruptcy Document Checklist

Review creditors for length of address, address, collection agencies tied to creditor, whether secured or unsecured or could not tell. Start list of questions and clarifications and documents needed from client.

Review all documents from client. Review of "Client Questionnaire" from "Hochman and Peppler, LLC Bankruptcy Workbook", credit card statements for anomalies and for charges within 6 months, dr. bills, collection agency documents, credit report, banking records for deposits out of the ordinary and payments to creditors and insiders, cross referencing of all documentation provided, whether they can keep some bank money under income rule rather than using personal exemption, review which exemption for which asset, closed bank accounts, review income, expenses, real property, value and description and liens, leases, autos, year make model, condition, CarMax report of amount they will pay for vehicle, whether can use the super exemption or need to use any personal exemption for auto, whether auto is upside down or if need to do buy back (redemption) if over limit, personal property, check values, check SSN for input correctly and spelling of client name, draft detailed list of questions and documents needed from client, review tax returns for income and any businesses not known about, look at number in household and do means test input of 6 months of income, check income with pay advices and spouse payment advices and how often paid in order to correctly calculate monthly income, calculate monthly expenses and allowed expenses, calculation of monthly income, calculation of last 6 months of income, what is paid out to make net income, any investment income not listed, year to date figures for more than one job or dates not working, review credit card addresses on statements and credit report to make sure notice complied with, check copy of driver license for requisite 91 days, printing all documents for client review, making sure to correct errors in matrix and discard duplicates, review co debtors and addresses, reviewing declaration for electronic filing 1 and 2 for clients to sign, reminder to take second class as soon as case is filed, additional discussions and interviews with debtors whether in person, telephone landline or email; review of redactions to documents.

UST000000079

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No.** 4

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding: Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Munoz

**Hochman and Peppler, LLC**
3208 W. Hwy. 426, Suite 2000
Oviedo, FL 32765
(407) 681-2688

August 16, 2010

*Invoice submitted to:*
Brian & Summer Dorn
1577 Maidencane Loop
Oviedo, FL 32765

In Reference To: Chapter 7

Invoice No.: 12054

### Professional Services

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 5/25/2009 | AK | Email to client | 0.30 $105.00/hr | NO CHARGE |
| 5/29/2009 | MJH | Initial consultation, see document entitled timeslip for intake or seminar | 1.40 $295.00/hr | NO CHARGE |
| 6/6/2009 | AK | Finalize and file Motion to Dismiss civil case and send copies to all parties | 0.50 $105.00/hr | NO CHARGE |
| 6/12/2009 | AK | Preparation of Notice of Appearance in civil case for the limited purpose of Extending Time to Respond to Complaint and Motion for Extension of Time | 0.30 $105.00/hr | NO CHARGE |
| 6/22/2009 | AK | Email to client | 0.30 $105.00/hr | NO CHARGE |
| 6/26/2009 | MJH | Preparation of Defendant's Motion to Dismiss Civil Complaint, review Complaint, notate default date, review statutes and rules. | 0.50 $295.00/hr | NO CHARGE |
| | MJH | Motion to Dismiss | | 200.00 |
| 10/23/2009 | AK | Letter to client regarding Motion for Summary Judgment and status of filing bankrupcty | 0.25 $105.00/hr | NO CHARGE |
| 11/13/2009 | AK | Open and organize new file | 1.25 $105.00/hr | NO CHARGE |
| | AK | order Credit Report | 0.25 $105.00/hr | NO CHARGE |
| | MJH | Bankruptcy Chapter 7 | | 3,250.00 |

UST000000083

Brian & Summer Dorn

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 11/13/2009 | AK | Open computer file, input information to open case, review credit report information from client, go on website and order Credit Report. Prepare check request and send out payment for credit report. | 0.40 $105.00/hr | NO CHARGE |
| | AK | File opened, Open and organize new file, separate documents, make file folders for each category with tabs for each section, organize statements by date, check worksheet to make sure initial information included, check credit report document to make sure complete. Prepare file cover sheet and glue it on red roper, open timeslips account for client. Input payment. | 0.90 $295.00/hr | NO CHARGE |
| 12/2/2009 | AK | Review credit report and input into file. | 0.40 $105.00/hr | NO CHARGE |
| 2/24/2010 | MJH | Review all documents from client. Input information into computer. See attachment entitled timeslips for case imput | 3.20 $295.00/hr | NO CHARGE |
| 3/30/2010 | AK | Photocopy and scan documents into computer for filing | 0.50 $105.00/hr | NO CHARGE |
| 4/15/2010 | MJH | File Review prior to filing case with Court, file Petition, Schedules, Declaration regarding Payment Advices, Pay Advices, Exhibit D Attachment first class, Declaration of Electronic Filing for both, Form 7, Form 8, Notice, Matrix, Attorneys Fees Statement, Form 21, Form 22A, tax returns, etc. Check to see if dec page scanned in and if have class certificates from client. | 0.50 $295.00/hr | NO CHARGE |
| 4/16/2010 | MJH | Email from clerk regarding Judge and Trustee assignment, document file. | 0.30 $295.00/hr | NO CHARGE |
| 4/20/2010 | MJH | Email from clerk regarding 341 meeting date, calendar date, print and save | 0.30 $295.00/hr | NO CHARGE |
| 4/21/2010 | AK | E-mail client regarding 341 meeting | 0.25 $105.00/hr | NO CHARGE |
| | AK | E-mail tax returns to trustee | 0.25 $105.00/hr | NO CHARGE |
| | AK | Send out Suggestion of Bankruptcy to be filed and copies to all parties. | 1.00 $105.00/hr | NO CHARGE |
| 4/22/2010 | MJH | Email assistant to remind clients to take second course, document file. | 0.20 $295.00/hr | NO CHARGE |
| 4/29/2010 | AK | E-mail client to take second class | 0.25 $105.00/hr | NO CHARGE |
| 5/4/2010 | MJH | Request for Notice from HSBC, print, document file and save. | 0.30 $295.00/hr | NO CHARGE |
| 5/12/2010 | AK | Letter to client regarding reaffirmation agreement | 0.50 $105.00/hr | NO CHARGE |

UST000000085

Brian & Summer Dorn

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 5/26/2010 | AK | prepare file for 341 meeting | 0.50 $105.00/hr | NO CHARGE |
| 6/4/2010 | MJH | Preparation of pleadings prep form 23 without declaration for electronic filing | 0.30 $295.00/hr | NO CHARGE |
| | MJH | Document file regarding conclusion of 341 meeting. | 0.30 $295.00/hr | NO CHARGE |
| 6/11/2010 | MJH | Review Notice of Limited Appearance | 0.20 $295.00/hr | NO CHARGE |
| 6/17/2010 | MJH | Request for Notice from GE Money Bank, print, document file and save. | 0.30 $295.00/hr | NO CHARGE |
| 7/16/2010 | MJH | Preparation of pleadings amended documents, atty compensation, statement of financial affairs, email assistant regarding declaration for electronic filing. | 0.30 $295.00/hr | NO CHARGE |
| 7/28/2010 | MJH | File Review for third declaration for electronic filing regarding amended statement of financial affairs, atty compensation, matrix and cert service. | 0.30 $295.00/hr | NO CHARGE |
| 8/4/2010 | MJH | Email from clerk regarding second class due on 8/24/10, document file and calendar. | 0.30 $295.00/hr | NO CHARGE |
| 8/9/2010 | MJH | Review email from clerk re discharged on August 5, 2010. Document file, print document, save to computer file. | 0.30 $295.00/hr | NO CHARGE |
| 8/13/2010 | MJH | Review email from clerk order closing estate, no distribution, print save to computer file update file. | 0.30 $295.00/hr | NO CHARGE |

**For professional services rendered**

|  | 17.40 | $3,450.00 |
|--|-------|-----------|

Additional Charges :

| Date | Description | Qty/Price | |
|------|-------------|-----------|--|
| 11/13/2009 | Credit Report | 1 $50.00 | 50.00 |
| | reimbursement for mileage, tolls and parking | 1 $100.00 | 100.00 |
| | filing fee Chapter 7 | 1 $299.00 | 299.00 |

**Total costs**

|  | $449.00 |
|--|---------|

**Total amount of this bill**

|  | $3,899.00 |
|--|-----------|

Payments and Adjustments:                                          Amount

| Date | Description | Amount |
|---|---|---|
| 5/29/2009 | Payment - thank you. Check No. 7154 | |
| 12/2/2009 | Payment from account for credit report | ($200.00 |
| 12/15/2009 | Payment from account for cost bankruptcy | ($50.00) |
| 4/6/2010 | Payment from account to MJH for reimbursement of mileage, tolls and parking | ($3,250.00) |
| 4/16/2010 | Payment from account for filing fee | ($100.00) |
| | | ($299.00) |

**Total payments and adjustments**                          **($3,899.00)**

BALANCE DUE                                                          $0.00

---

SUMMARY OF Client Trust Funds

**Previous balance of Client Trust Funds**

| Date | Description | Amount |
|---|---|---|
| 11/13/2009 | Payment to account, thank you. Check No. 7113207 | **$0.00** |
| 12/2/2009 | Payment from account for credit report | $3,699.00 |
| 12/15/2009 | Payment from account for cost bankruptcy | ($50.00) |
| 4/6/2010 | Payment from account to MJH for reimbursement of mileage, tolls and parking | ($3,250.00) |
| 4/16/2010 | Payment from account for filing fee | ($100.00) |
| | | ($299.00) |

**New balance of Client Trust Funds**                          **$0.00**

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No. 5**

Debtor(s): William Brian Dorn and
Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding: Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____ Clerk

Daniel Munoz

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:10-bk-12174-KSJ

*Assigned to:* Karen S. Jennemann
Chapter 7
Voluntary
No asset

*Date filed:* 07/12/2010
*Debtor discharged:* 10/26/2010

*Debtor disposition:* Standard Discharge

**Debtor**
**Scott Howard Schmierer**
231 Holiday Lane
Winter Springs, FL 32708-3203
SSN / ITIN: xxx-xx-6865

represented by **Marilyn J Hochman**
Hochman & Peppler LLC
3208 W Highway 426
Suite 2000
Oviedo, FL 32765
(407) 681-2688
Fax : (407) 681-2689
Email: mhochman@hochmanpeppler.com

**Trustee**
**Emerson C Noble**
Post Office Box 195008
Winter Springs, FL 32719-5008
(407) 628-9300

**U.S. Trustee**
**United States Trustee - ORL7**
135 W Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301

represented by **Timothy S Laffredi**
135 West Central Blvd Suite 620
Orlando, FL 32801
(407) 648-6301 ext. 130
Fax : (407) 648-6323
Email: timothy.s.laffredi@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 07/12/2010 | 1 | Voluntary Petition under Chapter 7. (Fee Paid.). Schedules A-J and Summary of Schedules. Statement of Financial Affairs. Disclosure of Compensation. Statement of Income and Means Test Calculation. Filed by Marilyn J Hochman on be half of Scott Howard Schmierer. (Hochman, Marilyn) (Entered: 07/12/2010) |
| | | Statement of Debtors Social Security Numbers Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. |

| Date | Doc # | Description |
|---|---|---|
| 07/12/2010 | 2 | (Hochman, Marilyn) (Entered: 07/12/2010) |
| 07/12/2010 | 3 | Certificate of Credit Counseling. Date Course was Completed: 5/17/10. Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. (Hochman, Marilyn) (Entered: 07/12/2010) |
| 07/12/2010 | 4 | Payment Advices Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. (Hochman, Marilyn) (Entered: 07/12/2010) |
| 07/12/2010 | 5 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer (related document(s) 2 , 1 , 3 , 4 ). (Hochman, Marilyn) (Entered: 07/12/2010) |
| 07/13/2010 | | Assignment of the Honorable Karen S. Jennemann, Bankruptcy Judge to this case . (Hatcher, Pat) (Entered: 07/13/2010) |
| 07/13/2010 | | The Trustee appointed to this case is Emerson C Noble . (Hatcher, Pat) (Entered: 07/13/2010) |
| 07/13/2010 | 6 | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 8/25/2010 at 03:30 AM at Orlando, FL (6-60) - 135 West Central Blvd., 6th Floor, Suite 600. Last day to oppose discharge or dischargeability is 10/25/2010. (Miller, Karla) (Entered: 07/13/2010) |
| 07/13/2010 | 7 | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a) . Signed on 7/13/2010 (Miller, Karla) (Entered: 07/13/2010) |
| 07/15/2010 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(6:10-bk-12174) [misc,volp7a2] ( 299.00). Receipt Number 42332, Amount Paid $ 299.00 (Lang) (Entered: 07/15/2010) |
| 07/15/2010 | 8 | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 7 )). Service Date 07/15/2010. (Admin.) (Entered: 07/16/2010) |
| 07/15/2010 | 9 | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 6 )). Service Date 07/15/2010. (Admin.) (Entered: 07/16/2010) |
| 07/29/2010 | 10 | Notice of Appearance and Request for Notice Filed by Carolyn S Crichton on behalf of Creditor SunTrust Bank. (Crichton, Carolyn) (Entered: 07/29/2010) |

| | | |
|---|---|---|
| 08/01/2010 | 11 | Request for Notice Filed by Creditor Recovery Management Systems Corporation For GE Money Bank. (Recovery Management Systems Corporation) (Entered: 08/01/2010) |
| 08/26/2010 | | Meeting of Creditors Held and Concluded on **8/25/2010**. Chapter 7 Trustee's Report of No Distribution: I, Emerson C Noble, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 925.91, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 0.00. (Noble, Emerson) (Entered: 08/26/2010) |
| 08/27/2010 | 12 | Certification of Completion of Instructional Course Concerning Personal Financial Management with Certificate of Debtor Education Provided by Agency Attached. Date Course was Completed: August 23, 2010 . Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. (Hochman, Marilyn) (Entered: 08/27/2010) |
| 08/27/2010 | 13 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer (related document(s) 12 ). (Hochman, Marilyn) (Entered: 08/27/2010) |
| 09/21/2010 | 14 | Motion *to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. Section 329(b)* Filed by United States Trustee - ORL7. (Laffredi, Timothy) (Entered: 09/21/2010) |
| 09/23/2010 | | Withdrawal of Report of No Distribution. Filed by Emerson C Noble. (Noble, Emerson) (Entered: 09/23/2010) |
| | | Notice of Evidentiary Hearing on Motion to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. Section 329(b) (related document(s) 14 ). Hearing scheduled for 12/7/2010 at 02:00 PM at Orlando, FL - Courtroom B, 5th Floor, 135 W. Central |

UST000000095

| | | |
|---|---|---|
| 09/30/2010 | 15 | Boulevard. (Miller, Karla) (Entered: 09/30/2010) |
| 10/03/2010 | 16 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 15 )). Service Date 10/03/2010. (Admin.) (Entered: 10/04/2010) |
| 10/25/2010 | 18 | Reaffirmation Agreement Between Debtor and Chase Home Finance, LLC. *Re; Real Estate* Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. (Miller, Karla) (Entered: 10/28/2010) |
| 10/26/2010 | 17 | Discharge of Debtor . Signed on 10/26/2010 (Miller, Karla) (Entered: 10/26/2010) |
| 10/28/2010 | | Reaffirmation Agreement has been reviewed and found to be in compliance with Title 11 U.S.C. Section 524(c) of the Bankruptcy Code (related document(s) 18 ). (Miller, Karla) (Entered: 10/28/2010) |
| 10/28/2010 | 19 | BNC Certificate of Mailing - Order of Discharge. (related document(s) (Related Doc # 17 )). Service Date 10/28/2010. (Admin.) (Entered: 10/29/2010) |
| 11/05/2010 | 20 | Motion to Avoid *SunTrust* Lien *w/30 days negative notice*. Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer (related document(s) 1 ). (Hochman, Marilyn) Modified on 11/8/2010 (Miller, Karla). (Entered: 11/05/2010) |
| 11/05/2010 | 21 | Declaration Under Penalty of Perjury for Electronic Filing Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer (related document(s) 20 ). (Hochman, Marilyn) (Entered: 11/05/2010) |
| 11/05/2010 | 22 | Reaffirmation Agreement Between Debtor and Wells Fargo. *RE: Real Property* Filed by Marilyn J Hochman on behalf of Debtor Scott Howard Schmierer. (Hochman, Marilyn) Modified on 11/8/2010 (Miller, Karla). (Entered: 11/05/2010) |
| 11/08/2010 | | Reaffirmation Agreement has been reviewed and found to be in compliance with Title 11 U.S.C. Section 524(c) of the Bankruptcy Code (related document(s) 22 ). (Miller, Karla) (Entered: 11/08/2010) |
| | | Notice Canceling and Rescheduling Hearing *on Motion to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. Section 329(b)* (related document(s) 15 ). Hearing scheduled for 12/7/2010 at 02:45 PM at Orlando, FL - Courtroom B, 5th Floor, |

| | | |
|---|---|---|
| 11/17/2010 | 23 | 135 W. Central Boulevard. (Miller, Karla) Modified on 11/17/2010 (Miller, Karla). (Entered: 11/17/2010) |
| 11/19/2010 | 24 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 23 )). Service Date 11/19/2010. (Admin.) (Entered: 11/20/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/06/2010 12:20:09 | | | |
| **PACER Login:** | du6503 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:10-bk-12174-KSJ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No. 6**

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding: Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Muñoz

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schmierer, Scott Howard** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**XXX-XX-6865** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**231 Holiday Lane**<br>**Winter Springs, FL**<br>ZIP Code **32708-3203** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business:<br>ZIP Code |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>ZIP Code | ZIP Code |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

*** Marilyn J. Hochman 472298 ***

**Estimated Number of Creditors**

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Schmierer, Scott Howard** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Donna Barstow** | Case Number: **6:10-bk-215** | Date Filed: **1/07/10** |
|---|---|---|
| District: **Orlando** | Relationship: **parent** | Judge: **Jenneman** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X  /s/ Marilyn J. Hochman**          **July 12, 2010** Signature of Attorney for Debtor(s)          (Date) **Marilyn J. Hochman** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or a proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Schmierer, Scott Howard** |

<center>Signatures</center>

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Howard Schmierer**
Signature of Debtor **Scott Howard Schmierer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 12, 2010**
Date

## Signature of Attorney*

X **/s/ Marilyn J. Hochman**
Signature of Attorney for Debtor(s)

**Marilyn J. Hochman 472298**
Printed Name of Attorney for Debtor(s)

**Hochman and Peppler**
Firm Name

**3208 W. Hwy 426**
**Suite 2000**
**Oviedo, FL 32765**

Address

mhochman@hochmanpeppler.com;akontny@hochmanpeppler.com
**407-681-2688  Fax: 407-681-2689**
Telephone Number

**July 12, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Scott Howard Schmierer** _____

Debtor(s)

Case No. _____

Chapter   7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankru...

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

◻ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

◻ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

◻ Active military duty in a military combat zone.

◻ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Scott Howard Schmierer

Scott Howard Schmierer

Date:    July 12, 2010

Certificate Number: 02910-FLM-CC-010998692



02910-FLM-CC-010998692

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 17, 2010</u>, at <u>6:53</u> o'clock <u>PM EDT</u>, <u>Scott Schmierer</u> received from <u>InCharge Education Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 17, 2010</u>            By:    <u>/s/Delmarshae Walker</u>

Name:   <u>Delmarshae Walker</u>

Title:   <u>Certified Bankruptcy Counselor</u>

---

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

UST000000106

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Scott Howard Schmierer**

Debtor,

Case No. _____

Chapter _____ 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 70,000.00 | | |
| B - Personal Property | Yes | 3 | 925.91 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| - Creditors Holding Secured Claims | Yes | 1 | | 228,555.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 305,334.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,928.34 |
| | | | | | 3,263.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 70,925.91 | | |
| Total Liabilities | | | | 533,889.34 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Scott Howard Schmierer** _____ ,    Case No. _____

Debtor

Chapter _____ 7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12.07)

In re    **Scott Howard Schmierer**                                                      Case No. _____
_____,
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 231 Holiday Lane<br>Winter Springs, FL 32708<br>Seminole County | Fee simple | J | 70,000.00 | 228,555.00 |

| | | |
|---|---|---|
| Sub-Total > | 70,000.00 | (Total of this page) |
| Total > | 70,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Scott Howard Schmierer**                                          Case No. _____

_____,
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **pocket** | - | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Paypal** | - | 200.00 |
| | | **SunTrust 8428 overdrawn** | - | 0.00 |
| | | **Regions 5758** | - | 138.50 |
| | | **Fairwinds** | - | 125.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **couch, bookcase, table, lamp, computer, printer, throw rug, table, lamp, tv, stereo, dining room table, chairs, china closet, chest of drawers, silverware, bed, dresser, mirror, lamp, vanity, tv, vcr/dvd player, cookware, dishes, desk, chair, small kitchen appliances, 5 stools, patio set, power tools, tools, edger, weed eater.** | - | 350.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **cds, dvds** | - | 5.00 |
| 6. Wearing apparel. | | **Debtor clothing** | - | 25.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **camera** | - | 5.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        873.50
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000110

B6B (Official Form 6B) (12/07) - Cont.

In re    **Scott Howard Schmierer**
_____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sharebuilder money market account** | - | 27.41 |
| | | **SPD Signs, Inc. defunct corporation** | - | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >        27.41
(Total of this page)

B6B (Official Form 6B) (12/07) - Cont.

In re    **Scott Howard Schmierer**                                          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Sign a rama | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Misc. truck parts | - | 25.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 dog, 2 cats | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 25.00 |
| Total > | 925.91 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000112

B6C (Official Form 6C) (4/10)

n re    **Scott Howard Schmierer**                                        Case No. _____
_____
                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| pocket | Fla. Stat. Ann. § 222.11(2)(b) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Paypal | Fla. Stat. Ann. § 222.11(2)(b) | 200.00 | 200.00 |
| SunTrust 8428 overdrawn | Fla. Stat. Ann. § 222.11(2)(b) | 0.00 | 0.00 |
| Regions 5758 | Fla. Const. art. X, § 4(a)(2) | 138.50 | 277.00 |
| Fairwinds | Fla. Const. art. X, § 4(a)(2) | 125.00 | 250.00 |
| **Household Goods and Furnishings** | | | |
| couch, bookcase, table, lamp, computer, printer, throw rug, table, lamp, tv, stereo, dining room table, chairs, china closet, chest of ...wers, silverware, bed, dresser, mirror, lamp, ...nity, tv, vcr/dvd player, cookware, dishes, ...esk, chair, small kitchen appliances, 5 stools, patio set, power tools, tools, edger, weed eater. | Fla. Const. art. X, § 4(a)(2) | 350.00 | 700.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| cds, dvds | Fla. Const. art. X, § 4(a)(2) | 5.00 | 10.00 |
| **Wearing Apparel** | | | |
| Debtor clothing | Fla. Stat. Ann. § 222.25(4) | 25.00 | 25.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| camera | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **Stock and Interests in Businesses** | | | |
| Sharebuilder money market account | Fla. Const. art. X, § 4(a)(2) | 27.41 | 27.41 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Misc. truck parts | Fla. Stat. Ann. § 222.25(1) | 25.00 | 25.00 |
| **Animals** | | | |
| 1 dog, 2 cats | Fla. Const. art. X, § 4(a)(2) | 0.00 | 0.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Total:    925.91    1,544.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy



B6D (Official Form 6D) (12/07)

In re   **Scott Howard Schmierer**                                                    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **8173** | | | | | 2/1/7 | | | | | |
| Creditor #: 1 **Chase Manhattan Mortgage** Att: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | X | - | | | Mortgage 231 Holiday Lane Winter Springs, FL 32708 Seminole County | | | | | |
| | | | | | Value $          140,000.00 | | | | 44,704.00 | 44,704.00 |
| Account No. **1001** | | | | | Mortgage | | | | | |
| Creditor #: 2 **Wells Fargo Home Mtg** 4680 Hallmark Pkwy San Bernardino, CA 92407 | X | - | | | 231 Holiday Lane Winter Springs, FL 32708 Seminole County | | | | | |
| | | | | | Value $          140,000.00 | | | | 183,851.00 | 43,851.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**    continuation sheets attached

| | Subtotal (Total of this page) | 228,555.00 | 88,55_ |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 228,555.00 | 88,555.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000114

B6E (Official Form 6E) (4/10)

n re    **Scott Howard Schmierer**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0** ____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Scott Howard Schmierer**                                              Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SPD Signs, Inc. debt | | | | |
| **Creditor #: 1** **Adelphia Graphics** **302 Commerce Dr.** **Exton, PA 19341-2606** | X | - | | | | | Unknown |
| Account No. xxxxxxxxxx1963 | | | SPD Signs, Inc. debt | | | | |
| **Creditor #: 2** **ADT Security** **14200 E. Exposition Ave.** **Aurora, CO 80012** | X | - | | | | | 368.86 |
| Account No. xxxx-xxxx-xxxx-0019 | | | SPD Signs, Inc. debt | | | | |
| **Creditor #: 3** **Advanta** **PO Box 8088** **Philadelphia, PA 19101-8088** | X | - | | | | | 27,749.90 |
| Account No. | | | SPD Signs, Inc. debt | | | | |
| **Creditor #: 4** **Alumigraph** **302 Commerce Dr.** **Exton, PA 19341** | X | - | | | | | Unknown |

____9____ continuation sheets attached

Subtotal
(Total of this page)    28,11_

UST000000116

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Howard Schmierer**

_____    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxSI20 | | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 5 American Accents 390 Enterprise Dr. Nicholasville, KY 40356-2299 | X | - | | | | | | | |
| Account No. | | | | | SPD Signs, Inc. debt | | | | Unknown |
| Creditor #: 6 ASI Inc. 4800 Street Rd. Feasterville Trevose, PA 19053 | X | - | | | | | | | |
| Account No. xxxx-xxxx-xxxx-3222 | | | | | SPD Signs, Inc. debt | | | | Unknown |
| Creditor #: 7 AT & T Universal Bus PO Box 6235 Sioux Falls, SD 57117-6235 | X | - | | | | | | | |
| Account No. xxxx xxxx xx98 54 | | | | | Opened 5/01/02 Last Active 6/12/09 CheckCreditOrLineOfCredit SPD Signs, Inc. | | | | 1,675.01 |
| Creditor #: 8 Bank Of America Po Box 17054 Wilmington, DE 19850 | | - | | | | | | | |
| Account No. 1311 | | | | | Opened 1/01/88 Last Active 4/05/10 CreditCard | | | | 8,334.81 |
| Creditor #: 9 Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | - | | | | | | | |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | | 8,528.00 |
| | Subtotal | 18,537.82 |
| | (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Howard Schmierer**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4652 | | | | | Opened 4/01/01  Last Active  4/12/10 | | | | |
| Creditor #: 10 Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | - | | | CreditCard | | | | 700.00 |
| Account No. | | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 11 BF Plastics, Inc. 1377 Manchester Ave. SW North Lawrence, OH 44666 | X | - | | | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-1382 | | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 12 BOA PO Box 15710 Wilmington, DE 19886-5710 | X | - | | | | | | | 16,508.95 |
| Account No. 0485 | | | | | this is a disputed debt. The name and address on the account are Scott Riggs, 231 Holiday Ln., Winter Springs, FL 32708-3203. This is not a debt of the debtor. | | | | |
| Creditor #: 13 Capital Mgt Svc 720 Exchange St Suite 700 Buffalo, NY 14210 | | - | | | | | | X | Unknown |
| Account No. xxxx-xxxx-xxxx-7227 | | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 14 Chase Visa PO Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | | | Unknown |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    22,725.70
(Total of this page)    39,934.??

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Scott Howard Schmierer**
_____
                                    Debtor                          Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4864** | | | | credit card SPD Signs, Inc. | | | | |
| Creditor #: 15 **Chase Visa** PO Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | | |
| Account No. **xxxxxxxxx2683** | | | | SPD Signs, Inc. debt | | | | 8,248.49 |
| Creditor #: 16 **Crystal Springs** 6750 Discovery Blvd. bleton, GA 30126 | X | - | | | | | | |
| Account No. | | | | SPD Signs, Inc. debt | | | | 93.37 |
| Creditor #: 17 **Daniels of Central FL** 409 N. Spring Garden Ave. Deland, FL 32720-3957 | X | - | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8237** | | | | SPD Signs, Inc. debt | | | | Unknown |
| Creditor #: 18 **DELL Financial Services** PO Box 689020 Des Moines, IA 50368-9020 | X | - | | | | | | |
| Account No. **xx8212** | | | | SPD Signs, Inc. debt | | | | 1,101.24 |
| Creditor #: 19 **DesignLine Graphics** 405 Max Street Henderson, NV 89015 | X | - | | | | | | |

Sheet no. __3__ of __9__ sheets attached to Schedule of
itors Holding Unsecured Nonpriority Claims

|  | Unknown |
|---|---|
| Subtotal (Total of this page) | 9,443.10 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Howard Schmierer**                                  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8937 | | | Opened 7/01/08 Last Active 6/15/10 CreditCard | | | | |
| Creditor #: 20 Fairwinds Credit Union 3087 N Alafaya Trail Orlando, FL 32826 | | - | | | | | |
| Account No. xx2366 | | | SPD Signs, Inc. debt | | | | 2,060.00 |
| Creditor #: 21 Fellers, Inc. PO Box 875540 Kansas City, MO 64187-5540 | X | - | | | | | |
| Account No. xxxx-xxxx-xxxx-3216 | | | Opened 12/10/92 Last Active 6/29/09 CreditCard | | | | 656.88 |
| Creditor #: 22 Fla Csna Po Box 26012 Nc4-105-02-77 Greensboro, NC 27410-6012 | X | - | | | | | |
| Account No. xx8304 | | | SPD Signs, Inc. debt | | | | 17,815.65 |
| Creditor #: 23 Gemini, Inc. 103 Mensing Way Cannon Falls, MN 55009 | X | - | | | | | |
| Account No. x6573 | | | SPD Signs, Inc debt | | | | 798.53 |
| Creditor #: 24 Grandview Aluminum 110 W. Forth St. Grandview, IN 47615 | X | - | | | | | Unknown |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   21,331*

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Howard Schmierer**
_____,   Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx4880 | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 25 Grimco, Inc. 1585 Fencorp Dr. Fenton, MO 63026 | X | - | | | | | |
| Account No. xx2694 | | | SPD Signs, Inc. debt | | | | 829.43 |
| Creditor #: 26 Joseph Struhl, Co Inc PO Box N 5 Atlantic Ave. w Hyde Park, NY 11040 | X | - | | | | | |
| Account No. xxxxxxxxxx0045 | | | SPD Signs, Inc. debt | | | | Unknown |
| Creditor #: 27 Merchant Processing Sol PO Box 6600 Hagerstown, MD 21740 | X | - | | | | | |
| Account No. S298 | | | business debt, possible personal guarantee | | | | 97.00 |
| Creditor #: 28 Old Florida National 840 S. Denning Dr. Winter Park, FL 32789 | X | - | | | | | |
| Account No. | | | | | | | 13,743.00 |
| Creditor #: 29 Peter Schmierer 7115 Timber Dr. Winter Park, FL 32792 | | - | | | | | |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

14,669.43

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Scott Howard Schmierer**                                              Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxigns | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 30<br>Poseidon Inc.<br>c/o Quest Co.<br>1108 Spring Centre S. Blvd<br>102<br>Altamonte Springs, FL 32714 | X | - | | | | | Unknown |
| Account No. | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 31<br>Premium Graphix<br>5200 Mitchelldale St. F18<br>Houston, TX 77092-7221 | X | - | | | | | Unknown |
| Account No. | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 32<br>Pressex, Inc.<br>12910 Automobile Blvd.<br>Clearwater, FL 33762 | X | - | | | | | Unknown |
| Account No. x0707 | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 33<br>Print Harmony<br>12910 Automobile Blvd.<br>Suite K<br>Clearwater, FL 33762 | X | - | | | | | Unknown |
| Account No. xxxxxx8667 | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 34<br>Scott Sign Systems<br>PO Box 1047<br>Tallevast, FL 34270-1047 | X | - | | | | | 163.79 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             163.79

UST000000122

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Howard Schmierer__

_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No. xx-x1848** | | | | | | | | | |
| Creditor #: 35<br>Seminole Resid/Comm Permit<br>1101 First St.<br>Sanford, FL 32771-1468 | X | - | | | SPD Signs, Inc. debt<br>ProJecx Group, Inc. Sihle & Excel | | | | |
| **Account No. xx1638** | | | | | | | | | |
| Creditor #: 36<br>Sign Supply USA<br>PO Box 667077<br>Pompano Beach, FL 33066-7077 | X | - | | | SPD Signs, Inc. debt | | | | 70.00 |
| **Account No.** | | | | | | | | | |
| Creditor #: 37<br>Sign*a*rama<br>2121 Vista Pkwy<br>West Palm Beach, FL 33411 | X | - | | | SPD Signs, Inc. royalties | | | | 134.79 |
| **Account No. x4586** | | | | | | | | | |
| Creditor #: 38<br>Signs of Our Times<br>320-A Riverside Ave.<br>Roseville, CA 95678 | X | - | | | SPD Signs, Inc. debt | | | | 1,430.01 |
| **Account No. xxx xxx5258** | | | | | | | | | |
| Creditor #: 39<br>Staples<br>Dept ATL<br>PO Box 405386<br>Atlanta, GA 30384-5386 | X | - | | | SPD Signs, Inc. debt | | | | Unknown |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| | 27.22 |
| Subtotal<br>(Total of this page) | 1,662.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Howard Schmierer**                                         Case No. _____
                                                          _____,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8923 | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 40<br>SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 | X | - | | | | | | |
| | | | | | | | | **5,146.77** |
| Account No. xxxxxx8923 | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 41<br>SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 | X | - | | | | | | |
| | | | | | | | | **2,201.30** |
| Account No. xxxx-xxxx-xxxx-8265 | | | | credit card for SPD Signs, Inc. | | | | |
| Creditor #: 42<br>SunTrust<br>Orlando - 9110<br>7455 Chancellor Dr<br>Orlando, FL 32809 | X | - | | | | | | |
| | | | | | | | | **9,758.81** |
| Account No. xxxxxx23 34 | | | | SPD Signs, Inc. debt repo printer & laminator | | | | |
| Creditor #: 43<br>SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 | X | - | | | | | | |
| | | | | | | | | **19,921.15** |
| Account No. xxxxxxx23 59 | | | | SPD Signs, Inc. debt | | | | |
| Creditor #: 44<br>SunTrust Frank Ross<br>1 Florida Par Dr. S<br>FL-Palm Coast-0557<br>Palm Coast, FL 32137 | X | - | | | | | | |
| | | | | | | | | **68,903.41** |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **105,931.**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000124

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Howard Schmierer**
_____
                                    Debtor                    Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **OrlandoSignaRama** | | | | | | | | | |
| Creditor #: 45 United Franchise Group 2121 Vista Pkwy West Palm Beach, FL 33411 | X | - | | | Franchise agreement for SPD Signs, Inc. | | | | |
| Account No. **xxxx-xxxx-xxxx-1572** | | | | | | | | | |
| Creditor #: 46 Wells Fargo PO Box 6426 Carol Stream, IL 60197 | X | - | | | SPD Signs, Inc. debt | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-9731** | | | | | | | | | |
| Creditor #: 47 Wells Fargo VISA MAC S4101-050 PO Box 29746 Phoenix, AZ 85038-9746 | X | - | | | SPD Signs, Inc. debt | | | | 25,751.34 |
| Account No. **xxxxxxxxx2708** | | | | | | | | | |
| Creditor #: 48 Yahoo 701 First Ave. Sunnyvale, CA 94089 | X | - | | | SPD Signs, Inc. debt | | | | 39,790.93 |
| Account No. | | | | | | | | | Unknown |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 65,542.27 |
| | Total (Report on Summary of Schedules) | 305,334.34 |

B6G (Official Form 6G) (12/07)

In re    **Scott Howard Schmierer**                                             Case No. _____
_____,
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Poseidon Inc.**<br>**c/o Quest Co.**<br>**1108 Spring Centre Blvd #102**<br>**Altamonte Springs, FL 32714** | **business lease with personal guarantee for SPD Signs** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000126

B6H (Official Form 6H) (12/07)

 n re    **Scott Howard Schmierer**

_____,
Debtor

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Adelphia Graphics<br>302 Commerce Dr.<br>Exton, PA 19341-2606 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | ADT Security<br>14200 E. Exposition Ave.<br>Aurora, CO 80012 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Advanta<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Alumigraph<br>302 Commerce Dr.<br>Exton, PA 19341 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | American Accents<br>390 Enterprise Dr.<br>Nicholasville, KY 40356-2299 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | ASI Inc.<br>4800 Street Rd.<br>Feasterville Trevose, PA 19053 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | AT & T Universal Bus<br>PO Box 6235<br>Sioux Falls, SD 57117-6235 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | BF Plastics, Inc.<br>1377 Manchester Ave. SW<br>North Lawrence, OH 44666 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | BOA<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Chase Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Chase Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Crystal Springs<br>6750 Discovery Blvd.<br>Mableton, GA 30126 |

3

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re      Scott Howard Schmierer

Case No. _____

_____,
                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Daniels of Central FL<br>409 N. Spring Garden Ave.<br>Deland, FL 32720-3957 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | DELL Financial Services<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | DesignLine Graphics<br>405 Max Street<br>Henderson, NV 89015 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Fellers, Inc.<br>PO Box 875540<br>Kansas City, MO 64187-5540 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Fia Csna<br>Po Box 26012<br>Nc4-105-02-77<br>Greensboro, NC 27410-6012 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Gemini, Inc.<br>103 Mensing Way<br>Cannon Falls, MN 55009 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Grandview Aluminum<br>110 W. Forth St.<br>Grandview, IN 47615 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Grimco, Inc.<br>1585 Fencorp Dr.<br>Fenton, MO 63026 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Joseph Struhl, Co Inc<br>PO Box N<br>195 Atlantic Ave.<br>New Hyde Park, NY 11040 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Merchant Processing Sol<br>PO Box 6600<br>Hagerstown, MD 21740 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Old Florida National<br>840 S. Denning Dr.<br>Winter Park, FL 32789 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Poseidon Inc.<br>c/o Quest Co.<br>1108 Spring Centre S. Blvd<br>102<br>Altamonte Springs, FL 32714 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000128

ın re   Scott Howard Schmierer

Debtor

Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Premium Graphix<br>5200 Mitchelldale St. F18<br>Houston, TX 77092-7221 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Pressex, Inc.<br>12910 Automobile Blvd.<br>Clearwater, FL 33762 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Print Harmony<br>12910 Automobile Blvd.<br>Suite K<br>Clearwater, FL 33762 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Scott Sign Systems<br>PO Box 1047<br>Tallevast, FL 34270-1047 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Seminole Resid/Comm Permit<br>1101 First St.<br>Sanford, FL 32771-1468 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Sign Supply USA<br>PO Box 667077<br>Pompano Beach, FL 33066-7077 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Sign*a*rama<br>2121 Vista Pkwy<br>West Palm Beach, FL 33411 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Signs of Our Times<br>320-A Riverside Ave.<br>Roseville, CA 95678 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Staples<br>Dept ATL<br>PO Box 405386<br>Atlanta, GA 30384-5386 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | SunTrust<br>Orlando - 9110<br>7455 Chancellor Dr<br>Orlando, FL 32809 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    Scott Howard Schmierer                                        Case No. _____

                                                    Debtor
                                                    _____,

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | SunTrust Frank Ross<br>1 Florida Par Dr. S<br>FL-Palm Coast-0557<br>Palm Coast, FL 32137 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | United Franchise Group<br>2121 Vista Pkwy<br>West Palm Beach, FL 33411 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Wells Fargo VISA<br>MAC S4101-050<br>PO Box 29746<br>Phoenix, AZ 85038-9746 |
| Donna J. Barstow<br>7115 Timber Drive<br>Winter Park, FL 32792 | Yahoo<br>701 First Ave.<br>Sunnyvale, CA 94089 |
| Donna J. Barstow, President<br>SPD Signs, Inc. | SunTrust<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Peter Schmierer<br>7115 Timber Dr.<br>Winter Park, FL 32792-7243 | Chase Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Peter Schmierer<br>7115 Timber Dr.<br>Winter Park, FL 32792-7243 | Poseidon Inc.<br>c/o Quest Co.<br>1108 Spring Centre S. Blvd<br>102<br>Altamonte Springs, FL 32714 |
| Stephine Schmierer<br>231 Holiday Lane<br>Winter Springs, FL 32708 | Chase Manhattan Mortgage<br>Att:  Research Dept. G7-PP<br>3415 Vision Drive<br>Columbus, OH 43219 |
| Stephine Schmierer<br>231 Holiday Lane<br>Winter Springs, FL 32708 | Wells Fargo Home Mtg<br>4680 Hallmark Pkwy<br>San Bernardino, CA 92407 |
| Walter Barstow III<br>1179 Park Drive<br>Casselberry, FL 32707 | Fia Csna<br>Po Box 26012<br>Nc4-105-02-77<br>Greensboro, NC 27410-6012 |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

UST00000013C

B6I (Official Form 6I) (12/07)

In re **Scott Howard Schmierer** _____   Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **sign maker/graphic design** | |
| Name of Employer | **Media 1 - Wrap This, Inc.** | |
| How long employed | **4 months** | |
| Address of Employer | **150 National Place**<br>**Suite 100**<br>**Longwood, FL 32750** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,426.67 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 2,426.67 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 498.33 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 498.33 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,928.34 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,928.34 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 1,928.34 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**newborn expected November 2010**

B6J (Official Form 6J) (12/07)

In re  **Scott Howard Schmierer** _____

_____        Case No. _____
                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | |
|   a. Are real estate taxes included? | Yes **X**  No ___ | $ 1,544.00 |
|   b. Is property insurance included? | Yes **X**  No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 200.00 |
|   b. Water and sewer | | $ 60.00 |
|   c. Telephone | | $ 60.00 |
|   d. Other   **See Detailed Expense Attachment** | | $ 159.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 450.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 40.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | | $ 0.00 |
|   b. Life | | $ 0.00 |
|   c. Health | | $ 0.00 |
|   d. Auto | | $ 100.00 |
|   e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | | $ 0.00 |
|   b. Other | | $ 0.00 |
|   c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
|   Other | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ 3,263.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 1,928.34 |
| b. Average monthly expenses from Line 18 above | $ 3,263.00 |
| c. Monthly net income (a. minus b.) | $ -1,334.66 |

B6J (Official Form 6J) (12/07)
In re   Scott Howard Schmierer
_____
                        Debtor(s)                                    Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

Internet, cable

gas                                                                     $            129.00

**Total Other Utility Expenditures**                                    $             30.00

                                                                        $            159.00



B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Scott Howard Schmierer**

_____
                                    Debtor(s)

Case No. _____
Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 12, 2010**                          Signature   **/s/ Scott Howard Schmierer**
                                                               **Scott Howard Schmierer**
                                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

UST000000134

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Scott Howard Schmierer**
_____
                                    Debtor(s)

Case No. _____
Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,706.68** | 2010 YTD: Husband Employment Income |
| **$13,650.00** | 2009: Husband Employment Income |
| **$26,775.00** | 2008: Husband Employment Income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

2

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo**<br>**PO Box 660455**<br>**Dallas, TX 75266-0455** | **monthly** | **$1,192.00** | **$183,851.57** |
| **Chase Manhattan Mtg**<br>**PO Box 9001871**<br>**Louisville, KY 40290-1871** | **monthly** | **$353.32** | **$44,848.53** |

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Poseidon Investments v. SPD Signs and Donna Barstow and Scott Schmierer 09-CA-8252-15-K** | **collection** | **18th Judicial Circuit for Seminole County, FL** | **served October 21, 2009, final judgment entered** |
| **Suntrust v. SPD Signs, et. al. 09-CA-9578-14-K** | **Mortgage Foreclosure** | **18th Circuit, Seminole** | **Served December 29, 2009** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

UST000000136

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Old Florida National** 840 S. Denning Dr. Winter Park, FL 32789 | | **laminator & printer and more** |

### 5. Repossessions, foreclosures and returns

**None** ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None** ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**9. Payments related to debt counseling or bankruptcy**

4

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hochman and Peppler 3208 W. Hwy 426 Suite 2000 Oviedo, FL 32765 | 5/21/10 | $3,369.00 |
| Hochman and Peppler 3208 W. Hwy 426 Suite 2000 Oviedo, FL 32765 | 1/14/10 | $1,000.00 |
| Hochman and Peppler 3208 W. Hwy 426 Suite 2000 Oviedo, FL 32765 | 12/1/09 | $550.00 |
| Hochman and Peppler 3208 W. Hwy 426 Suite 2000 Oviedo, FL 32765 | 12/19/09 | $200.00 |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| SunTrust Bank P. O. Box 4910 Orlando, FL 32802-4910 | checking #8428 | $60.00 April, 2010 |

UST000000138

5

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **SPD Signs, Inc. dba** | **59-3645371** | **Sign-A-Rama 5285 Red Bug Lake Rd Winter Springs, FL 32708** | **retail sign franchise** | **6/00 to 7/09** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Linder & Thornley 801 N. Magnolia Ave Suite 101 Orlando, FL 32803** | **2000-2009** |

7

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                ADDRESS
**Linder & Thornley**

                                    DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Linder & Thornley**

                                    ADDRESS

**Julie Eason Smith, PA**

                                    **2060 Winter Springs Blvd.**
                                    **Oviedo, FL 32765**

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**SunTrust Bank**
**Red Bug Lake Rd.**                                DATE ISSUED
**Winter Springs, FL 32708**

---

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                  RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donna Barstow** | **president** | **54%** |
| **Scott Schmierer** | **vice president** | **36%** |
| **Peter Schmierer** | **vice president** | **10%** |

8

## 22. Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS **same as 21b** | TITLE | DATE OF TERMINATION |
|------|-------|---------------------|

## 23. Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

## 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

## 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **July 12, 2010**

Signature **/s/ Scott Howard Schmierer**
               **Scott Howard Schmierer**
               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000142

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   Scott Howard Schmierer

_____
Debtor(s)

Case No. _____
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mortgage** | **Describe Property Securing Debt:**<br>**231 Holiday Lane**<br>**Winter Springs, FL 32708**<br>**Seminole County** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __depending on court ruling__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B8 (Form 8) (12/08)

Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mtg** | **Describe Property Securing Debt:**<br>**231 Holiday Lane**<br>**Winter Springs, FL 32708**<br>**Seminole County** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __may file motion depending on other court orders__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __July 12, 2010__

Signature  __/s/ Scott Howard Schmierer__
          **Scott Howard Schmierer**
          Debtor

Best Case Bankruptcy



UST00000014-

B 201A (Form 201A) (12/09)

WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)

Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.



**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    __Scott Howard Schmierer__

_____
                                    Debtor(s)

Case No. _____
Chapter    __7__

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Scott Howard Schmierer__
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X __/s/ Scott Howard Schmierer__         __July 12, 2010__
        Signature of Debtor                        Date

X _____
        Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Middle District of Florida**

In re   __Scott Howard Schmierer__

_____   Case No. _____
Debtor(s)   Chapter   __7__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __July 12, 2010__

/s/ Scott Howard Schmierer
_____
Scott Howard Schmierer
Signature of Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com   Best Case Bankruptcy

Scott Howard Schmierer
231 Holiday Lane
Winter Springs, FL 32708-3203

Marilyn J. Hochman
Hochman and Peppler
3208 W. Hwy 426
Suite 2000
Oviedo, FL 32765

Adelphia Graphics
302 Commerce Dr.
Exton, PA 19341-2606

ADT Security
14200 E. Exposition Ave.
Aurora, CO 80012

ADT Security
PO Box 371967
Pittsburgh, PA 15250-1967

Advanta
PO Box 8088
Philadelphia, PA 19101-8088

Advanta
Welsh & McKean Rds
PO Box 844
Spring House, PA 19477-0844

Alumigraph
302 Commerce Dr.
Exton, PA 19341

American Accents
390 Enterprise Dr.
Nicholasville, KY 40356-2299

ASI Inc.
4800 Street Rd.
Feasterville Trevose, PA 19053

AT & T Universal Bus
PO Box 6235
Sioux Falls, SD 57117-6235

At &T Universal
PO Box 183051
Columbus, OH 43218-3051

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

BF Plastics, Inc.
1377 Manchester Ave. SW
North Lawrence, OH 44666

BOA
PO Box 15710
Wilmington, DE 19886-5710

BoA
PO Box 15027
Wilmington, DE 19850-5027

Capital Mgt Svc
720 Exchange St
Suite 700
Buffalo, NY 14210

CBA
PO Box 5013
Hayward, CA 94540-5013

Chase Manhattan Mortgage
Att: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219

Chase Visa
PO Box 15153
Wilmington, DE 19886-5153

Crystal Springs
6750 Discovery Blvd.
Mableton, GA 30126

Crystal Springs
3866 Shader Rd.
Orlando, FL 32808

Crystal Springs
PO Box 660579
Dallas, TX 75266-0579

Daniels of Central FL
409 N. Spring Garden Ave.
Deland, FL 32720-3957

DELL Financial Services
PO Box 689020
Des Moines, IA 50368-9020

DesignLine Graphics
405 Max Street
Henderson, NV 89015

Donna J. Barstow
7115 Timber Drive
Winter Park, FL 32792

Joseph Struhl, Co Inc
PO Box N
195 Atlantic Ave.
New Hyde Park, NY 11040

Scott Williams
Greenberg, Grant & Richards
PO Box 571811
Houston, TX 77257-1811

Fairwinds Credit Union
3087 N Alafaya Trail
Orlando, FL 32826

Merchant Processing Sol
PO Box 6600
Hagerstown, MD 21740

Seminole Resid/Comm Permit
1101 First St.
Sanford, FL 32771-1468

Fellers, Inc.
PO Box 875540
Kansas City, MO 64187-5540

Old Florida National
840 S. Denning Dr.
Winter Park, FL 32789

Sign Supply USA
PO Box 667077
Pompano Beach, FL 33066-7077

Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro, NC 27410-6012

Peter Schmierer
7115 Timber Dr.
Winter Park, FL 32792-7243

Sign Supply USA
1711 Blount Rd.
Pompano Beach, FL 33069

FIA Csna
PO Box 15019
Wilmington, DE 19886-5019

Poseidon Inc.
c/o Quest Co.
1108 Spring Centre Blvd #102
Altamonte Springs, FL 32714

Sign*a*rama
2121 Vista Pkwy
West Palm Beach, FL 33411

Gemini, Inc.
103 Mensing Way
Cannon Falls, MN 55009

Premium Graphix
5200 Mitchelldale St. F18
Houston, TX 77092-7221

Signs of Our Times
320-A Riverside Ave.
Roseville, CA 95678

Grandview Aluminum
110 W. Forth St.
Grandview, IN 47615

Pressex, Inc.
12910 Automobile Blvd.
Clearwater, FL 33762

SKO Brenner American
PO Box 9320
Baldwin, NY 11510-9320

Grimco, Inc.
1585 Fencorp Dr.
Fenton, MO 63026

Print Harmony
12910 Automobile Blvd.
Suite K
Clearwater, FL 33762

Staples
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

John S. Schoene
100 E. Sybelia Ave.
Suite 205
Maitland, FL 32751

Scott Sign Systems
PO Box 1047
Tallevast, FL 34270-1047

Stephine Schmierer
231 Holiday Lane
Winter Springs, FL 32708

SunTrust
PO Box 79079
Baltimore, MD 21279-0079

Yahoo
701 First Ave.
Sunnyvale, CA 94089

SunTrust
Orlando - 9110
7455 Chancellor Dr
Orlando, FL 32809

SunTrust
PO Box 2988
Omaha, NE 68103-2988

SunTrust Frank Ross
1 Florida Par Dr. S
FL-Palm Coast-0557
Palm Coast, FL 32137

United Franchise Group
2121 Vista Pkwy
West Palm Beach, FL 33411

Walter Barstow III
1179 Park Drive
Casselberry, FL 32707

Wells Fargo
BDO Cust Ser
PO Box 34870
Sacramento, CA 95834-4870

Wells Fargo
PO Box 6426
Carol Stream, IL 60197-6426

Wells Fargo Home Mtg
4680 Hallmark Pkwy
San Bernardino, CA 92407

# United States Bankruptcy Court
## Middle District of Florida

In re   **Scott Howard Schmierer**

_____
Debtor(s)

Case No. _____
Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 3,369.00 |
   | Prior to the filing of this statement I have received | $ | 3,369.00 |
   | Balance Due | $ | 0.00 |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning; preparation and filing of petition and schedules, discussion of options, discussion of different types of bankruptcy available, review of documents, explanation of different chapters, means testing, information regarding websites, valuation of assets, review of credit report, new laws as enacted, tax returns, income, expenses, attendance at 341 meeting.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; representation in any circuit or county case including mortgage foreclosures; negotiations with creditors, review, preparation and filing of reaffirmation agreements, representation of debtor in any negotiations with creditors, amending schedules, continuance of 341 meeting due to debtor, representations against creditor for violation of stay, reopening case, 2004 hearings and any costs associated with all of the aforementioned.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:   **July 12, 2010** | **/s/ Marilyn J. Hochman**<br>**Marilyn J. Hochman**<br>**Hochman and Peppler**<br>**3208 W. Hwy 426**<br>**Suite 2000**<br>**Oviedo, FL 32765**<br>**407-681-2688  Fax: 407-681-2689**<br>**mhochman@hochmanpeppler.com;akontny@hochman peppler.com** |

B22A (Official Form 22A) (Chapter 7) (04/10)

In re **Scott Howard Schmierer**
_____
Case Number: _____ Debtor(s)
              (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　☐ I remain on active duty /or/<br>　　☐ I was released from active duty on ____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　　　OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on ____, which is less than 540 days before this bankruptcy case was filed. |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. _(If this is a joint case, both debtors must sign.)_<br><br>Date: **July 12, 2010**<br><br>Signature: **/s/ Scott Howard Schmierer**<br>**Scott Howard Schmierer**<br>_(Debtor)_ |

B22A (Official Form 22A) (Chapter 7) (04/10)

2

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2010** to **06/30/2010**.

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Scott Howard Schmierer**
_____

                                 Debtor(s)

Case No. _____
Chapter    **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of all payment advices **are not** attached because the debtor:
     ☐   receives disability payments
     ☐   is unemployed and does not receive unemployment compensation
     ☐   receives Social Security payments
     ☐   receives a pension
     ☐   does not work outside the home
     ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
     ☐   receives disability payments
     ☐   is unemployed and does not receive unemployment compensation
     ☐   receives Social Security payments
     ☐   receives a pension
     ☐   does not work outside the home
     ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:

LF-10 (06/02/08)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com



Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

/s/ Scott Howard Schmierer
_____
**Scott Howard Schmierer**                                    Date:    **July 12, 2010**
Signature of Attorney or Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

UST000000156

## EXHIBIT IDENTIFICATION TAG

**United States Trustee's Exhibit No.** 7

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding:   Motions to Examine Fees Paid to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Daniel Muñiz

**Hochman & Peppler, LLC**
Marilyn J. Hochman
Attorney at Law
3208 W. Hwy 426, Suite 2000
Oviedo, FL 32765
(407) 681-2688
akontny@hochmanpeppler.com

Date of Initial Interview:
___7/10/09___, ~~2010~~

Scott Schmierer
2931 Holiday Lane
W. P_____, FL 32708

## BANKRUPTCY RETAINER AGREEMENT

If you choose to retain our firm to represent you in the above matter, this document will serve as our agreement concerning the employment of this law firm by you. This retainer may be accepted within 90 days of date of the initial interview, above, or this offer is withdrawn. The terms of our representation are as follows:

1. We discussed the benefits of Chapter 7 and Chapter 13 bankruptcy proceedings. It appears, based on the facts and your comments, the appropriate chapter we recommend you file is X Chapter 7 __ Chapter 13 __ undecided.

2. It appears that your financial situation is not likely to significantly improve in the next 6 to 12 months. Thus, it is likely that you may have to file a bankruptcy proceeding.

3. We talked about the exemptions that are afforded to debtors in Florida as of this date. Your wages, IRA, cash value of your life insurance policy and $1,000 of personal property or the super exemption, as well as any equity you may have in your motor vehicle, are likely to be exempt. The remainder of your assets may have to be bought back from the Trustee if your assets are valued higher than the legally exempt amount. This is called A REDEMPTION.

4. We have also discussed that you must take a class before you file your case. The class must be taken no longer than 6 months prior to filing your case. Your case will not be filed until we have the certificate.

5. We have also discussed that you must take a class after you file your case. You will provide the certificate to us as soon as you have taken the class.

6. We have discussed that you must provide the last 3 years of tax returns and the last 6 months of pay stubs (payment advice) to me prior to filing your case. If these records are not provided, the court could dismiss your case after it is filed.

7. We have discussed the possibility that you may have to pay the creditor any credit card charges you have made within the 6 months prior to filing your bankruptcy.

8. We have discussed that you must bring your driver license (or picture identification if you do not have a driver license) and your social security card with you to the 341 meeting.

In order to file your bankruptcy, we will be retained on the following basis:
**Chapter 7:**
1. ~~A down payment of $500.00 to retain our firm paid today will be applied towards the full retainer fee.~~
2. The additional retainer will be paid in the amount of $2,750.00 which represents attorneys' fees for your representation in the Chapter 7 bankruptcy proceeding.
3. For a Chapter 7 the filing fee is $299.00. This includes a fee for the Bankruptcy Trustee.
4. Travel to the 341 meeting is $100.00 which includes mileage, tolls and parking, copying.
5. Credit report fee: $30.00 single or $50.00 married.
**Chapter 13:**
6. A down payment of $2,500.00 to retain our firm paid today will be applied towards the full retainer fee.

..\Folders\MJH Active Files\INTAKE FORMS\BANKRUPTCY\Workshop Documents\Retainer Agreement Bky 10 15 09.doc
Stein Hochman Peppler
(407) 977-6868
www.crisislaw.com
revised 10/15/2009; 1/14/10

UST000000159

7. The additional retainer will be paid through the plan in the amount of $2,000.00 which represents attorneys' fees for your representation in the Chapter 13 bankruptcy proceeding.
8. There is also a monthly monitoring attorney fee for a Chapter 13 in the amount of $50.00 per month. This will allow us to monitor your case to its conclusion and is paid through the plan.
9. For a Chapter 13 the filing fee is $274.00. The Chapter 13 Trustee is paid a set percentage from the payments you will make during the bankruptcy.
10. Travel to the 341 meeting is $100.00 which includes mileage, tolls and parking, copying. Additional court appearances are $100.00 for costs.
11. Credit report fee: $30.00 single or $50.00 married.
12. **The full attorney fee and costs must be paid prior to filing your case:**

    a. Chapter 7
        i. Fees                  $3,250.00
        ii. Costs               $449.00 (if married and both filing)
                              $3,699.00

    b. Chapter 13
        i. Fees                   $2,500.00*
        ii. Costs               $424.00 (if married and both filing)
                              $2,924.00
        Plan Fees            $2,000.00 (paid through the plan)
                              $4,924.00*

    c. Suggestion              $200.00 each

* Plan maintenance is an additional $50.00 per month paid through the plan.

This is a flat rate for attorney fees for the following representation:

Initial counseling and strategy on filing bankruptcy;

    d. Review of your financial situation as to whether a Chapter 7 vs. Chapter 13 proceeding is the best choice;
    e. Preparation and review of your Petition;
    f. Attendance at the 341 meeting and travel expenses, tolls, parking and mileage;
    g. Review of all documents filed by the creditors and the Court in your bankruptcy proceeding;
    h. Credit report and analysis;
    i. All forms necessary to file your case;
    j. Means Test analysis to see whether a Chapter 7 or a Chapter 13 would be best for your situation;
    k. Information regarding taking the pre-filing class and the class required after filing;
    l. Document checklist to verify and back up information given on worksheet.

The flat rate for attorney fees does not include representation for any matters not specified above. Such matters would include, but would not be limited, to the following:

    a. Representation in any proceedings outside of bankruptcy court including those in state circuit or county court;
    b. Representation in any adversary proceedings brought in bankruptcy court relating to creditors seeking an exception to your discharge or to object to your discharge or seeking to have your obligations to the Internal Revenue Service determined;
    c. Preparing and attending any contested matters in bankruptcy court instituted by your creditors;
    d. Intent to file Suggestion of Bankruptcy; ($200.00 additional for each of these);
    e. Suggestion of bankruptcy; ($200.00 additional for each of these);
    f. Lien avoidance;
    g. Action necessary after review of all documents filed by creditors in your bankruptcy proceeding;

For your general information, the hourly rate for attorney time is billed at $295.00 per hour and paralegal time is $135.00 per hour. This may include:

1. Additional expenses may include, but are not limited to the following: copies (current rate of 25 cents per copy (.25)), long distance telephone charges billed at $3.50 per call (in the United States), fax charges ($1.00 per page for

UST00000016

incoming and outgoing faxes). Should these rates be increased during our representation of you, you will responsible for paying the new established rates.

2. If there are hourly legal fees and expenses we will send you invoices reflecting the services we have performed a setting forth the costs and expenses we have incurred. You will pay us within ten (10) days of your receipt of t invoice. We do not accept credit card payments from bankruptcy clients. If you disagree with the fees and/or costs y have been charged, you shall speak with us within 30 days of the date of the invoice. If we do not hear from you with that time regarding the fees and costs, we will expect payment. If you are delinquent in your payments to us, you will charged interest at the highest rate allowable.

3. On occasion, we may request that you pay certain expenses and costs in advance to ensure that we receive th prompt services of the people and entities we regularly use (court reporters, expert witnesses and the like).

4. We reserve the right to withdraw from representing you in the event that you fail to timely honor your agreement to pa our attorneys' fees, expenses and court costs. We also reserve the right to withdraw from your representation in th event that you fail to abide by the legal advice that we give you or if you fail to cooperate with us or are abusive to th staff.

5. If this agreement meets with your approval, please sign where indicated below and return the original document to u with your retainer.

## GENERAL INFORMATION CONCERNING YOUR BANKRUPTCY: Once you file your Petition for Relief, you will have n

obligation to pay the vast amount of your pre-existing debts (other than your mortgage payment, your lease/security agreemer for your motor vehicle, and other debts secured by assets that you wish to retain) as we discussed.

As we also discussed, you have the option of filing a Chapter 7 or a Chapter 13 proceeding.

It is important that you list all of your creditors, assets and liabilities. You can not pick which creditors you list on you bankruptcy. If you fail to list any creditor, there is the possibility that the Bankruptcy Court may not later let you add the creditor Your completed Petition, Schedule and Statement of Affairs should be accurate because you sign the Petition under penalty of perjury which is a crime.

At this time, we have not been retained to represent you in any other matter. Unless we hear from you otherwise, all notices and other information regarding this matter will be sent to your above listed address. If at any time you would like to change the address to which we should send notices and information, please let us know as soon as possible.

We thank you for your interest in our law firm and appreciate your consideration of our services. Our representation of you will begin upon our receipt of your retainer, a copy of this agreement executed by you and your paperwork. Until these conditions have been met, our firm does not represent you.

By signing this agreement you are also giving us permission to run a credit report on you and/or your business.

Should you choose to retain another law firm, please advise us as soon as possible. Should you have any questions or wish to obtain our specific advice concerning a particular matter, please set up an appointment at your earliest convenience. If you are served with a lawsuit, you only have 20 days to respond, therefore, if you are going to file bankruptcy with us, we need to know about any lawsuits within 24 hours of service on you.

Marilyn J. Hochman, Esquire                          Date   5/19/10

The above is accepted, understood, and agreed to:

Dated: _____          Signed: _____

Printed Name: _____Scott Schmierer_____

Dated: _____          Signed: _____

Printed Name: _____

UST000000163

# Hochman and Peppler, LLC

## Timeslips entry for client intake/seminars:

Ask intake to fill our brief information contact form. Give debtors "Hochman and Peppler, LLC Bankruptcy Workbook" developed by attorney. "Hochman and Peppler, LLC Bankruptcy Workbook" forms include:

1. Postcard regarding two required classes
2. Table of Contents
3. Statement of Information Required by 11 U.S.C.
4. Example of Discharge of Debtor
5. How Ordering Your Credit Report Can Help You in Bankruptcy
6. Credit Report Information
7. Bankruptcy Information
8. Client Questionnaire for Non-Business Debtor
9. Household Goods Sheet
10. Bankruptcy Document Checklist
11. List of Useful Websites
12. Communication Policy
13. Notes sheet
14. Business Card
15. What to do First
16. Debt Assistance Disclosure ("truth document")
17. Retainer Agreement

Give a brief overview of intake/seminar. Discuss contents of "Hochman and Peppler, LLC Bankruptcy Workbook" in depth. Let them know there paper to take notes if they want to do so. Discussion as to how and why debtor is thinking about filing bankruptcy, whether prior bankruptcy filed and when, where, what chapter as necessary*. Review of "Debt Assistance Disclosure" - the "Truth Document" with intake/attendee and have them sign. Make copy of "Debt Assistance Disclosure" - the "Truth Document" for them. Explain that the bankruptcy code actually says the words "fresh start". Explain to the future clients/workshop attendees that they can relax and see that they are not alone. Tell them war stories. Reassure future client/attendees. Overview of process and inquiry as to other names used by debtor, answer questions regarding bankruptcy process, length of time it takes, important dates, automatic stay, discharge, signing documents under penalty of perjury, discussion as to whether bankruptcy is the right path for debtor and if so, which chapter, discussion of different chapters of bankruptcy, how long debtor has lived in the middle district of Florida, discuss types of debt they have and amounts, whether IRS, student loans, business loans, collateralized loans, SBA loans, mortgages, secured, unsecured, and how to deal with those debts*. Reassure client.

Go over postcard regarding required classes, tell future client/attendee it is the cheapest class I have found and if they find a cheaper one, let me know. Inform client/attendee as to which classes are necessary after deciding which chapter will be filed.* Let them know that they should only take the class if they will be filing their case within 6 months or they may have to take the

*only if intake – In seminar there are no personal or financial questions asked.

UST000000165

first class again. Tell them that each spouse has to take the classes and we need the certificates from the classes.

Tell them to use a debit card or go on the website so they can mail a check or have them pay someone (friend, family member) in cash for the class fee and use his or her (friend, family member) credit card.

Tell them about the six (6) month credit card rule and that is why they cannot use credit card for payment for the class. Review documents "How Ordering Your Credit Report Can Help You in Bankruptcy" and "Credit Report Information" form from "Hochman and Peppler, LLC Bankruptcy Workbook".

Let them know that if it is a Chapter 13 they can take the 2nd class with the Ch 13 trustee for no charge. Reassure that we will be with them every step of the way. Review "Statement of Information" document and let them know they may be asked at the §341 meeting if they have read it. Discuss §341 meeting of creditors.

Explain that bankruptcy court is not in the federal or state courthouse so they don't go to wrong place. Tell them about the §341 meeting and how it works and what will be asked of them, to bring their FDL and SSA card. If they don't have SSA card, explain how to get on internet, show them document "List of Useful Websites" from "Hochman and Peppler, LLC Bankruptcy Handbook". Explain where meeting is and show address on handout "Bankruptcy Information". Describe what the room looks like, who will be there and procedure during meeting. Explain about the two rooms, anteroom and suggest that they can go in before their meeting time so they know what will be asked of them or to see why I made them give me all the paperwork I asked for so that the §341 would only take 5 minutes. Explain the schedule of the §341 meetings, the cases are called each half hour and that the trustees know me. If I am late, I will be there before the half hour is up or if I am later than that, I will call them and the Trustee. Explain that during a §341 meeting, Meeting of Creditors usually no creditors come to the meeting. Explain who goes to the §341 meeting - only us, the trustee, his or her assistant, other people just like them and their attorneys. Explain the "conference room" size setting with the chairs set up. Tell them about magic words "Your meeting is concluded." Reassure future client/attendee I will be at §341 with them. Go over questions copied from "Trustee's Written Questionnaire" handout as examples of what could be asked during the §341 meeting. Additional discussion of "Statement of Information" regarding four (4) types of bankruptcy, redemption and discharge.

Go over blank form "Discharge" and read from second page so they know what the goal of bankruptcy is. Go over why it is so important to do a credit report and that some debts may not be in the report, for example dr. bills, payments guaranteed for business, etc.

Discuss "Bankruptcy Information" from "Hochman and Peppler, LLC Bankruptcy Handbook" regarding frequently asked questions.

Go over "Client Questionnaire" page by page. Discuss valuation of all assets on "Client Questionnaire", filling out completely and if don't understand to write all over the worksheet, that I will review it, discuss valuation of car, CarMax, personal property, real estate, whether in

*only if intake – In seminar there are no personal or financial questions asked.

UST000000167

county or city, homestead or other realty, owners of realty, whether current on mortgage(s). Discuss timeshares, mobile homes, vacant land, how long it has been owned, any other owners or co debtors on property, value of property, secured or unsecured, mortgage documents, second mortgage documents, homeowner's equity line of credit, homeowners association information, auto loans, auto titles, boat titles, trailer titles, titles to any other property. Explain again, difference between secured and unsecured debt and explain about furniture, computers, appliances and how they were paid for it any. Explain exemptions for insurance policies, retirement accounts, annuities, 529 plans, funeral prepays and others. Discuss "Household Goods Sheet" and "Bankruptcy Document Checklist" from "Hochman and Peppler, LLC Bankruptcy Handbook". Ask that they notate the "Bankruptcy Document Checklist" with "n/a" if they do not have the document. Let them know that I will review all the tax returns, credit card statements, bank statements, etc. to see what is exempt, what is not exempt and what they have spent money on. I will review their pay advises in depth. Explain that we might have to wait for a credit card charge to clear the six months if it is a large amount. Depending on the month of the year regarding tax reporting we may have to wait before filing.

Discuss valuation of jewelry, sporting equipment, how to value personal property, reassure that no one will come to their house without their knowledge, but that the bankruptcy is under penalty of federal perjury, so they need to be honest in their documents. Discuss what leases and contracts are besides car and apartments including cell phone contract and gym memberships.

Discuss that this is a lot of work, but they can do it. Reassure client. Show them where I have made the worksheet easier to understand by making changes and putting in lines for questions and going over the questions page by page. Talk about means test, income, expenses, and year for insiders rule. Discuss "Statement of Financial Affairs" in the "Client Questionnaire" section of the "Hochman and Peppler, LLC Bankruptcy Handbook". As we go over "Client Questionnaire", make notations on their "Client Questionnaire" so they remember certain very important things necessary to fill in*. Let them know the bankruptcy procedure overview. Explain our office procedures. Talk about what happens during the process . How long it takes, what happens when. How they will be notified. Inform client regarding notice by USPS and electronic mail. Explain efiling. Discuss what they need to do before we file. Discuss case will not be filed unless we have all the paperwork. Discuss our office returning the draft petition and schedules with highlighted areas and notes on the documents as to what is missing, or needs to be clarified. They may receive another document with a list of documents and or questions too. Let them know they will be dealing mostly with Angie, but I will be answering the legal questions for Angie. Since she is in the office more than I am and if they communicate what they need with us, we can help them a lot faster. Tell them that I will probably see them next at the 341 meeting. Talk about war stories and other little tidbits to make them feel comfortable.

Explain what to do if they get sued before filing and how a suggestion works. Explain the lien release if already have a judgment and are keeping homestead, discuss whether foreclosure, deed in lieu, keeping home, number of mortgages and value of house and how much is owed. Discuss super exemption. Discuss options.

Discussion of websites of interest to debtor and document in workbook with suggested websites. Give pointers on couponing, freebies websites, search sites that earn free gift cards, and other

*only if intake – In seminar there are no personal or financial questions asked.

UST000000169

money saving tips. Discussion as to whether debtor has the right to sue anyone and if so what type of suit, whether beneficiary of a trust or expecting to inherit money in the next few months. Discuss the difference between paying creditors out of a bank account and having a creditor go into the bank account to get money for payment, discuss discontinuing that practice. Discuss that creditors who they want to keep paying, like their auto, will stop sending monthly statements, but the bill still needs to get paid and that we will write letters to creditors when necessary for debtor to have contact directly.

Explain that they cannot pick and choose what assets or debts to list. They need to list everything they owe and everything they own. Discussion of automatic stay, reaffirmation agreement, types of bankruptcy, what to expect with the paperwork, how a case can get dismissed if paperwork not filed, and importance of having answers to any questions which may arise. Review of any lawsuits already filed and status, collection attempts, creditor threats, closed accounts, losses, safe deposit boxes, garnishments, repossessions, fair market value exchanges or not. Point out "Communication Policy" in "Hochman and Peppler, LLC Bankruptcy Handbook". Discuss keeping "Fair Debt Collections Log" for creditor phone calls and how to keep log – what information to put on log.

Advise Debtor that there has been a lot of information given to them and that is why I developed the "What to do First" document.

Fill out "Retainer Agreement" form, only in an individual intake. Then go over it line by line with Debtor/Attendee so they can see that it is a recap of everything in the intake/seminar. Discuss what is included and what is not included. Review fees and costs. Speak about payments being made. Indicate that we will not file the case until we are paid in full. Explain again that even if we are not paid in full, we will work on the documents so the case can get filed as soon as possible – if that is necessary. Explain that we have to have at least $500.00 in order to start the case because we order the credit report first and we must pay them for it.

Explain that we are probably more expensive than other attorneys. Explain that I do the paperwork and that we charge what we do because I know how long it takes to do a case based on my hourly rate. I tell them I am glad they came in and even if they do not retain us, they now have the information they will need in order to file a bankruptcy case. I wish them good luck.

Let them know what hours we are here and that they can drop off their paperwork. We probably do not need to meet again. We will communicate through email, telephone and on the paperwork. Ask them if they feel better than when they walked in and reassure them again.

---

*only if intake -- In seminar there are no personal or financial questions asked.

UST000000171

# Timeslips for inputting of case

**Hochman and Peppler, LLC**

Review:
1. Client Questionnaire
2. Credit Report Information
3. Household Goods Sheet
4. Bankruptcy Document Checklist

Review creditors for length of address, address, collection agencies tied to creditor, whether secured or unsecured or could not tell. Start list of questions and clarifications and documents needed from client.

Review all documents from client. Review of "Client Questionnaire" from "Hochman and Peppler, LLC Bankruptcy Workbook", credit card statements for anomalies and for charges within 6 months, dr. bills, collection agency documents, credit report, banking records for deposits out of the ordinary and payments to creditors and insiders, cross referencing of all documentation provided, whether they can keep some bank money under income rule rather than using personal exemption, review which exemption for which asset, closed bank accounts, review income, expenses, real property, value and description and liens, leases, autos, year make model, condition, CarMax report of amount they will pay for vehicle, whether can use the super exemption or need to use any personal exemption for auto, whether auto is upside down or if need to do buy back (redemption) if over limit, personal property, check values, check SSN for input correctly and spelling of client name, draft detailed list of questions and documents needed from client, review tax returns for income and any businesses not known about, look at number in household and do means test input of 6 months of income, check income with pay advices and spouse payment advices and how often paid in order to correctly calculate monthly income, calculate monthly expenses and allowed expenses, calculation of monthly income, calculation of last 6 months of income, what is paid out to make net income, any investment income not listed, year to date figures for more than one job or dates not working, review credit report to make sure notice complied with, check copy of driver license for requisite 91 days, printing all documents for client review, making sure to correct errors in matrix and discard duplicates, review co debtors and addresses, reviewing declaration for electronic filing 1 and 2 for clients to sign, reminder to take second class as soon as case is filed, additional discussions and interviews with debtors whether in person, telephone landline or email; review of redactions to documents.

UST000000173

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No.** 8

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding: Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____, Clerk

Marilyn J. Hochman, Esq.

# Hochman and Peppler, LLC
3208 W. Hwy. 426, Suite 2000
Oviedo, FL 32765
(407) 681-2688

August 16, 2010

*Invoice submitted to:*

Scott Schmierer
231 Holiday Lane
Winter Springs, FL 32708

In Reference To:  Chapter 7

Invoice No.: 12004

### Professional Services

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 12/1/2009 | MJH | Meeting with potential client and wife and mother to discuss bankruptcy options. Paid $550.00 for meeting with attorneys regarding business debt, lawsuit and options and Answer to Complaint. See attached document regarding intake information timeslip information for intake. | 1.50 $295.00/hr | NO CHARGE |
| 1/14/2010 | MJH | Meeting with potential client and wife and attorney Tom Peppler to discuss options regarding lawsuit from SunTrust and possible mediation. Paid $1000.00 for attorney Peppler. | 0.60 $295.00/hr | NO CHARGE |
| 3/16/2010 | MJH | Meeting with client and attorney Peppler regarding status of lawsuit and bankruptcy options | 0.60 $295.00/hr | NO CHARGE |
| 5/21/2010 | MJH | Bankruptcy Chapter 7 | | 3,250.00 |
| | MJH | Preparation of Suggestion of bankruptcy | | 200.00 |
| | AK | Open computer file, input information to open case, review credit report information from client, go on website and order Credit Report. | 0.25 $105.00/hr | NO CHARGE |
| | MJH | E-mail from attorney Hochman to client | 0.30 $295.00/hr | NO CHARGE |
| 5/24/2010 | AK | Open and organize new file, separate documents, make file folders for each category with tabs for each section, organize statements by date, check worksheet to make sure initial information included, check credit report document to make sure complete. Prepare file cover sheet and glue it on red roper, open timeslips account for client. Get information from other case regarding business in order to include it in bankruptcy. | 1.00 $105.00/hr | NO CHARGE |

UST000000177

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2010 | AK | Photocopy and scan documents into computer for filing | 0.50 $105.00/hr | NO CHARGE |
| 6/21/2010 | MJH | E-mail from attorney Hochman to client (2) | 0.40 $295.00/hr | NO CHARGE |
| | MJH | Review credit report and import into case. Review file to see if have documents from other case. | 0.40 $295.00/hr | NO CHARGE |
| 6/24/2010 | MJH | E-mail from attorney Hochman to client | 0.30 $295.00/hr | NO CHARGE |
| 6/25/2010 | AK | E-mail to client | 0.30 $105.00/hr | NO CHARGE |
| | AK | E-mail from client | 0.30 $105.00/hr | NO CHARGE |
| | MJH | Preparation of pleadings, see document timeslips for inputting case. | 3.80 $295.00/hr | NO CHARGE |
| 7/9/2010 | MJH | Review changes made by client, input into computer, check for all necessary documents. | 0.50 $295.00/hr | NO CHARGE |
| 7/10/2010 | AK | Preparation of Suggestion of bankruptcy | 0.50 $105.00/hr | NO CHARGE |
| | MJH | Review and sign Suggestion of bankruptcy | 0.20 $295.00/hr | NO CHARGE |
| 7/12/2010 | MJH | Preparation of File. Review prior to filing case with Court, file Petition, Schedules, Declaration regarding Payment Advices, Pay Advices, Exhibit D Attachment first class, Declaration of Electronic Filing for both, Form 7, Form 8, Notice, Matrix, Attorneys Fees Statement, Form 21, Form 22A, tax returns, etc. Check to see if dec page scanned in and if have class certificates from client. Efile documents. 50 to 99 creditors. | 0.50 $295.00/hr | NO CHARGE |
| | MJH | Begin input of pleadings, review other file for information needed, make list for assistant | 0.20 $295.00/hr | NO CHARGE |
| 7/13/2010 | AK | Send out Suggestion of Bankruptcy for filing and copiers to all parties | 1.00 $105.00/hr | NO CHARGE |
| | MJH | email from clerk regarding judge and trustee assignment, review 341 meeting notice and save to computer file, print, calendar date. | 0.40 $295.00/hr | NO CHARGE |
| | MJH | email from clerk regarding compliance with filing requirements, print and save | 0.30 $295.00/hr | NO CHARGE |
| | AK | Review list from attorney and get documents from other file. | 0.60 $105.00/hr | NO CHARGE |

UST000000179

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 7/14/2010 | AK | E-mail client regarding 341 meeting | 0.25 $105.00/hr | NO CHARGE |
| | AK | send out tax returns to trustee | 0.50 $105.00/hr | NO CHARGE |
| | AK | email to client to take second class | 0.25 $105.00/hr | NO CHARGE |
| 7/16/2010 | MJH | review clerk email regarding filing fee | 0.20 $295.00/hr | NO CHARGE |
| 7/19/2010 | AK | Review returned mail for better address | 0.30 $105.00/hr | NO CHARGE |
| 7/20/2010 | AK | Review returned mail for better address | 0.30 $105.00/hr | NO CHARGE |
| 7/21/2010 | AK | Prepare check request and send out payment for credit report | 0.25 $105.00/hr | NO CHARGE |
| 7/26/2010 | AK | Review returned mail for better address | 0.30 $105.00/hr | NO CHARGE |
| 7/30/2010 | MJH | review clerk email regarding NOA SunTrust, document file, print and save | 0.20 $295.00/hr | NO CHARGE |
| 8/2/2010 | MJH | Review clerk email regarding request for notice from GE Money Bank, document file, print and save | 0.20 $295.00/hr | NO CHARGE |
| 8/5/2010 | AK | prepare file for 341 meeting | 0.50 $105.00/hr | NO CHARGE |
| | MJH | Review Notice from creditor. Document file. | 0.30 $295.00/hr | NO CHARGE |
| 8/16/2010 | MJH | Review file for second class certificate and dec. to file form 23. | 0.20 $295.00/hr | NO CHARGE |

**For professional services rendered**

| | |
|---|---|
| 18.20 | **$3,450.00** |

Additional Charges :

| Date | Description | Qty/Price | |
|------|-------------|-----------|---|
| 5/21/2010 | reimbursement for mileage, tolls and parking | 1 $100.00 | 100.00 |
| | Credit Report | 1 $30.00 | 30.00 |
| | filing fee Chapter 7 | 1 $299.00 | 299.00 |

| | Amount |
|---|---|
| **Total costs** | **$429.00** |
| **Total amount of this bill** | **$3,879.00** |

Payments and Adjustments:

| | | |
|---|---|---|
| 5/26/2010 | Payment from account to MJH for reimbursement of mileage, tolls and parking | |
| 6/1/2010 | Payment from account for cost bankruptcy | ($100.00) |
| 6/29/2010 | Payment - thank you. Check No. cash | ($3,250.00) |
| 7/13/2010 | Payment from account for filing fee | ($200.00) |
| 7/21/2010 | Payment from account for credit report | ($299.00) |
| | | ($30.00) |
| **Total payments and adjustments** | | **($3,879.00)** |
| BALANCE DUE | | $0.00 |

## SUMMARY OF Client Trust Funds

| | | |
|---|---|---|
| **Previous balance of Client Trust Funds** | | **$0.00** |
| 5/2/2010 | Payment to account, thank you. Check No. 600029276 | $3,679.00 |
| 5/26/2010 | Payment from account to MJH for reimbursement of mileage, tolls and parking | ($100.00) |
| 6/1/2010 | Payment from account for cost bankruptcy | ($3,250.00) |
| 7/13/2010 | Payment from account for filing fee | ($299.00) |
| 7/21/2010 | Payment from account for credit report | ($30.00) |
| **New balance of Client Trust Funds** | | **$0.00** |

2631



# FAIRWINDS
C R E D I T   U N I O N
3087 North Alafaya Trail Orlando FL 32826

**CASHIER'S CHECK**
VOID AFTER 90 DAYS

63-8138
2631

600029276

Date: 05/19/2010

Three Thousand Six Hundred Seventy-Nine and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

$\*\*\*\*\*\*\*3,679.00

TO

Hochman and Peppler LLC
3208 W. Hwy. 426, Suite 2000
Oviedo, FL 32765

**COPY**

RE: Scott Schmierer

**NON-NEGOTIABLE**
Authorized Signature

PAYABLE THROUGH Fairwinds Credit
Union Orlando, FL

FAIRWINDS Credit Union will not place a stop payment
on the check until 90 days from date of issuance of the
check.

MEMBER COPY

---

2631

# FAIRWINDS
C R E D I T   U N I O N
3087 North Alafaya Trail Orlando FL 32826

**CASHIER'S CHECK**
VOID AFTER 90 DAYS

63-8138
2631

600029276

Date: 05/19/2010

Three Thousand Six Hundred Seventy-Nine and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

$\*\*\*\*\*\*\*3,679.00

TO THE
ORDER
OF

Hochman and Peppler LLC
3208 W. Hwy. 426, Suite 2000
Oviedo, FL 32765

**COPY**

RE: Scott Schmierer

PAYABLE THROUGH Fairwinds Credit
Union Orlando, FL

Authorized Signature



�années600029276⑴ ⑴263181368⑴ 60096940⑴

**EXHIBIT IDENTIFICATION TAG**

**United States Trustee's Exhibit No. 9**

Debtor(s): William Brian Dorn and

Summer Murphy-Dorn

Case No.: 6:10-bk-06282-KSJ

Debtor(s): Scott Howard Schmierer

Case No: 6-10-bk-12174-KSJ

Plaintiff: _____

Defendant(s): _____

Adv. Case No.: _____

Filed for Identification: December 7, 2010

Admitted in Evidence: December 7, 2010

Nature of Proceeding:   Motions to Examine Fees Paid
to Attorney Marilyn J. Hochman

United States Bankruptcy Court
for the Middle District of Florida

By: _____ Clerk

Donise Murphy

UST0000018

| # | Name | | | |
|---|------|------|------|---|
| 1 | Benenati | 1400 | | |
| | | 1400 | | |
| | | 1500 | | |
| | | 1550 | | |
| | | 1250 | | |
| | | 1351 | | |
| | | 1400 | | |
| | | 1450 | | |
| | | 1500 | | |
| | | 1400 | | |
| | ave | 1420.1 | 0 | |
| 2 | Alladi | 1659 | | |
| | | 1354 | | |
| | | 1409 | | |
| | | 1259 | | |
| | | 1100 | | |
| | | 1375 | | |
| | | 1475 | | |
| | | 1450 | | |
| | | 1575 | | |
| | | 1615 | | |
| | ave | 1427.1 | 0 | |
| 3 | Budgen | 999 | 4572 | |
| | | 1322 | 4072 | |
| | | 2072 | | |
| | | 1522 | | |
| | | 1522 | | |
| | | 2072 | | |
| | | 1522 | | |
| | | 2072 | | |
| | ave | 1637.875 | 4322 | |
| 4 | Dowell | 1799 | | |
| | | 1299 | | |
| | | 1799 | | |
| | | 1000 | | |
| | | 1599 | | |
| | | 1500 | | |
| | | 1300 | | |
| | | 1500 | | |
| | | 1300 | | |
| | | 1350 | | |
| | ave | 1444.6 | 0 | |
| 5 | Ferderer | 1200 | 2500 | |
| | | 1200 | | |
| | | 1000 | | |
| | | 1000 | | |
| | | 200 | | |
| | | 800 | | |
| | | 2500 | | |
| | | 1700 | | |
| | | 700 | | |
| | ave | 1144.444 | 2500 | |
| 6 | Goff | 1401 | 4500 | |
| | | 1401 | 4500 | |
| | | 1501 | | |
| | | 1701 | | |
| | | 1501 | | |
| | | 1501 | | |
| | | 1501 | | |
| | | 1501 | | |
| | Conv | | | |
| | ave | 1501 | 4500 | |
| 7 | Paquette | 600 | 3950 | |
| | | 1250 | 3950 | |
| | | 700 | 3225 | |
| | | 1250 | | |
| | | 1250 | | |
| | | 1250 | | |
| | | 950 | | |
| | ave | 1035.714 | 3708.33 | |
| 8 | Robold | 1500 | 4500 | |
| | | 1500 | 3500 | |
| | | 1500 | | |
| | | 1000 | | |
| | | 1500 | | |
| | | 1200 | | |
| | | 1500 | | |
| | | 1500 | | |
| | ave | 1400 | 4000 | |
| 9 | Sanchez | 1125 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1200 | | |
| | | 1160 | | |
| | | 1200 | | |
| | ave | 1188.5 | 0 | |
| 10 | Urich | 1300 | 3580 | |
| | | 1300 | | |
| | | 1300 | | |
| | | 1300 | | |
| | | 1300 | | |
| | | 1300 | | |
| | | 700 | | |
| | | 1300 | | |
| | | 1300 | | |
| | ave | 1233.333 | | |

UST000000189